DOC NO
REC'D/FILED

UNITED STATES DISTRICT COURT AM 9:59
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMUEL HAYWOOD MYLES,

    PLAINTIFF,

       vs.

MEDICAL STAFF DOCTOR
DOCTOR RAVI GUPTA
IN HIS INDIVIDUAL CAPACITY
and HIS OFFICAL CAPACITY

UNKNOWN NAME MEDICAL
STAFF PHARMACIST IN HER
INDIVIDUAL CAPACITY
and HER OFFICAL CAPACITY
      DEFENDANTS,
        et. al.

14 C 661

COMPLAINT UNDER
AND
PURSUANT TO
BIVENS
42 U.S.C. SECTION §1983

Come now Plaintiff Samuel Haywood Myles, in and Pro-Se Complaint under and Pursuant to...Bivens...42 U.S.C. Section §1983...for Violation of Plaintiff Constitutional Right's under the Eighth and Fourteenth Amendment of the United States Constitution.

# TABLE OF CONTENTS

TABLE OF AUTHORITIES

STATEMENT OF CLAIM ——————————— A.(1). – A.(14).

CLAIM ——————————— B.(1). – B.(4).

SUPPORTING FACT'S ——————————— C.(1). – C.(15).

FACT'S ——————————— D.(1). – D.(12).

RELIEF ——————————— E.(1). – E.(3).

JURY TRIAL DEMAND ——————————— F.(1).

CERTIFICATE OF SERVICE ——————————— G.(1).

LETTER TO FEDERAL CORRECTIONAL INSTITUTION
OXFORD WARDEN MR. ROBERT WERLINGER ———— (3). Pages

LETTER TO FEDERAL CORRECTIONAL INSTITUTION
MILAN MEDICAL STAFF DOCTOR MR. MALATINSKY
——————————— (3). Pages

e-mail TO FEDERAL CORRECTIONAL INSTITUTION
MILAN MEDICAL STAFF DOCTOR MR. MALATION
——————————— (1). Page

COPIES OF MEDICAL DOCUMENTS ———— (24). Pages

amLODIPine PATIENT MEDICATION INFORMATION
——————————— (2). Pages

ADMINISTRATIVE REMEDY ——————————— (12). Pages

INMATE REQUEST TO STAFF ——————————— (2). Pages

## STATEMENT OF CLAIM

Come now Plaintiff Samuel Heywood Myles, in and Pro-Se Complaint under and Pursuant to...Bivens...42.U.S.C. Section § 1983...for Violation of Plaintiff Constitutional Right's under the Eighth and Fourteenth Amendment of the United States Constitution.

Come now Plaintiff Samuel Heywood Myles, filing and Pro-Se Complaint regarding and Medical Malpractice Claim for Damages under and Pursuant to...Bivens...42.U.S.C. Section § 1983,...before and within the United States District Court For The Western District Of Wisconsin.

Plaintiff Complaint (er) Claim is regarding to and Medical Drug Overdose from and...(incorrect dosage)...of and high blood pressure Medication (er) Medicine by Federal Correctional Institutional Medical Staff at Federal Correctional Institution Oxford, that's located in Oxford, Wisconsin.

Plaintiff Samuel Heywood Myles, Claim is against two Institutional Medical Staff, Medical Staff Doctor, Doctor Revi Gupta, in his Individual Capacity and his Official Capacity

A. (1).

## STATEMENT OF CLAIM

et. al., and Unknown Name Medical Staff Pharmacist in her Individual Capacity and her Official Capacity, et. al.,

... and Inmate may have and liberty interest arising from a statute, rule, or regulation written in mandatory language...

... due process clause may also be implicated when a prisoner's suffer's personal injury (or) loss of property...

Plaintiff Samuel Heywood Myles, come now before and within The United States District court For The Western District of Wisconsin, with and Claim against Medical Staff Doctor, Doctor Ravi Gupta and Medical Staff Unknown Name Pharmacist, Claim for their Negligent (or) Wrongful act or omission acting within the scope of his (or) her, Office of employment Medical Staff have and has ... (Violated)... or are in... (Violation) ...of... (1). DUTY.' an act or course of action that is demanded of one... (2). BREACH.' to fail to fulfill (a promise)... (3). CAUSATION.' the act or process of causing... (4). DAMAGES.' loss (or) harm resulting from injury to person...

A. (2).

## STATEMENT OF CLAIM

resulting from injury to person, . . .

Plaintiff Claim that Medical Staff (or) Official's must provide (Plaintiff) Inmate's with fair treatment, Medical Staff (or) Prison Official's must comply with their own mandatory regulation.

. . .Plaintiff Claim resarding and Medical Malpractice Claim for contribution, Compensatory Demeses end Punitive Demages resarding and Medical Drug Overdose from (end) incorrect dose of. . .(HIGHBLOOD PRESSURE MEDICATIONS (or) MEDICINES). . .

. . .(1). . .(amLODIPine). . . .(2). . .(LISINOPR). . .

Plaintiff SamuelHeywoodMyles, who on end routine visit to Medical for. . .(Hypertenision). . .Institutional Medical Staff Doctor, Doctor Revi bunte, would personally prescribed and second Medication (or) Medicine for. . .(Hypertenision). . .(LISINOPR). . .Institutional Medical Staff Doctor, Doctor Revi bunte, didn't request end routine visit (or) any form of regular

A. (3).

## STATEMENT OF CLAIM

monitoring of Plaintiff blood pressure before (or) when placing Plaintiff on the Medication (or) Medicine...(LISINOPRIL).

...(Claim against Defendent for injuries sustained as a result of an Medical-Overdose) ...(Claim against Defendent who is liable for the amount of unreasonably danger cause by and Medical-Overdose)...(Claim against Defendent for being in Violation of Duty, Breech, Causation and Damages in regard to and Medical-Overdose)...(Claim against Defendent for Violation of Plaintiff Constitutional Rights under the Eighth Amendment of the United States Constitution)...(Claim against Defendent for Violation of Plaintiff Constitutional Rights under the Fourteenth Amendment of the United States Constitution)...(Claim against Defendent for failure to monitor Plaintiff blood pressure before placing Plaintiff on the Medication (or) Medicine LISINOPRIL)...Claim against Defendent for duty to protect

A.(4).

## STATEMENT OF CLAIM

Plaintiff from harm, and to provide Plaint-
iff with reasonable Medical Care)...(Cl-
aim for Compensatory Damages and Punit-
ive Damages from Name Defendant)...(Cl-
aim against Defendant in (his) INDIVIDUAL
CAPACITY and HIS OFFICAL CAPACITY et. al.,)
...(Claim against Defendant for Neglige-
nt or Wrongful act or omission acting with-
in the scope of his office or employment)...
(Claim against Defendant who acted cont-
rary to established policy in which Plaintiff
has a liberty, by establishment in the poli-
cy)...(Claim against Defendant for Viol-
ation of Plaintiff Civil Right's)...(Claim
against Defendant for deliberate indi-
fference regarding to Medical needs)...(
Claim against Defendant who knew or sho-
uld have known)...(Claim against Defen-
dant regarding and incorrect dosage of
Medication (or) Medicine causing and

A. (5).

# STATEMENT OF CLAIM

adverse reaction from and combination of two high blood pressure Medication's) ...(Claim against Defendent regarding Plaintiff due process)...(Claim against Defendent who prescibed the Medication LISINOPRIL and which causing Plaintiff to seek Medical Attention)...

Plaintiff Samuel Heywood Myles, came now before and within The United States District Court For The Western District of Wisconsin, with and Medical-Malpractice (suit) or Claim under and Pursuant to Bivens 42 U.S.C. Section § 1983...(Claim)...against Medical Staff Doctor, Doctor Ravi Gupta, ...(Claim)...for Violation of Plaintiff Constitutional Right's under the Eighth and Fourteenth Amendment of the United States Constitution.

Come now Plaintiff Samuel Heywood Myles, in and Pro-Se Complaint under and Pursuant to ...Bivens...against Medical Staff Doctor Ravi Gupta, In His Individual Capacity and His Official Capacity.

A. (1).

## STATEMENT OF CLAIM

Come new Plaintiff Samuel Heywood Myles, in and Pro-Se Complaint under and Pursuant to... Bivens... 42.U.S.C. Section 1983... for Violation of Plaintiff Constitutional Right's under the Eighth and Fourteenth Amendment of the United States Constitution.

Come new Plaintiff Samuel Heywood Myles, filing and Pro-Se Complaint regarding and Medical Malpractice Claim for Damages under and Pursuant to... Bivens... 42.U.S.C. Section 1983... before and within the United States District Court For The Western District Of Wisconsin.

Plaintiff Complaint (or) Claim is regarding to and Medical Drug Over dose from and... (incorrect dosage)... of and high blood pressure Medication (or) Medicine by Federal Correctional Institutional Medical Staff at Federal Correctional Institution Oxford, that's located in Oxford, Wisconsin.

Plaintiff Samuel Heywood Myles, Claim is against two Institutional Medical Staff, Medical Staff Doctor, Doctor Ravi Gupta, in his Individual Capacity and his Official Capacity et.al.,

A. (7).

## STATEMENT OF CLAIM

and Unknown Name Medical Staff Pharmacist in her Individual Capacity and her Offical Capacity et.al.,

... and Inmate may have and liberty interest arising from a statute, rule, or regulation written in mandatory language...

... due process alace may also be implicated when a prisoner's suffer's personal injury (or) loss of property...

Plaintiff Samuel Heywood Myles, come now before and within The United States District Court For The Western District Of Wisconsin, with and Claim against Medical Staff Doctor, Doctor Ravi Gupta, and Medical Staff Unknown Name Pharmacist, Claim for their Negligent (or) Wrongful act or omission acting within the scope of his (or) her, Office of employment Medical Staff have and has, ... (Violated)... or are in, ... (Violation) ... of. ... (1). DUTY. an act or course of action that is demanded of one... (2). BREACH. to fail to fulfill (a promise). ... (3). CAUSATION. the act or process of causing... (4). DAMAGES. loss (or) resulting from injury to person, harm...

A.(8).

## STATEMENT OF CLAIM

Plaintiff Claim that Medical Staff (or) Official's must provide (Plaintiff), Inmate's with fair treatment, Medical Staff (or) Prison Official's must comply with their own mandatory regulation.

...Plaintiff Claim regarding and Medical Malpractice Claim for contribution, Compensatory Demages and Punitive Demages regarding and Medical Drug Overdose from (and) incorrect dose of... (HIGH BLOOD PRESSURE MEDICATIONS (or) MEDICINES)...

...(1)...(amLODIPine)...(2)...(LISINOPR)...

Plaintiff Samuel Heywood Myles, Claim (or) Complaint against Institutional Medical Staff Unknown Name Pharmacist who personally...

...(prepare, preserving, compounding, and dispensing drugs)...

...at the Institution Pill line.

A.(9).

## STATEMENT OF CLAIM

Plaintiff Samuel Heywood Myles, Claim(er) Complaint is against Institutional Medical Staff Pharmacist. . . (Unknown Name). . . Pharmacist who personally. . . (PREPARE and DISPENSATION). . . (Claim). . . forgiving. . . (Plaintiff). . . the incorrect dose (er) the . . . ((HYPERTENISION -MEDICATION- LISINOPRIL)). . . end which cause and Medical Overdose from and . . . (adverse reaction). . .

Plaintiff Samuel Heywood Myles, Claim that (he) Plaintiff. . . (was fully). . . one were that (he) Plaintiff was experiencing and near death experience from and advese reaction cause by and from and . . . (incorrect dose). . . do to and combination of two high blood pressure Medication's end which would cause and Medical Overdose.

. . . (Claim against Defendent for injuries sustained as a result of an Medical-Overdose). . . (Claim against Defendent who is liable for the amount of unreasenably danger cause by and Medical-Overdose). . . (Claim against Defendent for be-

A. (10).

## STATEMENT OF CLAIM

ing in Violation of Duty, Breach, Causation
and Damages in regard to and Medical-Over-
dose)...(Claim against Defendant for Viol-
ation of Plaintiff Constitutional Right's under
the Eighth Amendment of the United States Con-
stitution)...(Claim against Defendant for Vi-
olation of Plaintiff Constitutional Right's under
the Fourteenth Amendment of the United
States Constitution)...(Claim against Defen-
dant for failure protect Plaintiff from harm, and to provide Plaintiff with reasonable
Medical Care)...(Claim for Compensatory
Damages and Punitive Damages from Name
Defendant)...(Claim against Defendant in
(her) INDIVIDUAL CAPACITY and HER OFFICAL
CAPACITY et.al,)...(Claim against Defenda-
nt for Negligent or Wrongful act or omission
acting within the scope of her office or emp-
loyment)...(Claim against Defendant who
acted contrary to establishe policy in whi-

A. (11).

## STATEMENT OF CLAIM

ch Plaintiff has a liberty, by establishment in the policy)... (Claim against Defendent for Violation of Plaintiff Civil Rights)...(Claim against Defendent for deliberate indifference regarding to Medical needs)...(Claim against Defendent who knew or should have known)...(Claim against Defendent regarding and incorrect dose of Medication (or) Medicine causing and adverse reaction from and combination of two high blood pressure Medications)...(Claim against Defendent regarding Plaintiff due process)...(Claim against Denfendent who give Plaintiff the incorrect dose (of) the ...((HYPERTENSION-MEDICATION-LISINOPRIL))...and which cause and Medical Overdose from and...(adverse reaction)...claim de to and for...(prepare (or) preparing, preserving, compounding, and dispensing the drugs) at the Institution Pill line.

A. (12).

STATEMEN OF CLAIM

Plaintiff Samuel Heywood Myles, come now before and within The United States District Court For The Western District of Wisconsin with and Medical-Malpractice (suit) or Claim under and Pursuant to Bivens 42 U.S.C. Section §1983...(Claim)...against Medical Staff Unknown Name Pharmacist...(Claim)...for Violation of Plaintiff Constitutional Right's under the Eighth and Fourteenth Amendment of the United States Constitution.

Come now, Plaintiff Samuel Heywood Myles, in and Pro-Se Complaint under and Pursuant to...Bivens...against Medical Staff Unknown Name Pharmacist, In Her Individual Capacity and Her Official Capacity.

Come now Plaintiff Samuel Heywood Myles, in and Pro-Se Complaint under and Pursuant to...Bivens...42.U.S.C. Section §1963... for Violation of Plaintiff Constitutional Right's under the Eighth and Fourteenth Amendment of the United States Constitution.

A. (13).

# STATEMENT OF CLAIM

Come now, Plaintiff Samuel Heywood Myles, filing and Prefer Complaint regarding and Medical Malpractice Claim for Damages under and Pursuant to ... Bivens ... 42 U.S. C. Section § 1983, ... before and within the United States District Court for The Western District of Wisconsin.

Plaintiff Complaint (or) Claim is regarding to and Medical Drug Overdose from and ... (incorrect dosage) ..., of and high blood pressure Medication (or) Medicine by Federal Correctional Institutional Medical Staff at Federal Correctional Institution Oxford, that's located in Oxford, Wisconsin.

Plaintiff Samuel Heywood Myles, Claim is against two Institutional Medical Staff, Medical Staff Doctor, Doctor Ravi Gupta, in his Individual Capacity and his Official Capacity et. al., and Unknown Name Medical Staff Pharmacist in her Individual Capacity and her Official Capacity et. al.,

... and Inmate may have and liberty interest arising from a statute, rule, or regulation written in mandatory language.

... due process clause may also be implicated when a prisoner's suffer's personal injury (or) loss of property ...

A. (14).

<u>CLAIM</u>

Come now Pleintiff Semuel Heywood Myles, in and Pr-Se Compleint under and Pursuent to... (Bivens)... 42. U.S.C. Section § 1983... Uaim thet Medical Staff Doctor, Doctor Revi Gunter, and Medical Staff Unknown Name Phermacist both have and has Violeted Pleintiff Constitutionel Right's under the Eighth and Fourteenth Amendment of the United States Constitution.

Come now Pleintiff Semuel Heywood Myles, filing and Pro-Se Compleint regarding and Medical Malpractice Claim Pleintiff is seeking Dameges under and Pursuent to... (Bivens)... Uaim before and within the United States District Court For The Western District Of Wisconsin.

Pleintiff Complaint (or) Uaim is regarding to and Medical Drug Overdose from and... (incorrect dosege)... of two high blood pressure Medicetion's (or) Medicine's by Federal Correctional Institutionel Medical Staff at Federal Correctionel Institution Oxford, that's located in Oxford, Wisconsin.

2. (1).

## CLAIM

Come now Plaintiff Semuel Heywood Myles, before and within The United States District Court For The Western District of Wisconsin, with end Claim against both Medical Staff Doctor, Doctor Ravi Gupta, and Medical Staff Unknown Name Pharmecist, Claim for their Negligent (or) Wrongful act or omission acting within the scope of his (or) her Office of employment (both) Medical Staff have end has...(Violated)...are in...(Violation)...of...(1). Duty)...(2). Breech)...(3). Causation)...(4). Demages)...

Plaintiff Claim regarding and Medical Malpractice Claim for contribution, Compensatory Damages and Punitive Damages regarding end Medical Drug Overdose from end incorrect dose of high blood pressure Medical (or) Medicine...

Plaintiff Claim that Medical Staff (or) Official's must provide (Plaintiff) (or) Inmate's with their treatment, Medical Staff (or) Prison Official's must comply with their own mandetory regulation...

B. (2).

## CLAIM

...(Claim)... Per injuries sustained as a result of an Medical Overdose...

...(Claim)... is liable for the amount of unreasonably danger cause by and Medical overdose...

...(Claim)... Violation of Dutry, Breach, Causation and Damages...

...(Claim)... Violation of Plaintiff Constitutional Right's under the Eighth Amendment...

...(Claim)... Violation of Plaintiff Constitutional Right's under the Fourteenth Amendment...

...(Claim)... Violation of Plaintiff Due Process...

...(Claim)... Due Process Clause may also be implicated when prisoner's suffer's personal injury...

...(Claim)... Failure to moniter Plaintiff blood pressure...

...(Claim)... dutry to protect Plaintiff (or) Inmate's From harm, and to provid reasonable Medical Care...

...(Claim)... Name Defendant's et al., in his (or) her Individual Capacity and his (or) her Official Capacity...

B.(3).

## CLAIM

...(Claim)...Negligent or Wrongful act or omission acting within the scope of his (or) her Office of employment...

...(Claim)...acted contrary to establishe policy in which Plaintiff hase liberty,ly establishment in the policy...

...(Claim)...deliberate indifference regarding to Medical need's...

...(Claim)...Name Defendent's knew or should have known as to calcium channel blocker used to control high blood pressure or angina...

Plaintiff Samuel Heywood Myles, come now, before and within The United States District Court For The Western District of Wisconsin, with and Medical Malpractice (suit)or Claim under and Pursuent to...Bivens... 42 U.S.C. Section 31983. . Claim Per Violetion of Plaintiff Eighth and Fourteenth Amendment Constitutionel Rights.

B.(4).

# SUPPORTING FACT'S

Come now Plaintiff Samuel Heywood Myles, filing and Pro-Se Complaint regarding and Medical Malpractice Claim for Damages under and Pursuant to ... Bivens, ... 42. U.S.C. Section§1983 ... for Violating of Plaintiff Constitutional Right's under the Eighth and Fourteenth Amendment of the United States Constitution, before and within the United States District Court For The Western District Of Wisconsin.

Plaintiff Samuel Heywood Myles, Complaint (or) Claim is regarding to and Medical Drug Overdose from and ... (incorrect dose) ... of two high blood pressure Medication (or) Medicine cause by two Federal Correctional Institutional Medical Staff at Federal Correctional Institution Oxford that's located in Oxford, Wisconsin ... (Medical Staff Doctor, Doctor Ravi Gupta, in his Individual Capacity and in his Offical Capacity et. al.,) ... and ... (Unknown Name Medical Staff Pharmacist in her Individual Capacity and in her Offical Capacity et. al.,) ...

C. (1).

## SUPPORTING FACT'S

...(Fact's is that Inmate(s) may have and liberty interest arising from a statute, rule, a regulaton written in mandatary language)...

...(Fact's is that (Both) Name Defendant(s) in this complaint Medical Staff Doctor, Docter Ravibunta, and UnKnown Name Pharmacist, (are) and (was) Negligent (ac) Wrongful act of omission while acting within the scope of his (or) her, office of employment)...

...(Fact is that each (Both) Name Defendant(s) are in ...(Violation)... of ...(1). DUTY, 'an act or course of action that is demanded of one)...(2). BREACH, 'to fail to fulfill (a promise)...(3). CAUSATION, 'the act or process of causing)...(4). DAMAGES, 'loss (or) harm resulting from injury to person)...

C.(2).

# SUPPORTING FACT'S

...(Fact is thet Pleintiff Semuel Heywood Myles, who on end routine visit to Medical Per...(Hypertenision)...Institutional Medical Steff Docter, Docter Reviguptc, who would personelly prescribed and seeond Medicction (or) Medicine Per...(Hypertenision)...((Medicction-Lisinopr)...Institution Medical Steff Doctor, Docter Revigupta,...(who personally didn't request endroutine visit (or) eny Perm oP reguler monitoring of Pleintiff Semuel Heywood Myles, blood pressure befor (or) when plecing Pleintiff Semuel Heywood Myles, on the Medicction (or) Medicine...(LISINOPR)...((Beccuse there ere Fect Questions))...thet Neme DePendent Knew or should heve Known thet cdditionel monitoring should be perPormed on end...dey to dey...besest befere end while Pleintiff weuld be prescribed (or) teking the Medicction...(Lisinopr)...

C.(3).

# SUPPORTING FACT'S

...(Fact is that Medical Staff Doctor, Doctor Ravi Gupta, prescribed the Medication (or) Medicine in question causing and adverse reaction from and...(incorrect dose)...of the Medication Lisinopril and which Plaintiff Samuel Heywood Myles, would end up having and Medical Overdose)...(Fact is that on and about October 8, 2012, Plaintiff Samuel Heywood Myles, would personally have and adverse reaction from and...(incorrect dose)...of the Medication Lisinopril and which was prescribed by Medical Staff Doctor, Doctor Ravi Gupta, causing Plaintiff Samuel Heywood Myles, to have and near death experience)...(Fact is that on and about October 8, 2012, Plaintiff Samuel Heywood Myles, would personally have some several side effect's Fact is that Plaintiff would become...dizziness...drowsiness...fatigue...and...weakness...before passing out...

C.(4).

## SUPPORTING FACT'S

...(Fact is that on and about October 8, 2012, Plaintiff Samuel Heywood Myles, after colleping (or) passing out "Plaintiff "would have to seek immediately medical attention right away Plaintiff wouldreceive the following in the form of medical attention (IV)...intravenous drip's per Normal saline Infusion solution to keep Oxygen flowing to "Plaintiff Samuel Heywood Myles, Brain)...(Fact is that while seeking Medical (or) Immediate Medical Attention Plaintiff Samuel Heywood Myles, would personally be hook up to and (EKG)(or)(ECG) Machine to monitor "Plaintiff "heart electrocardiograma galvanometric device that detect's and record's the minute difference in electropotential cause by heart action)...(Fact is that Plaintiff Samuel Heywood Myles, blood pressure would reduce and drop to...(89 over 55)...

C. (5).

# SUPPORTING FACT'S

...(Fact is that Plaintiff SamuelHay-wood Myles, would personally receive and p-cir of...(Crutches)...(Fact is that "Plaintiff" would receive the Medication (or) Medicine...(Ibuprofen Tablet 800 mg) ...for pain do to Plaintiff having pain in his (Plaintiff)...(Left Ankle)...(Fact is that some...(10 Day's Later)... on and about Oct-ober 18, 2012, Plaintiff SamuelHaywood Myles, ...(was fully unaware at that particular ti-me that from the October 8, 2012, incident and that...(his)...Plaintiff SamuelHaywood Myles,...(Left Ankle)...was...(Broken On Both Sides)...(Fact is that on and about Oc-tober 18, 2012, some...(10 Day's Later)...aft-er and from the October 8, 2012, incident en-d would the Institutional Medical Staff Reg-istered Nurse Mr. Brad Malcom, who pers-onally receive some three set's of X-Rey's on the computer from the Institutional X-Ray

C.(1).

## SUPPORTING FACT'C

Lep Tech, Fact is that these "PHOTO" would re-
veal from this), Institutional Medical Staff
Registered Nurse Mr. Bred Malcom, finding is
that from reviewing and examining the...(Ph-
otographic Films, Fact is only to reveal that Pl-
aintiff Samuel Haywood Myles,...(Left Ankle
Was Broken On Both sides)...(Fact is that on
and about October 18, 2012, Institutional Medical
Staff Doctor, Doctor King, who would personally
fully examine Plaintiff Samuel Haywood Myles,
...(Photographic Films),...from the X-Ray's
taken this occur only after the request of the
Institutional Medical Staff Registered Nurse
Mr. Bred Malcom, who would personally requ-
est that Doctor King, review all three set's
of ...(Photographic Films) from the X-Ray's)
...(Fact is that Institutional Medical Staff
Doctor, Doctor King, would reveal that from
(his) Doctor King, finding is that Plaintiff Sam-
uel Haywood Myles, have and has a...(Fract-

C. (7).

## SUPPORTING FACT'S

ure left foot, left ankle and left leg)...Fact,
that alone with the...(Photographic)...(Film-
's)...would fully reveal that Pleintiff Samuel
Heywood Myles,...(Left Ankle Was Broken On
Both Sides)....(Fact is that Institional Medi-
cal Staff Doctor, Doctor King, would personally
take notice at that particuler time Fact is that
Pleintiff Samuel Heywood Myles,...(Left foot still-
ll continued to have swelling and dis coloration
in...(his)...Pleintiff left foot, toe's and left ank-
le at that particuler time some...(10 Dey's L-
ater)...after the October 8, 2012, incident-
and...(Fact is that Institional Medical
Staff Doctor, Doctor King, would personally
give Medical Staff Registered Nurse Mr.
Brad Malcom,...(instructions only to re-
commen that Pleintiff Samuel Heywood Myles,
be treated with and short-leg posterior
splint ace wrap and instruction for RICE th-
erapy and limied weight bearing...

C. (8).

## SUPPORTING FACT's

...(Fact is that Plaintiff Samuel Heywood Myles, would be examine by Institutional Medical Staff Doctor, Docter King, on and about October 18, 2012, regarding and...(Fracture left foot, left ankle and le-Atles)...from Docter King, finding of the...(Photographic Films)...only to reveal that Plaintiff Samuel Heywood Myles,...(Left Ankle)...was broken on both sides...

...(Fact is that in the form of an offer of proof, and a copy, or the original, of any documentary of evidence to be introduced would clearly show a false statement of material within the body of several documents?...

①. in part...Mile Bluff Clinic, LLP Mile Bluff Medical Center

SUB JECTIVE: Is sent by Dr. Gupta for evaluation and treatment of a left ankle fracture...

C. (9).

## SUPPORTING FACT'S

...(Fact is that Medical Staff Doct-or, Docter Ravi Gupte, "never" once did a-ny form of...(evaluation)...on the (Pati-ent)...(Plaintiff Samuel Heywood Myles,)... on and about October 18, 2012, in the form of an offer of proof, and a copy, or the origin-al, of any document of evidence to be intr-oduced would clearly show that Medical Staff Docter, Docter Ravi Gupte, "never" once ...(examine)... Plaintiff Samuel Heywood Myles,...(left foot)...(left ankle)...or... (left leg)...at any given time...(Fact is tha-t Medical Staff Docter, Docter Ravi Gupte, pers-onally did not instruct (or) recommen that Plaintiff be treated with and short-leg poste-rior splint)...(Fact is that Medical Staff Docter, Docter Ravi Gupte, (1). never came into the examining room...(2). never examine Pl-aintiff...(3). never review the photograph-ic films X-Ray's alone with Medical Staff Re-

C. (10).

## SUPPORTING FACT'S

Sistered Nurse Mr. Bred Malcom...

...(Fact is that in the form of an offer of proof, and a copy, or the original, of any document of evidence to be introduced would clearly show a false statement of material within the body of several documents)...

(II). in part... Bureau of Prisons Health Services Consultation Request Consultation/Procedure Requested.' Orthopedic Surgery

...(Fact is that in the form of an offer of proof, and a copy, or the original, of any document of evidence to be introduced would clearly show a false statement of material within the body of several document's)...

C. (11).

## SUPPORTING FACT'S

(III). in pert... Bureau of Prisons Health Services Clinical Encounter - Administrative Note

Admin Note encounter performed at Health Services.

ADMINISTRATIVE NOTE I.  Provider: Malcom, Bred RN

...X-rays were taken and Dr. Gupta viewed films and results. Verbal order to place inmate in Orthoglass posterior splint, retain crutches, no weight bearing, Motrin 800 mg TID x 7 days. Schedule consult with ortho for evaluation/treatment.

Fact is that in the form of an offer of proof, and a copy, or the original, of any document (or) documentary of evidence to be introduced would clearly show a false statement... (SUBJECTIVE: Is sent by Dr. Gupta, for evaluation and treatment of a left ankle fracture,)... (X-rays were taken and Dr. Gupta, viewed films and results)...

(. (12).

## SUPPORTING FACT'S

specifically identify, that finding and the evidence that supports "Plaintiff" and original copy to be introduced would clearly state that Medical Staff Doctor, Doctor Revi'bunta, never once did any form of evaluation and treatment regarding to Plaintiff Samuel Heywood Myles, left ankle fracture (or) did he Doctor Revi'bunta, request that Plaintiff be place in and Orthoglass posterior splint, in the form of an offer of proof, and a copy, or the original document (or) documentary to be introduced would "clearly" state that Medical Staff Doctor, Doctor King, would personally examine Plaintiff Samuel Heywood Myles, ... (fracture left foot, left ankle and left leg and from Doctor King, finding of the.. . (Photographic Films or X-Ray's) ... would reveal that Plaintiff Samuel Heywood Myles, ... (LEFT ANKLE)... was broken on both sides "Fact" is that Doctor King, would be the one who would recommen that Plaintiff Samuel Heywood Myles, to be treated with and short-leg posterior splint.

C. (13).

## SUPPORTING FACTS

Fact is that Institutional Medical Staff Pharmacist
...(Unknown Name Pharmacist)...who personally...

    (1).Prepare

    (2).Preserving

    (3).Compounding

    (4).Dispensing

...the incorrect dose of the (Hypertenision Medication
(or) Medicine Lisinopril) and which would cause and
Medical-Overdose from and adverse reaction...

Fact is that Unknown Name Pharmacist was Neglig-
ent or Wrongful act or omission acting within the scope
of (her) office or employment for injuries sustained as a
result of an overdose of the Medication (or) Medicine...
Lisinopril...

Fact is that Unknown Name Pharmacist...(Violated)
...(1).Duty...(2).Breech...(3).Ccusation end (4).Damages
regarding Plaintiff Samuel Heywood Myles, due process may
also be implicate when a prisoner suffer's personal injury.

C.(14).

# SUPPORTING FACTS

Fact is that Medical Staff Unknown Name Pharmacist who personelly...(prepare...Preserving)...compounding...and dispensing)...the Medication (or) Medicine Lisinopr knew or should have known that failure to monitor Plaintiff Samuel Heywood Myles, blood pressure would cause ((him)) Plaintiff Samuel Heywood Myles, harm...

Fact is that Medical Staff Unknown Name Pharmacist failure to have Plaintiff Samuel Heywood Myles, blood pressure check or to check for any possible side effects that may occur while taking and second (or) two calcium channel blocker used to control high blood pressure or amjine.

Fact is that form of an offer of proof, and a copy, or the orijinel, of and document (or) documentery of evidence to be introduced would clearly show that Medical Staff Unknown Name Pharmacist that on and about October 8, persenelly would...(prepare)...(preserving)...(compounding)...(and dispensing)...all Medication's (or) Medicine's for the Institution morning...(Pill-Line)...

C. (15).

## FACT'S

Come now Plaintiff Samuel Heywood Myles, in and Pro-Se Complaint under and Pursuent to ... BIVENS ... 42 U.S.C. SECTION §1983 ... before and within The United States District Court For The Western District Of Wisconsin.

Plaintiff Samuel Heywood Myles, filing and Pro-Se Complaint regerding and Medical Malpractice Claim for Demages under and Pursuent to ... BIVENS ... 42 U.S.C. SECTION §1983 ... for and regerding to and Medical Drug Overdose from and ... (incorrect-dosage) ... of several ... (high blood-pressure "Medications") ... by Federal Correctional Institutional Medical Staff at Federal Correctional Institution Oxford, that's located in Oxford, Wisconsin.

Plaintiff Samuel Heywood Myles, filing and Pro-Se Complaint regerding and Medical Malpractice suit before and in The United States District Court For The Western District Of Wisconsin against the name(s) Defendent's in his/or/her Individual Capacity and Offical Capacity et. al.

D.(1).

## FACT'S

Institutional Oxferd Medical Staff Docter, Docter Ravi Gupta, and the Institutional Oxferd...(Unknown)...Name Medical Steff Pharmacist, fer injuries sustained as a result of an incorreet dose of and (Combination) of both high blood pressure Medications...

(1)....(am LODIPine),...

(2)....(LISINOPR)...

Pleintiff Samuel Haywood Myles, who on and routine visit to Medical fer...(Hypertenision)...Institutional Medical Staff Doctor, Docter Ravi Gupta, would personally preseribed and second Mediction fer...(Hypertenision)...Institutional Medical Staff Doctor, Docter Ravi Gupta, didn't request and routine visit (or) reguler monitoring of Pleintiff blood pressure befere (or) when placing Pleintiff on the Medication...(LISINOPRIL),...

On and about October 8, 2012, Pleintiff Samuel Haywood Myles, would personally have and adverse reaction from and combination of both blood pressure Mediction's...(1). am LODIPine...(2). LISINOPRIL.

1). (2).

## FACTS

On and about October 8, 2012, after some several d-ay's of being shedule or require to go to Medical for the institutional morning Pill-Line at (or) around 7:30 AM so Plaintiff Samuel Heywood Myles, could take (his) asign Medication's at that particular time...

(1)....(ASPIRIN)...
(2)....(amLODIPine)...
(3)....(LISINOPRIL)...
(4)....(TRIAMTERENE)...

On and about October 8, 2012, after the 10:00 AM morn-ing count around 10:20 AM Plaintiff Samuel Heywood Myles, would become light headed and at that particular time Plaintiff would personally inform Wood Unit Offi-cer Mr. Gransee, before passing out and colleping into and second Inmate cmr's by the (Name) of...(Eric Ho-lhdy)...

P.(3).

FACT'S

At thet perticuler time Plcintiff Samuel Heywood M-yles,...(wes-fully)...unewere thet he wes experienc-ing end neer deeth experience from end edverse reecti-on ceuse by end...(incorrect doseje)...do to endcom-binetion of two high blood pressure Medicetions inwhich would ceuse end Medicel Overdose.

In Pert.:

...PATIENT MEDICATION INFORMATION...

...cm LODIPine/end/LISINOPRIL...

CAUTIONS.:

This Medicetion Mey Ceuse Drowsine-ss Or Dizziness
This medicine may ceuse dizziness, lis-hthecd edness, or feinting

D.(4).

FACT'S

POSSIBLE SIDE EFFECTS:

SIDE EFFECTS that may occur while taking this medicine include: dizziness: drowsiness: fatigue: or weakness.

SEEK MEDICAL ATTENTION RIGHT AWAY if any of these SEVERE side effects occur: fainting: severe or persistent dizziness: but seek immediate medical attention if it occurs.

Overdose:

If overdose is suspected contact your local poison control center or emergency room immediately. Symptoms of overdose may include dizziness, fainting, and a fast heartbeat.

D. (5).

FACT'S

NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this (or) these... (Medicine)...

Document In Pert.:

Bureau of Prisons Health Services Clinical Encounter: Page...(5 of 6)...

Assessment.:

Othe

Near syncope episode.

Unit Officer Mr. Gransee, called for a medical emergency in Wood Unit common area for and inmate feeling dizzy. I was instructed to bring a wheelchair. Found I/M Myles, A&O x 3 (Person, Place, Time) he was a bit confused to the situation that just happend.

D.(L).

## FACT'S

He remember being dizzy and having some-
one catch him prior to hitting the floor.
Bystanders informed me Myles, did not hit
his head on the floor when he fell. Another
inmate caught him and assisted him as he
twisted to the floor.

Myles, was alert, his airway was patent
and open. He was breathing slightly fast but
not in respiratory distress. He was able to
speak in full sentence without dyspnea.
His skin color was pale and slightly clem-
my to touch. His inital radial pulse was sl-
ow but strong. We moved Myles, to the w-
heelchair and transported him to the m-
edical dept. . urgent care.

Institutional Medical Staff Registered Nurse Mr. Brad M-
alcom, would rush over to Wood Housing Unit only after being
inform as to and Medical emergency and was requested to ar-
rrive with and wheelchair only to rush Plaintiff Samuel Hayw-
ood Myles, over to Medical to seek immediate Medical Atten-
tion first upon arrival at Medical Plaintiff would recive.
                              D.(7).

## FACT'S

...(IV)intravenous drip per Normelseline Infusion solution to keep...(OXYGEN FLOWING to Plaintiff Brain)...

While seeking Medical (er) Immediate Medical Attention Plaintiff Samuel Heywood Myles, would personelly be hookup to end...

...(EKG-(er)-ECG) Machine to monitor Plaintiff heart electrocardiogram a galvanometric device that detect's and record's the minute difference in electropotential cause by heart action...

Plaintiff Samuel Heywood Myles, from this near death experience and averse reaction from and Medical Drug Overdose from and combination of both high blood pressure Medication's.

...(am LODIPine)...(LISINOPRIL)...

COMMON USES.'These medicine is a calcium channel blocker used to control high blood pressure...

D.(8).

## FACT'S

. . . Reducing High Blood Pressure . . .

Pleintiff Samuel Heywood Myles, blood pressure would drop and lower to . . . (89 over 55) . . . from this neer death experience.

Third Pleintiff Samuel Heywood Myles, would recive and pair of . . . (Crutches) . . . and fourth in the form of Medication (er) Medicine some Ibuprofen Tablet 800 mg before returning back to the Housing Unit.

Some . . . (10-Day's Later) . . . on and about October 18, 2012, Pleintiff Samuel Heywood Myles, . . . (was fully unaware at that perticuler time that from the October 8, 2012, incident and that [his] Pleintiff left Ankle was Broken on both sides) . . .

On and about October 18, 2012, some . . . (10-Day's Later) . . . after and from the October 8, 2012, incident an would the Institutional Medical Staff Registered Nurse Mr. Brad Malcom, would personally recive three set's of X-Ray's on the computer from the Institutional X-Ray Len Tech

D. (9).

## FACT'S

these "photo" would reveel from /his/ Institutional Medical staff Resistered Nurse Mr. Bred Malcam, finding is that from reviewing and exemining the...(photographic films)...only to reveel thet Pleintiff Samuel Heywood Myles, left ankle wes broken on both sides.

On and about Oeteber 18, 2012, Institutional Medical staff Dacter, Dacter King, who would personelly fully examine Pleintiff Samuel Heywood Myles, photegraphic films from the X-Ray's taken this occur only after the request of the Institutional Medical staff Registered Nurse Mr. Bred Malcam, who would personelly request that Dacter King, review all three set's of photagraphic film's from the X-Rays,.

Institutional Medical staff Deater, Dacter King, would reveel thet from /his/ Dacter King, finding of both fully examining Pleintiff Samuel Heywood Myles,...
...(fracture left foot, left ankle end left leg...
...alone with the photagraphic films would fully reveel that Pleintiff Samuel Heywood Myles, left ankle wes broken on both side's.

D. (10).

## FACT'S

Institutional Medical Staff Doctor, Doctor King, would personelly take notice at that perticuler time is that Plaintiff Samuel Heywood Myles, left foot still continued to have swelling and discolaration in this/Pleintiff left foot, toe's and ankle at that perticuler time some...(10-Day's)...after the October 8, 2012, incident end.

Institutional Medical Staff Doctor, Doctor King, would personelly give Medical Staff Registered Nurse Mr. Bred Malcom, instructions (only) to recommen that Plaintiff Samuel Heywood Myles, be treated with and short-leg pasterlor splint ace wrap and instruction for RICE therapy and limied weight bearing.

On and about November 27, 2012, Pleintiff Samuel Heywood Myles, would be transported by Federal Correctional Institutional Staff from Oxford to Mile Bluff Clinic, LLP Mile Bluff Medical Center at the request of the Institutional Medical Department Head Mr. C. Lapze.

D. (11).

# FACT'S

Document In Part:

> Mile Bluff Medical Center Fax
> Mile Bluff Clinic, LLP
> Mile Bluff Medical Center

History of Present Illness:

This 56 year old male presents with:

1. Lt ankle injury

SUBJECTIVE: THIS 56-year-old gentleman who is an inmate at the Oxford Correctional Institution,

treatment of a left ankle fracture.

This actually occurred on 10/08/12.

blacked out and fell, sustaining an isolated injury to the left ankle. He was diagnosed with a lateral malleolus fracture and was treated with a short-leg posterior splint, limited weightbearing with crutches, elevation and ice,

D. (12).

_FACT'S_

and eventually some heat application.

He denies any history of previous ankle injury, and this is of note because of the x-ray findings, which will be described later.

OBJECTIVE: The posterior splint is removed. There is no clinical bone deformity, although he does have a little bit of swelling medially.

The patient notes some tenderness to palpation throughout the majority of the length of the fibula, but interestingly

He has a little bit of tenderness at the medial ankle ligament complex.

X-rays: I reviewed three sets of x-rays from Oxford.

This consists of an ankle series and a foot series from October 14th, and an ankle series from November 19th.

D. (13).

## FACT'S

He has at least a couple of small cortical a-vulsions at the tip of the medial malleolus, but the medial malleolus itself has a little bit of misshapen characterization,

ASSESSMENT. "Patient with a left ankle later-al malleolus fracture, with a medial ankle sp-rain. He is healed enough to come out of the spl-int and start weight bearing as tolerated. He should discontinue the crutches when he can comfortably bear full weight, whether that is today, a couple days, or several days down the road. He should be kept from running and jumping activities, sports, and weight-li-fting that requires use of the lower extremit-ies for an additional 3 weeks. Follow up will be on a p.r.n basis. Now that the splint is remo-ved, any ankle and foot swelling may become more prominently seen and he can have the swelling come and go, depending on his leve-ls of activity, as well as amount of time of

D. (14).

FACT'S

elevation, and can be expected over the next few weeks to few months.

cc: Ravi Gupta, MD/Oxford Correctional Institution

Provider: Robert R. Riedle MD 11/27/2012

Electronically signed by Robert R. Riedle MD on 11/27/2012   09:23 AM


Fact is that Plaintiff Samuel Haywood Myles, is...(handicap) from the October 8,2012, incident Plaintiff is unable to were the institional issue boot's (or) any hard shoe when walking in hard boot's (or) shoe's Plaintiff foot seme to twizzle end turn end werd.

As of date Plaintiff is still heving some pain (or) soreness across his left foot from ankle to ankle on both side's.

D.(15).

## FACT'S

Plaintiff Samuel Heywood Myles, with pain running up and down behind his ankle and up pass his ankle same several inches also at this particuler time Plaintiff walking have and has Become alter in resend and (do) to his left foot and ankle also as date Plaintiff Samuel Heywood Myles, is walking with and slight limp.

Fact's is that both Doctor Ravi Gupta, and Unknown Name Pharmacist, have and has Violated Plaintiff Constitutional Right's under the Eighth and Fourteenth Amendment . . . Medical Staff has a duty to pretect Plaintiff from harm and to provide him reasonable medical care consistent with policies and procedures . . . Defendents Knew or should have Known . . . for their negligent or wrongful act or omission acting within the scope of their office or employment . . .

D. (16).

# RELIEF

WHEREFORE, the premises consider, the Plaintiff demand's judgement against the (Name) Defendent's both in his (er) her Individual and Official Capacity regarding and...(incorrect dosage of high blood pressure medication's causing and Medical-Overdose).

Plaintiff Samuel Heywood Myles, come now before and within The United States District Court For The Western District Of Wisconsin, with and Medical-Malpractice (suit) or Claim against Medical Staff Doctor, Doctor Ravi Gupta, and Unknown Name Medical Staff Pharmacist, Plaintiff seeking contribution for both Compensatory Damages and Punitive Damages for their Negligent or Wrongful act or omission acting within the scope of his (er) her office or employment.

(1). Plaintiff Samuel Heywood Myles, is seeking...(Relief)...contribution in Compensatory Damages and Punitive Damages against Medical Staff Doctor, Doctor Ravi Gupta, who...(PRESCRIBED)...the...(second)...medication (er) medicine that's in question.

E.(1).

## RELIEF

Medical Staff Doctor, Doctor Ravi Gupta, was Negligent or Wrongful within the act or omission while acting within the scope of his office or employment.

Medical Staff Doctor, Doctor Ravi Gupta, never request for any additional monitoring before placing Plaintiff on the ... (Second) ... medication (or) medicine, and which Plaintiff Samuel Heywood Myles, would sustained injuries as a result of an overdose.

(2), Plaintiff Samuel Heywood Myles, is seeking, ... (Relief) ... contribution in Compensatory Damages and Punitive Damages against Medical Staff Unknown Name Pharmacist who ... (preparing, preserving, compounding, and dispensing drugs) ...

Medical Staff Unknown Name Pharmacist, was Negligent or Wrongful within the act or omission while acting within the scope of her office or employment.

E.(2).

## RELIEF

Medical Staff UnKnown Name Pharmacist, ...
never question Pleintiff Semuel Heywood Myles, ref-
ore ...

    ... (prepering, preserving, compounding,
and dispensing drugs)...

...regarding the second Medicatien (or) Medicine ing-
uestion ...(LISINOPRIL)...or both preserited high
blood pressure Medicatien's concerning the amount
of demeger,.

Pleintiff Semuel Heywood Myles, in and Pre-se Compleint
seek Relief under and Pursuent to ...Bivens ...42 U.S.C.
Section§1983 ...for Violatien of Pleintiff Constitutienal Right-
's under the Eighth and Fourteenth Amendment of the
United States Constitutien, Institutienal Oxford Medical Sta-
ff Docter, Docter Revi bapta, and the Institutienal Oxford Unkno-
wn Name Medical Staff Phermacist bothin his (or) her's Indiv-
idual Capecity and Official Capacity et. al, for injuries sustain-
ed as a result of an incorrect dose of Medicatien causing
and Medical-Overdose.

F. (3).

## JURY TRIAL DEMAND:

DEMAND FOR JURY TRIAL, Compensatory and exemplary demages set forth in the instent of this compleint therefore Plaintiff hereby exercises his Second Amendment Constitutionel Right to have all genuine issues of meteriel fact's eddress in controversy, determined, solely by a jury selected properly from within the judicial district as prescribed by law.

I am requesting thet a subpoena D.T. to the Warden at Federel Correctionel Institution Oxford that's located in Oxford, Wisconsin as coustedine of the records the following records ere Materiel to my case et Ber end I am unable to proceed with out them.

(1). any and ell document(s), Rec, Written (er) other WISP And to please issue a miaivte order for the U.S. Marshel's Office to serve the... (SUBPOENA-WITH OUT COST)...

F.(1).

# CERTIFICATE OF SERVICE

I, Samuel Haywood Myles , hereby certify that I have served a true and correct copy of the following:

Filed and Complaint for Violation of
Civil Right's under the Civil Right's Act
42 U.S.C. Section 1983
United States District Court For The
Western District Of Wisconsin

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the Court,

Houston vs. Lack, 101 L.Ed. 2d 245 (1988)

upon the court and parties to litigation and or his/her attorney (s) of record, by placing same in a sealed, postage prepaid envelope address to:

By way of the U.S. Mail to...
United States District Court For The
Wisconsin District Of Wisconsin
U.S. Courthouse
120 North Henry Street Room 320
Madison, Wisconsin 53703

and deposited same in the United States Postal Mail at the Federal Correctional Institution Milen located in Milen, Michigan.

this 24 Day of: September 2014... Samuel Haywood Myles

6.(1).