**WARDEN'S OFFICE**

NOV 1 9 2012

**FCI OXFORD**

*Federal Correctional Institution*
*Oxford Warden*
*Mr. Robert Werlinger*

To Federal Correctional Institution Warden Mr. Robert Werlinger, and to whom that it may concern this come's in regard to Inmate Samuel Heywood Myles, who respectfully file and two...(Fold Administrative BP-8 Complaint)...

(1). Complaint ... on and against Institutional Medical Staff at Federal Correctional Institution Oxford who over prescribe my high blood pressure Medicine (or) Medication with ...(Generic Name: LISI-NOPRIL (lyse-IN-oh-pril) 20 MG Tab)...(Generic Name: am Ledipine (am-Loe-di-peen)10 MG Tab...

(2). Complaint ... and regarding my left ...(ANK-LE)... being Broken...

...(Administrative BP-8 Complaint filed)...

Complaint. On October 8, 2012, I became lighted and reported it to Officer Gransee, before passing-out as to my overall Condition my body weight would shift to my left leg and Ankle causing my Ankle to be Broken on both (side's) after the finding from and X-Ray on October 18,

2012, as of date I have swelling and discoloring in my foot also I have to use crutches to get around Medical Staff Lopez, Bunta, would over prescribe my high blood pressure Medicine... on October 8, 2012, my blood pressure would drop to 89/55...

Efforts made: I have and has spoken to Medical Staff RN Mr. Brad Maleom, regarding me seeing and... (Podietrist or Chiropodist)... regarding my left foot and Ankle as of date I haven't spoken to... (KNOW-ONE)... regarding my Medical Condition that's... (Qualified) ...to treat and fully diagnose my foot...

Federal Correctional Institution Oxford Warden Mr. Robert Werlinger, at this particular time I have personally written to please address my Medical Condition from the October 8, 2012, incident in which my blood pressure would drop to 89/55 as of date I personally haven't receive any form of after care regarding me passing out also I haven't spoken to anyone from Medical regarding my blood pressure droping to 89/55 as of date November 14, 2012, I personally haven't receive any form of after care.

... as of date November 14, 2012, I haven't receive any form of after care for my... passing

out . . . blood pressure droping to 89/55 . . . and left Ankle . . .

Mr. Robert Werlinger, personally I Samuel Heywood Myles, file and Administrative BP-8 Complaint this document would be forwerd to Administrative Unit Staff Mr. Berstke, as of date Mr. Berstke, has fail to respond (or) address the issue's . . . Administrative BP-9 response time is 15 day's extended for an additional 15 calender days but the inmate must be notified of the extension . . .

Mr. Robert Werlinger, do to the time that have and has well surpass within it's self I personally, has written to seck and immediately response from the filing of and Administrative BP-8 Complaint.

Certificate of Service:

I, Samuel Heywood Myles, the undersigned, hereby declare under penalty of perjury that I placed this Complaint and deposit it within the Institution Mailing System with a prepaid first-class postage on November 14, 2012

Signed this 14 day of November, 2012

Samuel Heywood Myles
Signature of Movant

While at Federal Correctional Institution Oxford I would visit Mile Bluff Medical Center on and about November 27, 2012 to see and specialist (or) orthopedic surgeon Medical Doctor Mr. Robert R. Riedle . . . ASSESSMENT: Patient with a left ankle lateral malleolus fracture, with a medical ankle sprain. . . Now that the splint is removed, any ankle and foot swelling may become more prominently seen and he can have the swelling come and go, depending on his levels of activity, as well as amount of time of elevation, and can be expected over the next few weeks to few months. . .

While at Federal Correctional Institution Oxford I personally would e-mail Medical Staff Mr. Lopze regarding the October 8, 2012 incident regarding my left (Ankle) and that I'm unable to were the Institutional issued Boot's when walking in these Boot's (or any hard Shoes) my foot seme to twizzle and turn in also continuing soreness in my left ankle.

Bureau of Prisons Health Services Medical Duty Status from Federal Correctional Institution Oxford. . . Housing Status. . . lower bunk. . . soft shoe pass. . . May have the following equipment in his/her possession: Equipment Brace-wrist Brace-back.

While incarcerated at Federal Correctional Institution Oxford I personally would request and pair of medical shoes and heel ace wrap, wrist brace, back brace, and a foot pen.

limp.

At this particular time Medical Staff Doctor Mr. Malatinsky, at Federal Correctional Institution Milan is failing to address and adhere to those policies adopted to address medical care for and Inmate institution medical staff have and has deliberate disregard my medical needs.

Medical Staff Doctor Mr Malatinsky, acting with indifference as to my medical needs Institutional Medical Staff have and has a duty to protect Inmate's from harm and to provide reasonable medical care that he know (or) should have Known but failure to issue and prescription shoe would cause harm to my left foot and ankle.

Samuel Haywood Myles asserts that the Federal Bureau Of Prisons have and has a duty to protect Inmate's from harm, and to provide Inmate's with reasonable medical care consistent with Federal Bureau Of Prison's policies and procedures.

Samuel Haywood Myles, further alleges that Medical Staff Doctor Mr. Malatinsky at Federal Correctional Institution Milan, failed to execute Federal Bureau Of Prisons policies and procedures when, despite repeated requests, Samuel Haywood Myles, was not allowed to receive and pair of prescription shoes.

...ADMINISTRATIVE REMEDY; inform resolve issue and pair of Medical Shoes to Inmate Samuel Haywood Myles, to satisfie this complaint.

Upon arrival at the Federal Detention Center in Milan, Michigen I would personally address some several medical issue's, to Medical Staff Doctor Zesto only to be inform that Medical Staff Doctor Malatinsky would have to approve and medical shoe before he Mr.Zesto, would be able to issue me and pair of medical shoes.

Personally I would forward Medical Staff Doctor Mr. Malatinsky and letter by way of the U.S Postal Service only to inform him personally of my overall medical condition some several Inmate Request To Staff (or) Institutional Cop-Out's have and has been forward to Medical Staff Doctor Mr.Malatinsky, from and e-mail response Medical Staff Doctor Mr.Melatinsky, ... Response Date October 21, 2013, if you need immediate care please, sign up for sickcall ... I Samuel Heywood Myles, would personally sign up for sickcall as requested by Medical Staff Doctor Mr. Melatinsky, upon arrival I would visit with and Physicions Assistent only to be assured that I personally would be able to see Medical Staff Doctor Mr. Melatinsky only after some severely hours would I be inform by the same Physicions Assistant that Medical Staff Doctor Mr. Malatinsky, refuse to see me.

At this particular time I'm still having trouble with left foot ... Pain across my foot some four inches from my big toe... Pain across my left ankle and renning up the back of my calf from my ankle about five inches as of date the way that I walk have and has been alteralso as of date I personally walk with and slight

TRULINCS  06212041 - MYLES, SAMUEL HAYWOOD - Unit: MIL-B-D

--------------------------------------------------------------------------------------

FROM: Medical Services
TO: 06212041
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/21/2013 04:02:03 PM

Mr. Myles,

We can discuss the shoe issue at your next visit with me.  If you need immediate care, please, sign up for sick call.

Dr. Malatinsky

>>> ~^!"MYLES, ~^!SAMUEL HAYWOOD" <06212041@inmatemessage.com> 10/21/2013 9:28 AM >>>
To: DOCTOR MALATINSKY
Inmate Work Assignment: UNSIGN

WHILE AT FCI OXFORD AND E MAIL WOULD BE FORWAED TO MEDICAL STAFF DOCTOR LOPZE AND WHO THAT IT
MAY FULLY CONCERN THIS E MAIL HAVE BEEN PREPARE AND FORWARD TO INSTITUTIONAL MEDICAL STAFF BY
ME PERSONALLY WHO IS SEEKING AFTER CARE FROM THE OCTOBER 8 2012 INCIDENT END WHICH MY BODY
WEIGHT WOULD SHIFT TO THE LIFT SIDE OF MY BODY CAUSING MY LEFT ANKLE TO BRAEKE AT THIS PARTICULAR
TIME IM UMABLE TO WARE THE INSTITUTIONAL BOOT ORANY HARD SHOES WHEN WALKINGIN THSES BOOTS MY
FOOT SAME TO TWIZZLE AND TURN OUT TO THE LEFT ALSO I PERSONALLY IS STILL HAVING CONTINUING
SORENESS IN MY FOOT ANKLE AND LOWER LEG ALSO I WOULD LIKE TO PLEASE INFORM YOU THAT I CANNT
WARE SHOES FOR AND LONG PERIOD OF TIME BEFORE REMOVING THEM DOCTOR MALATINSKY I PERSONALLY
HAVE AND HAS FORWARD YOU AND LETTER BY WAY OF US PORTAL MAIL ONLY NOT TO RECEIVE ANY FORM OF
AND REPONSE FROM YOU OR ANYONE WHITIN MEDICAL DOCTOR MALATINSKY AT THIS PARTICULAR TIME IM
SEEKING AFTER CARE FOR MY LEFT FOOT CAUSE OF ACTION FROM AND MEDICAL OVERDOSE FROM
INSTITUTIONAL MEDICAL STAFF AT THE MONRING PILL LINE

GENERIC NAME: AMLODIPINE (am-LOE-di-peen)

COMMON USES: This medicine is a calcium channel blocker used to control high blood pressure or angina (chest pain). Reducing high blood pressure helps prevent strokes, heart attacks and kidney problems.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking azole antifungals (eg, itraconazole, ketoconazole), cyclosporine, diltiazem, HIV protease inhibitors (eg, ritonavir), sildenafil, simvastatin, or vasopressin receptor antagonists (eg, conivaptan). DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including low blood pressure, allergies, pregnancy, or breast-feeding. Tell your doctor if you have a history of heart problems (eg, heart failure, aortic stenosis, coronary artery disease) or liver problems. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. An additional patient information leaflet is available with this medicine. Ask your doctor, nurse, or pharmacist any questions that you may have about this information. This medicine may be taken on an empty stomach or with food. If stomach upset occurs, take with food to reduce stomach irritation. STORE THIS MEDICINE at room temperature between 59 and 86 degrees F (15 and 30 degrees C) in a tightly-closed container, away from heat and light. KEEP THIS MEDICINE out of the reach of children and away from pets. Taking this medicine at the same time each day will help you remember to take it. CONTINUE TO TAKE THIS MEDICINE even if you feel well. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it has been more than 12 hours since you missed your last dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS: DO NOT USE THIS MEDICINE IF you are allergic to any ingredient in this medicine. Lab tests, including blood pressure checks, may be performed while you use this medicine. These tests may be used to monitor your condition or check for side effects. Be sure to keep all doctor and lab appointments. THIS MEDICINE MAY CAUSE DROWSINESS OR DIZZINESS. These effects may be worse if you take it with alcohol or certain medicines. Use this medicine with caution. Do not drive or perform other possibly unsafe tasks until you know how you react to it. This medicine may cause dizziness, lightheadedness, or fainting; alcohol, hot weather, exercise, or fever may increase these effects. To prevent them, sit up or stand slowly, especially in the morning. Sit or lie down at the first sign of any of these effects. PATIENTS WHO TAKE MEDICINE FOR HIGH BLOOD PRESSURE often feel tired or run down for a few weeks after starting treatment. Be sure to take your medicine even if you may not feel "normal". Tell your doctor if you develop any new symptoms. IF YOU ARE TAKING THIS MEDICINE FOR ANGINA, it will not relieve the pain of an acute attack if taken at the time of an acute attack. It prevents or reduces the number of angina attacks only if you take it on regular schedule. WHILE YOU ARE USING THIS MEDICINE, IT IS IMPORTANT TO BRUSH AND FLOSS YOUR TEETH CAREFULLY to reduce swelling and tenderness of your gums. ALTHOUGH RARE, this medicine has been known to increase chest pain and increase the risk of heart attack, especially in patients with severe heart disease. IF YOU HAVE HIGH BLOOD PRESSURE, do not use nonprescription products that contain stimulants. These products may include diet pills or cold medicines. Contact your doctor if you have any questions or concerns. BEFORE YOU BEGIN TAKING ANY NEW MEDICINES, either prescription or over-the-counter, check with your doctor or pharmacist. Use this medicine with caution in the ELDERLY; they may be more sensitive to its effects. PREGNANCY and BREAST-FEEDING: If you become pregnant, contact your doctor. You will need to discuss the benefits and risks of using this medicine while you are pregnant. IT IS NOT KNOWN IF THIS MEDICINE IS FOUND in breast milk. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS that may occur while taking this medicine include: dizziness; drowsiness; fatigue; flushing; nausea; stomach pain; or weakness. If they continue or are bothersome, check with your doctor. SEEK MEDICAL ATTENTION RIGHT AWAY if any of these SEVERE side effects occur: fainting; fast, slow, or irregular heartbeat; pounding in the chest; severe or persistent dizziness; shortness of breath; swelling of feet or legs; symptoms of heart attack (eg, chest, jaw, or left arm pain; numbness or tingling of an arm or leg; sudden, severe headache or vomiting); tender, bleeding, or swollen gums; worsening angina pain (eg, longer, more often, more severe); or yellowing of the eyes or skin. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash; hives; itching; difficulty breathing; tightness in the chest; or swelling of the mouth, face, lips, or tongue. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your health care provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include dizziness, fainting, and a fast heartbeat.

ADDITIONAL INFORMATION: Use this medicine regularly to get the most benefit from it. To help you remember, take it at the same time each day. Have your blood pressure checked regularly while taking this medicine. It may be best to learn how to monitor your own blood pressure. Discuss this with your doctor. DO NOT SHARE THIS MEDICINE with others for whom it was

not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children and pets. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out. CHECK WITH YOUR PHARMACIST about how to dispose of unused medicine.

Copyright 2014 Wolters Kluwer Health, Inc.
All rights reserved.
Issue Date: August 6, 2014

This information should not be used to decide whether or not to take this medicine or any other medicine. Only your health care provider has the knowledge and training to decide which medicines are right for you. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from your health care provider. You must talk with your healthcare provider for complete information about the risks and benefits of using this medicine.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088

## FCI OXFORD, WISCONSIN

## DEPARTMENT HEAD DOCUMENTATION
## ATTEMPT AT INFORMAL RESOLUTION

REMEDY ID # <u>715824-F1</u>

Inmate's Name: <u>MYLES, Samuel</u>     Reg. No.: <u>06212-041</u> Housing Unit: <u>Wood</u>

**TO BE COMPLETED BY THE DEPARTMENT HEAD ASSIGNED A BP-09:**

1.     Briefly state the inmate's complaint and requested corrective actions.

Inmate complained of not being examined completely and did not have a follow up concerning his left foot.  Inmate complained that his left foot continue to be swollen and his 4 small toes were discolored.

Inmate claimed experienced dizziness and lightheadedness as a result of the effect of the two high blood pressure medication he was taking.

2.     Document your efforts to resolve the matter to include policies reviewed.  Note any reasons an informal resolution could not be achieved.

Inmate was seen by the Orthopedist 11-27-2012 and by the Clinical Director 12-13-2012.

*Inmate would like to continue w/ BP 9*

Department Head Signature: _____  Date: _12 - 19 - 12_

Department Head Name (Printed): _____C. LOPEZ, ASK_____

Inmate Signature/Register Number: _Samuel Myres Myof_____

If not informally resolved, forward this form with the BP-229 packet to the Administrative Remedy Coordinator/Clerk (Legal Office).

**Response to Request for Administrative Remedy**
Log No.:  715824-F1

This is in response to your Request for Administrative Remedy, receipted on December 17, 2012, wherein you complain the blood pressure medication prescribed to you made you dizzy and lightheaded and caused you to fall on the floor. You also complained your foot was not completely examined and you did not have the proper follow-up evaluation.

A review of this matter reveals you have a history of hypertension and were prescribed multiple medications. On October 4, 2012, your unit officer found several expired medications in your locker. A review of these medications by the medical staff indicates you were not taking your medications as prescribed. The medical department placed your medications on pill line to monitor your compliance. On October 6, 2012, two days after your medications were placed on pill line, you developed dizziness and light headedness and you fell on the floor and hurt your left ankle. Upon examination, it was noted your blood pressure was low. The Clinical Director discontinued one of your blood pressure medications. Furthermore, your left ankle was noted to be swollen without significant deformity. The medical staff applied an immobilizer splint to your left lower extremity, gave you a pair of crutches, prescribed you medication and gave you medical advice. Your ankle continued to swell which prompted the medical staff to order an x-ray of your left ankle. The x-ray showed a non-displaced fracture of your left ankle.

On November 17, 2012, you were seen by the Orthopedist who indicates your left ankle was healed and ordered to discontinue the immobilizer splint and advised you to start weight bearing on the left ankle as tolerated and discontinue the use of crutches. In addition, on December 13, 2012, you were seen by the Clinical Director for follow-up. The Clinical Director gave you medical advice and recommended you continue your current medications. The medical department will continue to monitor your condition in Chronic Care Clinic.

Based on the above information, you were given appropriate medical care. If you feel there are significant changes in your condition, you may sign up for sick call for an evaluation.

Accordingly, your request for relief is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, 400 State Avenue, Tower II, Suite 800, Kansas City, Kansas  66101.

R. Werlinger, Warden                    01-02-13
                                         Date

**Response to Request for Administrative Remedy**
Log No.:  716865-F1

This is in response to your Request for Administrative Remedy, receipted on December 27, 2012, wherein you state the Supervisor of Recreation has refused to give you five photographs which were taken of you in the recreation department.  You are requesting to receive these five photographs.

A review of this matter reveals you were refused the five photographs because you were in your bare feet.  Prior to taking the photographs, you asked if pictures in your bare feet were permissible in recreation, and you were told by recreation staff that bare feet were not allowed.

Accordingly, your request for relief is denied.  In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, 400 State Avenue, Tower II, Suite 800, Kansas City, Kansas  66101.

_R. Werlinger/Warden_

_01-10-13_
Date

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number**:   715824-R1

This is in response to your Regional Administrative Remedy Appeal received on January 14, 2013. You allege you fractured your ankle because of your blood pressure medication and have not received aftercare for your fractured ankle.   You do not request specific relief.

We have reviewed the documentation related to your appeal.   Based on this review, we concur with the manner in which the Warden addressed your concerns.   You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.01, Patient Care.   A review of your medical record indicates your blood pressure medication was adjusted the month of June 2012.   You experienced an episode of syncope on October 8, 2012. You were evaluated and complained of left ankle pain.   An ACE wrap was applied and you were instructed to rest, ice your ankle, and elevate it.   You were also provided crutches, and advised no weight bearing until the symptoms subsided.   You were instructed to return to sick call if you did not show signs of improvement in a few days.   You returned to sick call on October 18, 2012, and stated you continued to have pain and swelling in your ankle.   An x-ray of your ankle revealed a lateral malleolus non-displaced fracture.   You were placed into an orthoglass posterior splint, and advised to continue use of the crutches previously issued.   You were seen by the Orthopedic specialist on November 27, 2012, who reviewed your x-rays and examined your foot.   The specialist stated you were healing well and could begin weight bearing walking.   You were advised no running, jumping, sports or weight lifting which would require use of the lower extremity for three additional weeks. There was no follow up indicated.   Your blood pressure medication has been adjusted and medical staff will continue to monitor your blood pressure periodically and at Chronic Care Clinic.   You are encouraged to continue your medication regime and make sick call if you feel there is a need for change in your medication to discuss it with your primary care provider.   Given this, we shall defer diagnostic and treatment interventions to the local level.

Based on these findings, this response to your regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_1-18-13_
Date

_Amulinul_
Paul M. Laird, Regional Director

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: SAMUEL HAYWOOD MYLES      06212041      WOOD      FCI OXFORD
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** On and routine visit to medical Doctor Gupta would personally preseribed and second high blood pressuer medication Lisiropril combine together Lisinopril & Lodipine Inmate Myles blood pressuer would drop to 89 over 55 on Oct 8, 2012 causing Inmate Myles to have and adverse reaction from both high blood pressuer medication Lisinopril & Lodipine causing and medical overdose at that particuler time Inmate Myles would become light headed before passing out Inmate Myles would have to be rush to medical immediately to seek emergency medical attention from and medical overdose of Lisinopril & Lodipine this it self would ccuse the Oxygen to shorten it's flow the to the brain Inmate Myles would lose water or body fluds an abnormal depletion of body fluds in resend to Inmate Myles receiving medical attention Inmate Myles would have to receive and IV to hydrate Inmate Myles clone with and MRO also medical attention for his left ankie health service medical staff known and unknown would be negligence for medical overdose prison official acted with deliberate indifference resard Inmate Myles this would be and...(NEAR-DEATH-EXPERIENCE)...the weight of my body would collapes on my left leg ccusing my ankle to break...FCI Oxford Worden Mr. Robert Werlinger would mock my condition

DATE February 4, 2013   Samuel Haywood Myles      SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
MAR 0 6 2013
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
FEB 1 3 2013
Administrative ... Section
... of Prisons

715824-A3

_____
DATE

ORIGINAL: RETURN TO INMATE

**Part C—RECEIPT**

                      GENERAL COUNSEL

CASE NUMBER: 715824A1

CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____
DATE                      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN       Printed on Recycled Paper                    BP-231(13)
                                              APRIL 1982

**Administrative Remedy No. 715824-A3**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal wherein you allege you are not receiving appropriate medical care and treatment for high blood pressure.  In addition, you claim you had a near-death experience due to being overdosed with Lisinopril and Lodipine, which caused you to become dizzy and fall on October 8, 2012.  You contend you should have been immediately transferred to a community hospital for intravenous fluids to prevent dehydration, to keep oxygen flowing to your brain, and for an electrocardiogram (also known as EKG or ECG).  Lastly, you advise you did not receive immediate attention or follow up for a left ankle fracture received during this fall.  You request no specific relief in your appeal.

We have reviewed documentation relevant to your appeal and, based on this information, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal.  Our review reveals you have a history of hypertension (high blood pressure) that dates back several years.

On October 4, 2012, your unit officer found several expired medications in your locker.  Medical staff reviewed the medications with your prescription history and determined your hypertensive medications should be placed on pill line to monitor your compliance.

Further review indicates on October 8, 2012, just a few days after your medications were placed on pill line, you developed dizziness and became light-headed, falling on the floor and injuring your left ankle.  When medical staff evaluated you, they found your blood pressure was low.  Oxygen was administered, a normal saline infusion was administered intravenously and an EKG was performed.  Additionally, the Clinical Director was consulted.

Records reflect your oxygen saturation levels were 100% on room air before you were discharged from Health Services to return to your housing unit.  During this evaluation, you were also assessed for complaints of wrist, back and left ankle pain.  You had left ankle pain with weight bearing, full range of motion, no definitive point tenderness, and good circulation to the

**Administrative Remedy No. 715824-A3**
**Part B - Response**
**Page 2**

toes. The Registered Nurse applied an ace wrap to your ankle and
issued you crutches to allow you to ambulate in a non-weight
bearing manner. She also instructed you to rest, apply ice,
maintain compression (ace wrap), elevate your ankle, and to
report to medical staff is your symptoms worsened or continued
more than a few days.  Moreover, on October 9, 2012, your
prescriptions for Lisinopril and Triamterene/HCTZ were
discontinued by the Clinical Director.

On October 18, 2012, you reported to medical staff that your
ankle was swollen, discolored and still painful.  You were
instructed to remain non-weight bearing on the left ankle.   X-
rays of your left foot and ankle were ordered and were performed
on the same day.  The reports indicated non displaced fracture
through the lateral malleolus (ankle).  Accordingly, you were
placed in an immobilizer splint for your left leg, continued
non-weight bearing, and given a prescription for ibuprofen for
pain.  Medical staff also referred you to an orthopedic surgeon
for further evaluation.

Your medical record indicates additional left ankle x-rays were
performed on November 19, 2012, to monitor your progress.  The
report indicated, "Fracture of the left malleolus confirmed, in
good alignment."

On November 21, 2012, medical staff followed-up about your blood
pressure.  It was determined that due to pill line compliance
and no recent blood pressure problems, you could be allowed to
self-carry your hypertensive medications (Amlidopine and
aspirin) again.

The orthopedic surgeon evaluated you on November 27, 2012, and
he noted your x-rays were consistent with an old ankle fracture.
He diagnosed a left ankle fracture with medical ankle sprain and
recommended removing the splint with weight-bearing activity as
tolerated, discontinue the crutches when you could comfortably
bear full weight (which should be just days), and to refrain
from running and jumping activities, sports, and weight-lifting
activities for an additional three weeks after beginning to bear
weight.  You were educated by the surgeon to expect swelling to
come and go for several weeks or months, depending on your

**Administrative Remedy No. 715824-A3**
**Part B – Response**
**Page 3**

activity levels.  No further follow-up was recommended.  Medical
staff discussed the orthopedic surgeon's recommendations with
you and removed your splint on November 28, 2012.

The Clinical Director reviewed your progress and discharged you
from orthopedic care during a Chronic Care Clinic appointment on
December 13, 2012.

During your most recent CCC appointment with a physician, your
blood pressure was 133/86 mmHg.  You reported no problems with
medications and he noted you complained of frequent ankle pain
and swelling.  He reviewed your left ankle x-rays and examined
you, finding normal range of motion and normal pulses.  He
concluded probable post traumatic arthropathy (disease of the
joints) and recommended you take over-the-counter pain relievers
as needed.

You have received appropriate and timely medical evaluation,
treatment and follow-up for a syncopal episode and a left ankle
injury on October 8, 2012, and the record reflects you have
received medical care and treatment in accordance with evidence
based standard of care and within the scope of services of the
Federal Bureau of Prisons.  You are encouraged to comply with
proposed medical treatment so staff can continue to provide
essential medical care and to utilize normal sick call
procedures should your conditions worsen.

Based on the foregoing, this response is provided for
informational purposes only.

_July 5, 2013_
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

# FCI OXFORD, WISCONSIN

## DEPARTMENT HEAD DOCUMENTATION
## ATTEMPT AT INFORMAL RESOLUTION

REMEDY ID # 734390-F1

Inmate's Name: MYLES, Samuel  Reg. No.:  06212-041  Housing Unit: Wood

**TO BE COMPLETED BY THE DEPARTMENT HEAD ASSIGNED A BP-09:**

1.　　Briefly state the inmate's complaint and requested corrective actions.

Inmate requested after care treatment from the incident that happened October 8, 2013.

2.　　Document your efforts to resolve the matter to include policies reviewed.  Note any reasons an informal resolution could not be achieved.

Inmate is scheduled to see the Clinical Director in Chronic Care Clinic in the very near future where he can address his concern.

Department Head Signature: _____  Date: 1-23-13

Department Head Name (Printed): _____ C. LOPEZ  HSA

Inmate Signature/Register Number: _Samuel Haywood Myles appeal_

If not informally resolved, forward this form with the BP-229 packet to the Administrative Remedy Coordinator/Clerk (Legal Office).

MIL-1330.13d
September 18, 2013
PAGE          7

Attachment B
FCI/FDC Milan Michigan
**Department Head Documentation - Attempt at Informal Resolution**
REMEDY #     753841-F1

Inmate's Name: MYLES, Samuel Haywood

Registration Number 06212-041          Housing B2

## TO BE COMPLETED BY THE DEPARTMENT HEAD ASSIGNED A BP-09:

1.      Briefly stated the inmate's complaint and requested corrective actions.

Inmate Myles claims his medical needs regarding his foot and ankle are not being addressed by medical staff.

2.      Document your efforts to resolve the matter to include policies reviewed. Note any reasons an informal resolution could not be achieved.

Unable to informally resolve, medical concerns.

Department Head Signature: _____ Date: _10/17/13_

Department Head Printed Name: A. Moody

If not informally resolved, forward this form with the BP-229 packet to the Administrative Remedy Coordinator.

Attachment B Part 1
FCI/FDC Milan Michigan
Attempt at Informal Resolution

RB 10-13-13

REMEDY # O6212041    753841-F1

Inmate's Name: Samuel Heywood Myles

Registration Number: 06212041   Housing Unit: B-2

ATTEMPT AT INFORMAL RESOLUTION:

The inmate stated the complaint and requested corrective action.

and e-mail was forward to Doctar Zesto, addressing my medical
issue regarding my left foot and ankle and how my foot is sway-
ing out to the left and having pein I would request end peir of
Medical shoes Doctar Zesto would inform me that Doctar Mcle-
tinsky would have to approve the medical shoe I personally would
forwerd Doctar Mclatinsky and letter by wey of U.S. Postel Sevice
addressing my medical issue requesting end peir of medical shoes
and a wrist brace for my right wrist I haven't receive a response

If the inmate's complaint falls within the meaning of sexually abusive behavior, or if the complaint for any
reason an informal resolution could not be achieved.

I explaind to inmate Myle he would get a medical
response and I thought it would hery to be a
trained medical professional to determind if
he need speaial shoes.

Inmate Signature: Samuel Heywood Myles   Date: October 13, 2012
Inmate Printed Name: Samuel Heywood Myles

Unit Counselor Signature: Bryce L. Brown   Date: 10-13-13
Unit Counselor Printed Name: BRYCE L. BROWN

Case 1:14-cv-00661-bbc   Document #:1-1   Filed: 09/26/14   Page 21 of 51

U.S. DEPARTMENT OF JUSTICE        **REQUEST FOR ADMINISTRATIVE REMEDY**    10-15-13

ᶦ Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From:   MYLES SAMUEL HAYWOOD    06212041    B-2    FCI L. MILAN
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** and e-mail was forwerd to Doctor Zesto addressing my medical issue regarding my left foot and ankle and how my foot is swaying out to the left and having pain I would request and neir of medical shoes Doctor Zestor would informe me that Doctor Malatinsky would have to approve the medical shoes I personally would forward Doctor Malatinsky and letter by wey of U.S. Postal device addressing my medical issue regarding and pair of medical shoes at this particular time I'm having pain (or) sorest across my foot and from ankle to ankle on the out side of my left ankle's with pain running up and down my calf just some several inches up pass my ankle's also my walking has become olter olso Im walking with and slight limp at this perticuler time I'm requesting and pair of medical shoe and foot pan to soak my foot as welles to and wreecf for my right wrist.

       Thank You And Thank You For Your Time!

October 13, 2012              Samuel Haywood Myles
_____           _____
DATE                            SIGNATURE OF REQUESTER

**Part B– RESPONSE**

**ADMN. REMEDY**

**OCT 18 2013**

**LEGAL OFFICE**

_____           _____
DATE                         WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE           CASE NUMBER: _753841-F1_

                                            CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                        
DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        ♲ PRINTED ON RECYCLED PAPER                          BP-229(13)
                                                           APRIL 1982

**BP-229 RESPONSE**                                    **CASE NUMBER: 753841-F1**

Your Request for Administrative Remedy (BP-229), dated October 13, 2013, and received in this office on October 18, 2013, has been reviewed.   Specifically, you are requesting to receive a foot pan to soak your feet, medical shoes for foot pain and a brace for your right wrist.

A review of the issue(s) raised in your BP-229 has been conducted.   According to your medical records, you were evaluated by the Clinical Director on September 5, 2013. During that visit you requested to receive a brace for your right wrist but did not request medical shoes or a pan to soak your feet.   You were told that a brace was not medically indicated for your wrist.   An appointment has been made for you with the Clinical Director to discuss the need for medical shoes and a pan to soak your feet.   Should your condition change significantly, you are encouraged to attend sick call to be further evaluated.

Accordingly, your Request for Administrative Remedy is denied.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.


_____                              _____
J. A. Terris, Warden                                 Date    11/7/13

Miles 06212-041
11/14/13 / Medical Issues

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __MYLES SAMUEL HAYWOOD__   __06212041__   __B-2__   __FCI L MILAN__
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　REG. NO.　　　UNIT　　　　INSTITUTION

**Part A - REASON FOR APPEAL** On and about October 8, 2012 after some several day's of being require (or) schedule for the institution morning pill line upon returning back to the housing unit I would become light-headed unaware that from and combination of medication that I was having and medical-over-dose from this (adverse-reaction) causing my blood pressure to drop causing me to collapse my body weight would shift to the left side of my body causing my left ankle to break on both sides after the finding from some several X-Ray's Institution Medical Staff Doctor Mr. King and the Institution Medical Staff Registered Nurse Mr. Brad Malcom would review all three sets of X-Ray's this particular evaluation or examine would take place on and about October 18, 2012 at that particular time Doctor King would personally recommen that Registered Nurse Mr. Malcom to results verbal order to place me in endorthoglass posterior splint, and retain crutches, no weight bearing for continued pain and swelling has been using crutches since injury!

__November 23, 2013__　　　　　　　　__Samuel Haywood Myles__
　　　　DATE　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
DEC - 3 2013
R1
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

RECEIVED
DEC 23 2013
R2
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

_____　　　　　　_____ R2
　　DATE　　　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE　　　　　　　　CASE NUMBER: __753841-R1__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

_____　　　　　　　_____
　　DATE　　　　　　　　　　SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN　　　　　　　PRINTED ON RECYCLED PAPER　　　　　　　　BP-230(13)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUNE 2002

**U. S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number**:   753841-R2

This is in response to your Regional Administrative Remedy Appeal received on December 23, 2013. You allege you have been denied a prescription for a wrist brace.   For relief, you want a prescription for a wrist brace.

We have reviewed the documentation related to your appeal.   Based on this review, we concur with the manner in which the Warden addressed your concerns.   You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.03, Patient Care. A review of your electronic medical record indicates you were evaluated in the Chronic Care Clinic, by the Clinical Director on September 5, 2013.   At that time, the provider indicated that based on your current clinical presentation, issuance of a wrist brace was not deemed medically appropriate. Furthermore, on December 5, 2013, you were evaluated in Health Services and you had no complaints regarding your wrist.   The Health Services Department will continue to monitor your medical needs.   If your condition worsens, you may sign up for sick call and be re-evaluated.   Given this, we shall defer diagnostic and treatment interventions to the Health Services staff at the local level.

Based on these findings, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

1-7-14
Date

Paul M. Laird, Regional Director



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of Regional Counsel*

400 State Avenue
Tower II, Suite 800
Kansas City, KS  66101

APR 16 2014

Samuel Myles
Register No. 06212-041
FCI Milan
P.O. Box 1000
Milan, MI   48160

Re:   Administrative Claim Number TRT-NCR-2014-01223
Personal Injury:  $3,000,000.00

**CERTIFIED NUMBER 7013 1710 0002 3407 2927**

Dear Mr. Myles:

Your above referenced tort claim has been considered for administrative review pursuant to 28 C.F.R. § 0.172, <u>Authority: Federal Tort Claims</u> and 28 C.F.R. Part 14, <u>Administrative Claims Under Federal Tort Claims Act</u>.   Investigation of your claim did not reveal you suffered any personal injury as a result of the negligent acts or omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your claim is denied.   This memorandum serves as a notification of final denial under 28 C.F.R. § 14.9, <u>Final Denial of Claim</u>.   If you are dissatisfied with our agency's action, you may file suit in an appropriate U.S. District Court no later than six months after the date of mailing of this notification.

Sincerely,

Richard W. Schott
Regional Counsel

BP-A0148
JUNE 10
**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| HEALTH SERVICES Medical Records RCC | 9 4 2013 |

| FROM: SAMUEL HAYWOOD MYLES | REGISTER NO.: 02212041   06212-041 |

| WORK ASSIGNMENT: UNSIGN | UNIT: WEST UNIT IN HOLDOVER |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

Request for and to Federal Detention Center
Health Services at this particular time I'm request-
ing and copy of my Medical Duty Status that was
issue on and about June 5, 2013 by Medical Staff at
Federal Correctional Institution Oxford stating
Housing Status lower bunk, Soft Shoe Permit, Wrist
Brace and Back Brace

Thank You!

(Do not write below this line)

DISPOSITION:

Doctor Maletinsky reviewed your medical
duty status and has determined a change.
Please make a sick call appointment if
you feel you require the change

| Signature Staff Member   Me, MRT | Date   9-24-13 |
|---|---|

Record Copy - File; Copy - Inmate

PDF      MAUREEN CIESINSKI, MRT  Prescribed by P5511
         FCI MILAN

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

BP-S148.055
SEP 98

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member)<br>*Medical Staff Malatinsky* | DATE:<br>*October 26, 2013* |
|---|---|
| FROM:<br>*Samuel Heywood Myles* | REGISTER NO.:<br>*06212041* |
| WORK ASSIGNMENT<br>*Unsign* | UNIT:<br>*B-2* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.  Continue on back, if necessary.  Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

*and e-mail would be forward to you personally on and about October 21, 2013 requesting Medical assistance for my left ankle also requesting a pair of Medical Shoes and Wrist Brace in and response from you personally on and about October 22, 2013 and which you stated that if you need immediate care please sign up for sick call on and about October 23, 2013 I come to sick call I need Medical assistance     Thank You!*

(Do not write below this line)

DISPOSITION:

*Mr. Myles,*

*We can discuss these issues at your next appointment with me*

W. Malatinsky, MD
Clinical Director
FCI/FDC Milan

Signature Staff Member                    Date     NOV 1 2 2013

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)               This form replaces BP-148.070 dated Oct 86
                                                    and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          SECTION 6

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** OXF--OXFORD FCI | **Begin Date:** 09/01/2012 | **End Date:** 05/17/2013 |
| **Inmate:** MYLES, SAMUEL HAYWOOD | **Reg #:** 06212-041 | **Quarter:** W05-021L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

amLODIPine 10 MG TAB
Take one tablet by mouth each day to control blood pressure
**Rx#:** 24240-OXF    **Doctor:** Gupta, R. MD/CD
**Start:** 06/27/12    **Exp:** 12/24/12    **D/C:** 10/04/12    **Pharmacy Dispensings:** 90 TAB in 324 days

amLODIPine 10 MG TAB
Take one tablet by mouth at the 0630 ***pill line*** to control blood pressure
**Rx#:** 25343-OXF    **Doctor:** Gupta, R. MD/CD
**Start:** 10/04/12    **Exp:** 04/02/13    **D/C:** 11/21/12    **Pharmacy Dispensings:** 30 TAB in 225 days

amLODIPine 10 MG TAB
Take one tablet by mouth each morning to control blood pressure
**Rx#:** 25896-OXF    **Doctor:** Ritter, C. PA-C
**Start:** 11/21/12    **Exp:** 01/20/13    **D/C:** 12/17/12    **Pharmacy Dispensings:** 30 TAB in 177 days

amLODIPine 10 MG TAB
Take one tablet by mouth each morning to control blood pressure
**Rx#:** 26135-OXF    **Doctor:** Gupta, R. MD/CD
**Start:** 12/17/12    **Exp:** 06/15/13    **Pharmacy Dispensings:** 150 TAB in 151 days

Aspirin 81 MG EC Tab
Take one tablet by mouth each day for heart
**Rx#:** 24241-OXF    **Doctor:** Gupta, R. MD/CD
**Start:** 06/27/12    **Exp:** 12/24/12    **D/C:** 10/04/12    **Pharmacy Dispensings:** 90 TAB in 324 days

Aspirin 81 MG EC Tab
Take one tablet by mouth at the 0630 ***pill line*** for heart
**Rx#:** 25344-OXF    **Doctor:** Gupta, R. MD/CD
**Start:** 10/04/12    **Exp:** 04/02/13    **D/C:** 11/21/12    **Pharmacy Dispensings:** 30 TAB in 225 days

Aspirin 81 MG EC Tab
Take one tablet by mouth each morning to help protect heart.
**Rx#:** 25897-OXF    **Doctor:** Ritter, C. PA-C
**Start:** 11/21/12    **Exp:** 01/20/13    **D/C:** 12/17/12    **Pharmacy Dispensings:** 30 TAB in 177 days

| | | |
|---|---|---|
| **Complex:** OXF--OXFORD FCI | **Begin Date:** 09/01/2012 | **End Date:** 05/17/2013 |
| **Inmate:** MYLES, SAMUEL HAYWOOD | **Reg #:** 06212-041 | **Quarter:** W05-021L |

## Active Prescriptions

Aspirin 81 MG EC Tab
Take one tablet by mouth each morning to help protect heart.
**Rx#:** 26136-OXF      **Doctor:** Gupta, R. MD/CD
**Start:** 12/17/12      **Exp:** 06/15/13                    **Pharmacy Dispensings:** 150 TAB in 151 days

Ibuprofen 800 MG Tab
Take one tablet by mouth three times daily with food as needed for 7 days (started via pyxis)
**Rx#:** 25574-OXF      **Doctor:** Gupta, R. MD/CD
**Start:** 10/18/12      **Exp:** 10/25/12                    **Pharmacy Dispensings:** 12 TAB in 211 days

Lisinopril 20 MG Tab
Take one tablet by mouth each day to control blood pressure
**Rx#:** 24242-OXF      **Doctor:** Gupta, R. MD/CD
**Start:** 06/27/12      **Exp:** 12/24/12      **D/C:** 10/04/12      **Pharmacy Dispensings:** 90 TAB in 324 days

Lisinopril 20 MG Tab
Take one tablet by mouth at the 0630 ***pill line*** to control blood pressure
**Rx#:** 25345-OXF      **Doctor:** Gupta, R. MD/CD
**Start:** 10/04/12      **Exp:** 04/02/13      **D/C:** 10/11/12      **Pharmacy Dispensings:** 30 TAB in 225 days

Triamterene/ HCTZ 75 MG/50 MG Tab
Take one-half (1/2) tablet by mouth each day to control blood pressure
**Rx#:** 24243-OXF      **Doctor:** Gupta, R. MD/CD
**Start:** 06/27/12      **Exp:** 12/24/12      **D/C:** 10/04/12      **Pharmacy Dispensings:** 45 TAB in 324 days

Triamterene/ HCTZ 75 MG/50 MG Tab
Take one-half (1/2) tablet by mouth at the 0630 ***pill line*** to control blood pressure
**Rx#:** 25346-OXF      **Doctor:** Gupta, R. MD/CD
**Start:** 10/04/12      **Exp:** 04/02/13      **D/C:** 10/11/12      **Pharmacy Dispensings:** 15 TAB in 225 days

# Bureau of Prisons
## Health Services
## Vitals All

| Begin Date: 09/01/2012 | End Date: 05/17/2013 |
|---|---|
| Reg #: 06212-041 | Inmate Name: MYLES, SAMUEL HAYWOOD |

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/13/2012 | 09:30 OXF | 98.6 | 37.0 | Oral | Gupta, R. MD/CD |
| | Orig Entered: 12/14/2012 09:49 EST | Gupta, R. MD/CD | | | |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/25/2012 | 11:55 OXF | 68 | Via Machine | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 12/25/2012 | 11:52 OXF | 58 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 12/25/2012 | 11:49 OXF | 66 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 12/25/2012 | 11:45 OXF | 60 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 12/13/2012 | 09:30 OXF | 76 | Via Machine | Regular | Gupta, R. MD/CD |
| | Orig Entered: 12/14/2012 09:49 EST | | Gupta, R. MD/CD | | |
| 11/28/2012 | 08:47 OXF | 73 | Via Machine | | Ritter, C. PA-C |
| | Orig Entered: 11/28/2012 09:49 EST | | Ritter, C. PA-C | | |
| 10/08/2012 | 11:55 OXF | 68 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:52 OXF | 58 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:49 OXF | 62 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:45 OXF | 56 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:40 OXF | 56 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:36 OXF | 58 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:26 OXF | 54 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:26 OXF | 56 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:15 OXF | 54 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:15 OXF | 54 | Via Machine | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:05 OXF | 50 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 10:56 OXF | 54 | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |

| | | | | | |
|---|---|---|---|---|---|
| **Begin Date:** 09/01/2012 | | | **End Date:** | 05/17/2013 | |
| **Reg #:** | 06212-041 | | **Inmate Name:** MYLES, SAMUEL HAYWOOD | | |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 10/08/2012 | 10:55 OXF | 52 | | | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 10:53 OXF | 52 | | | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 10:53 OXF | 54 | | | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 10:44 OXF | 52 | | | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 10:44 OXF | 52 | | | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 10:41 OXF | 52 | | | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 10:41 OXF | 50 | | | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 10:34 OXF | 50 | | | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 10:33 OXF | 50 | | | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 10:30 OXF | 48 | | | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 10:30 OXF | 48 | Via Machine | | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 12/25/2012 | 11:55 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC |
| 12/25/2012 | 11:52 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC |
| 12/25/2012 | 11:49 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC |
| 12/25/2012 | 11:45 OXF | 16 | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC |
| 12/13/2012 | 09:30 OXF | 16 | Gupta, R. MD/CD |
| | **Orig Entered:** 12/14/2012 09:49 EST | | Gupta, R. MD/CD |
| 10/08/2012 | 11:55 OXF | 16 | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 11:52 OXF | 16 | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 11:49 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 11:45 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 11:40 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 11:36 OXF | 16 | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 11:26 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | **Orig Entered:** 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |

| Begin Date: | 09/01/2012 | **End Date:** | 05/17/2013 |
| Reg #: | 06212-041 | **Inmate Name:** | MYLES, SAMUEL HAYWOOD |

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 10/08/2012 | 11:26 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 11:15 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 11:15 OXF | 16 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 11:05 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 10:56 OXF | 16 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 10:55 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 10:53 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 10:53 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 10:44 OXF | 18 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 10:44 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 10:41 OXF | 22 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 10:41 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 10:34 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 10:33 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 10:30 OXF | 20 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC |
| 10/08/2012 | 10:30 OXF | 24 | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 12/25/2012 | 11:55 OXF | 118/80 | Right Arm | Sitting | Adult-regular | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 12/25/2012 | 11:52 OXF | 121/75 | | Sitting | Adult-regular | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 12/25/2012 | 11:49 OXF | 120/76 | | Lying | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 12/25/2012 | 11:45 OXF | 117/76 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 12/13/2012 | 09:30 OXF | 129/86 | Left Arm | Sitting | Adult-regular | Gupta, R. MD/CD |
| | Orig Entered: 12/14/2012 09:49 EST | | Gupta, R. MD/CD | | | |
| 12/13/2012 | 09:30 OXF | 135/88 | Right Arm | Sitting | Adult-regular | Gupta, R. MD/CD |
| | Orig Entered: 12/14/2012 09:49 EST | | Gupta, R. MD/CD | | | |
| 11/28/2012 | 08:47 OXF | 128/76 | Left Arm | Sitting | Adult-large | Ritter, C. PA-C |
| | Orig Entered: 11/28/2012 09:49 EST | | Ritter, C. PA-C | | | |

| Begin Date: | 09/01/2012 | | End Date: | 05/17/2013 |
| Reg #: | 06212-041 | | Inmate Name: | MYLES, SAMUEL HAYWOOD |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 10/18/2012 | 10:00 OXF | 127/87 | | | | Malcolm, Brad RN/IOP/IDC |
| p-70 | | | | | | |
| | Orig Entered: | 10/18/2012 11:02 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/16/2012 | 19:39 OXF | 134/79 | Left Arm | Sitting | Adult-large | Cole, Jan RN |
| | Orig Entered: | 10/16/2012 20:41 EST | | Cole, Jan RN | | |
| 10/15/2012 | 07:48 OXF | 122/79 | Left Arm | Sitting | | Malcolm, Brad RN/IOP/IDC |
| p-82 | | | | | | |
| | Orig Entered: | 10/15/2012 08:49 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/14/2012 | 18:02 OXF | 135/87 | Left Arm | Sitting | Adult-large | Cole, Jan RN |
| PULSE-66 | | | | | | |
| | Orig Entered: | 10/14/2012 19:03 EST | | Cole, Jan RN | | |
| 10/13/2012 | 10:34 OXF | 132/85 | Left Arm | Sitting | Adult-large | Cole, Jan RN |
| pulse-75 | | | | | | |
| | Orig Entered: | 10/13/2012 11:36 EST | | Cole, Jan RN | | |
| 10/12/2012 | 17:22 OXF | 133/89 | | | | Malcolm, Brad RN/IOP/IDC |
| p-68 | | | | | | |
| | Orig Entered: | 10/12/2012 18:23 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/11/2012 | 17:30 OXF | 128/84 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: | 10/12/2012 12:36 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/10/2012 | 11:27 OXF | 126/82 | | | | Malcolm, Brad RN/IOP/IDC |
| p-70 | | | | | | |
| | Orig Entered: | 10/12/2012 12:36 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 18:35 OXF | 119/76 | Left Arm | Sitting | Adult-large | Cole, Jan RN |
| Pulse-85. States he's feeling alot better then he did this morning.Ankle is painful. | | | | | | |
| | Orig Entered: | 10/08/2012 19:37 EST | | Cole, Jan RN | | |
| 10/08/2012 | 11:55 OXF | 114/79 | | Sitting | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: | 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:52 OXF | 121/75 | | Sitting | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: | 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:49 OXF | 128/76 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: | 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:45 OXF | 117/76 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: | 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:40 OXF | 106/75 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: | 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:36 OXF | 106/75 | | Lying | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: | 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:26 OXF | 120/73 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: | 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:26 OXF | 120/73 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: | 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:15 OXF | 106/68 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: | 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:15 OXF | 106/68 | | Lying | Adult-regular | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: | 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 11:05 OXF | 101/64 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: | 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | |
| 10/08/2012 | 10:56 OXF | 93/62 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: | 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | |

| Begin Date: | 09/01/2012 | | End Date: | 05/17/2013 |
| Reg #: | 06212-041 | | Inmate Name: | MYLES, SAMUEL HAYWOOD |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 10/08/2012 | 10:55 OXF | 93/62 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 10/08/2012 | 10:53 OXF | 96/62 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 10/08/2012 | 10:53 OXF | 96/62 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 10/08/2012 | 10:44 OXF | 96/66 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 10/08/2012 | 10:44 OXF | 96/66 | | Lying | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 10/08/2012 | 10:41 OXF | 101/62 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 10/08/2012 | 10:41 OXF | 101/62 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 10/08/2012 | 10:34 OXF | 93/57 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 10/08/2012 | 10:33 OXF | 93/57 | | | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 10/08/2012 | 10:30 OXF | 89/55 | | Lying | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | | | |
| 10/08/2012 | 10:30 OXF | 89/55 | Right Arm | Lying | Adult-regular | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | | | |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 12/25/2012 | 11:55 OXF | 98 | Room Air | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | |
| 12/25/2012 | 11:52 OXF | 99 | Room Air | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | |
| 12/25/2012 | 11:49 OXF | 100 | Oxygen 3 L | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | |
| 12/13/2012 | 09:30 OXF | 98 | | Gupta, R. MD/CD |
| | Orig Entered: 12/14/2012 09:49 EST | | Gupta, R. MD/CD | |
| 10/08/2012 | 11:55 OXF | 99 | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | |
| 10/08/2012 | 11:52 OXF | 99 | Oxygen 3 L | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | |
| 10/08/2012 | 11:49 OXF | 100 | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | |
| 10/08/2012 | 11:45 OXF | 100 | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | |
| 10/08/2012 | 11:40 OXF | 100 | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | |
| 10/08/2012 | 11:26 OXF | 100 | Oxygen 3 L | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | |
| 10/08/2012 | 11:15 OXF | 100 | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | |
| 10/08/2012 | 11:15 OXF | 100 | Oxygen 3 L | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | |

| Begin Date: | 09/01/2012 | End Date: | 05/17/2013 |
|---|---|---|---|
| Reg #: | 06212-041 | Inmate Name: | MYLES, SAMUEL HAYWOOD |

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/08/2012 | 10:53 OXF | 100 | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | |
| 10/08/2012 | 10:53 OXF | 100 | Oxygen 3 L | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | |
| 10/08/2012 | 10:44 OXF | 100 | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | |
| 10/08/2012 | 10:41 OXF | 100 | | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | |
| 10/08/2012 | 10:34 OXF | 100 | Oxygen 3 L | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | |
| 10/08/2012 | 10:30 OXF | 100 | Room Air | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/24/2012 19:17 EST | | Malcolm, Brad RN/IOP/IDC | |
| 10/08/2012 | 10:30 OXF | 100 | Room Air | Malcolm, Brad RN/IOP/IDC |
| | Orig Entered: 12/25/2012 19:56 EST | | Malcolm, Brad RN/IOP/IDC | |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 12/13/2012 | 09:30 OXF | 71.0 | 180.3 | Gupta, R. MD/CD |
| | Orig Entered: 12/14/2012 09:49 EST | | Gupta, R. MD/CD | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/13/2012 | 09:30 OXF | 164.0 | 74.4 | | Gupta, R. MD/CD |
| | Orig Entered: 12/14/2012 09:49 EST | | Gupta, R. MD/CD | | |

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MYLES, SAMUEL HAYWOOD | | | Reg #: | 06212-041 |
| Date of Birth: | /1956 | Sex: | M     Race: BLACK | Facility: | OXF |
| Note Date: | 09/07/2012 09:30 | Provider: | Griese, Amy HIT | Unit: | W05 |

Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Griese, Amy HIT

Released 13 copies to inmate: all radiology and EKG reports (paper file); lab reports 08/30/04-05/10/07 (paper file).

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Griese, Amy HIT on 09/07/2012 09:46

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MYLES, SAMUEL HAYWOOD | | Reg #: | 06212-041 |
| Date of Birth: | 1956 | Sex:   M   Race:   BLACK | Facility: | OXF |
| Encounter Date: | 10/08/2012 10:20 | Provider:   Malcom, Brad RN | Unit: | W05 |

Emergency encounter performed at Housing Unit.

**SUBJECTIVE:**

**INJURY   1       Provider:   Malcom, Brad RN**

| | | | |
|---|---|---|---|
| **Date of Injury:** | 10/08/2012 10:20 | **Date Reported for Treatment:** | 10/08/2012 10:28 |
| **Work Related:** | No | **Work Assignment:** | ORD WD PM |
| **Pain Location:** | Ankle-Left | | |
| **Pain Scale:** | 4 | | |

**Pain Qualities:** Aching | Radiating

**Where Did Injury Happen (Be specific as to location):**

Wood Unit common area near cloths washer and dryer.

**Cause of Injury (Inmate's Statement of how injury occurred):**

I have been getting dizzy off and on since taking the meds on pill line.

**Symptoms (as reported by inmate):**

Dizziness, left ankle discomfort.

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/25/2012 | 11:55 OXF | 68 | Via Machine | | Malcom, Brad RN |
| 12/25/2012 | 11:52 OXF | 58 | | | Malcom, Brad RN |
| 12/25/2012 | 11:49 OXF | 66 | | | Malcom, Brad RN |
| 12/25/2012 | 11:45 OXF | 60 | | | Malcom, Brad RN |
| 10/08/2012 | 11:55 OXF | 68 | | | Malcom, Brad RN |
| 10/08/2012 | 11:52 OXF | 58 | | | Malcom, Brad RN |
| 10/08/2012 | 11:49 OXF | 62 | | | Malcom, Brad RN |
| 10/08/2012 | 11:45 OXF | 56 | | | Malcom, Brad RN |
| 10/08/2012 | 11:40 OXF | 56 | | | Malcom, Brad RN |
| 10/08/2012 | 11:36 OXF | 58 | | | Malcom, Brad RN |
| 10/08/2012 | 11:26 OXF | 54 | | | Malcom, Brad RN |
| 10/08/2012 | 11:26 OXF | 56 | | | Malcom, Brad RN |
| 10/08/2012 | 11:15 OXF | 54 | Via Machine | | Malcom, Brad RN |
| 10/08/2012 | 11:15 OXF | 54 | | | Malcom, Brad RN |
| 10/08/2012 | 11:05 OXF | 50 | | | Malcom, Brad RN |
| 10/08/2012 | 10:56 OXF | 54 | | | Malcom, Brad RN |
| 10/08/2012 | 10:55 OXF | 52 | | | Malcom, Brad RN |
| 10/08/2012 | 10:53 OXF | 52 | | | Malcom, Brad RN |
| 10/08/2012 | 10:53 OXF | 54 | | | Malcom, Brad RN |

| Inmate Name: | MYLES, SAMUEL HAYWOOD | | | Reg #: | 06212-041 |
| Date of Birth: | 1956 | Sex: | M   Race:  BLACK | Facility: | OXF |
| Encounter Date: | 10/08/2012 10:20 | Provider: | Malcom, Brad RN | Unit: | W05 |

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 10/08/2012 | 10:44 OXF | 52 | | | Malcom, Brad RN |
| 10/08/2012 | 10:44 OXF | 52 | | | Malcom, Brad RN |
| 10/08/2012 | 10:41 OXF | 52 | | | Malcom, Brad RN |
| 10/08/2012 | 10:41 OXF | 50 | | | Malcom, Brad RN |
| 10/08/2012 | 10:34 OXF | 50 | | | Malcom, Brad RN |
| 10/08/2012 | 10:33 OXF | 50 | | | Malcom, Brad RN |
| 10/08/2012 | 10:30 OXF | 48 | Via Machine | | Malcom, Brad RN |
| 10/08/2012 | 10:30 OXF | 48 | | | Malcom, Brad RN |

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 12/25/2012 | 11:55 OXF | 20 | Malcom, Brad RN |
| 12/25/2012 | 11:52 OXF | 20 | Malcom, Brad RN |
| 12/25/2012 | 11:49 OXF | 20 | Malcom, Brad RN |
| 12/25/2012 | 11:45 OXF | 16 | Malcom, Brad RN |
| 10/08/2012 | 11:55 OXF | 16 | Malcom, Brad RN |
| 10/08/2012 | 11:52 OXF | 16 | Malcom, Brad RN |
| 10/08/2012 | 11:49 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 11:45 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 11:40 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 11:36 OXF | 16 | Malcom, Brad RN |
| 10/08/2012 | 11:26 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 11:26 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 11:15 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 11:15 OXF | 16 | Malcom, Brad RN |
| 10/08/2012 | 11:05 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 10:56 OXF | 16 | Malcom, Brad RN |
| 10/08/2012 | 10:55 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 10:53 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 10:53 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 10:44 OXF | 18 | Malcom, Brad RN |
| 10/08/2012 | 10:44 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 10:41 OXF | 22 | Malcom, Brad RN |
| 10/08/2012 | 10:41 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 10:34 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 10:33 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 10:30 OXF | 20 | Malcom, Brad RN |
| 10/08/2012 | 10:30 OXF | 24 | Malcom, Brad RN |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 12/25/2012 | 11:55 OXF | 118/80 | Right Arm | Sitting | Adult-regular | Malcom, Brad RN |
| 12/25/2012 | 11:52 OXF | 121/75 | | Sitting | Adult-regular | Malcom, Brad RN |
| 12/25/2012 | 11:49 OXF | 120/76 | | Lying | | Malcom, Brad RN |

| Inmate Name: | MYLES, SAMUEL HAYWOOD | | | | Reg #: | 06212-041 |
| Date of Birth: | 1956 | Sex: | M Race: BLACK | | Facility: | OXF |
| Encounter Date: | 10/08/2012 10:20 | Provider: | Malcom, Brad RN | | Unit: | W05 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
| --- | --- | --- | --- | --- | --- | --- |
| 12/25/2012 | 11:45 OXF | 117/76 | | | | Malcom, Brad RN |
| 10/08/2012 | 11:55 OXF | 114/79 | | Sitting | | Malcom, Brad RN |
| 10/08/2012 | 11:52 OXF | 121/75 | | Sitting | | Malcom, Brad RN |
| 10/08/2012 | 11:49 OXF | 128/76 | | | | Malcom, Brad RN |
| 10/08/2012 | 11:45 OXF | 117/76 | | | | Malcom, Brad RN |
| 10/08/2012 | 11:40 OXF | 106/75 | | | | Malcom, Brad RN |
| 10/08/2012 | 11:36 OXF | 106/75 | | Lying | | Malcom, Brad RN |
| 10/08/2012 | 11:26 OXF | 120/73 | | | | Malcom, Brad RN |
| 10/08/2012 | 11:26 OXF | 120/73 | | | | Malcom, Brad RN |
| 10/08/2012 | 11:15 OXF | 106/68 | | Lying | Adult-regular | Malcom, Brad RN |
| 10/08/2012 | 11:15 OXF | 106/68 | | | | Malcom, Brad RN |
| 10/08/2012 | 11:05 OXF | 101/64 | | | | Malcom, Brad RN |
| 10/08/2012 | 10:56 OXF | 93/62 | | | | Malcom, Brad RN |
| 10/08/2012 | 10:55 OXF | 93/62 | | | | Malcom, Brad RN |
| 10/08/2012 | 10:53 OXF | 96/62 | | | | Malcom, Brad RN |
| 10/08/2012 | 10:53 OXF | 96/62 | | | | Malcom, Brad RN |
| 10/08/2012 | 10:44 OXF | 96/66 | | Lying | | Malcom, Brad RN |
| 10/08/2012 | 10:44 OXF | 96/66 | | | | Malcom, Brad RN |
| 10/08/2012 | 10:41 OXF | 101/62 | | | | Malcom, Brad RN |
| 10/08/2012 | 10:41 OXF | 101/62 | | | | Malcom, Brad RN |
| 10/08/2012 | 10:34 OXF | 93/57 | | | | Malcom, Brad RN |
| 10/08/2012 | 10:33 OXF | 93/57 | | | | Malcom, Brad RN |
| 10/08/2012 | 10:30 OXF | 89/55 | Right Arm | Lying | Adult-regular | Malcom, Brad RN |
| 10/08/2012 | 10:30 OXF | 89/55 | | Lying | | Malcom, Brad RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
| --- | --- | --- | --- | --- |
| 12/25/2012 | 11:55 OXF | 98 | Room Air | Malcom, Brad RN |
| 12/25/2012 | 11:52 OXF | 99 | Room Air | Malcom, Brad RN |
| 12/25/2012 | 11:49 OXF | 100 | Oxygen 3 L | Malcom, Brad RN |
| 10/08/2012 | 11:55 OXF | 99 | | Malcom, Brad RN |
| 10/08/2012 | 11:52 OXF | 99 | Oxygen 3 L | Malcom, Brad RN |
| 10/08/2012 | 11:49 OXF | 100 | | Malcom, Brad RN |
| 10/08/2012 | 11:45 OXF | 100 | | Malcom, Brad RN |
| 10/08/2012 | 11:40 OXF | 100 | | Malcom, Brad RN |
| 10/08/2012 | 11:26 OXF | 100 | Oxygen 3 L | Malcom, Brad RN |
| 10/08/2012 | 11:15 OXF | 100 | Oxygen 3 L | Malcom, Brad RN |
| 10/08/2012 | 11:15 OXF | 100 | | Malcom, Brad RN |
| 10/08/2012 | 10:53 OXF | 100 | Oxygen 3 L | Malcom, Brad RN |
| 10/08/2012 | 10:53 OXF | 100 | | Malcom, Brad RN |
| 10/08/2012 | 10:44 OXF | 100 | | Malcom, Brad RN |
| 10/08/2012 | 10:41 OXF | 100 | | Malcom, Brad RN |
| 10/08/2012 | 10:34 OXF | 100 | Oxygen 3 L | Malcom, Brad RN |
| 10/08/2012 | 10:30 OXF | 100 | Room Air | Malcom, Brad RN |

| Inmate Name: | MYLES, SAMUEL HAYWOOD | | | Reg #: | 06212-041 |
| Date of Birth: | 1956 | Sex: | M   Race:   BLACK | Facility: | OXF |
| Encounter Date: | 10/08/2012 10:20 | Provider: | Malcom, Brad RN | Unit: | W05 |

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 10/08/2012 | 10:30 OXF | 100 | Room Air | Malcom, Brad RN |

**Exam:**

**General**

    **Affect**

        Yes: Pleasant, Cooperative

    **Appearance**

        Yes: Alert and Oriented x 3, Pale

        No: Appears in Pain, Cyanotic, Diaphoretic

**Skin**

    **General**

        Yes: Skin Intact, Clammy

        No: Dry, Diaphoretic

**Head**

    **General**

        Yes: Symmetry of Motor Function

        No: Fluid/Blood from Ears, Fluid/Blood From Nose, Trauma

**Eyes**

    **General**

        Yes: PERRLA, Extraocular Movements Intact

    **Periorbital/Orbital/Lids**

        Yes: Normal Appearing

        No: Edema/Swelling

    **Conjunctiva and Sclera**

        Yes: Normal Appearing

        No: Discharge, Trauma

**Ears**

    **External Ear**

        Yes: Normal

        No: Trauma

**Nose**

    **General**

        No: Deformity

**Mouth**

    **General**

        No: Difficulty Swallowing

            Able to speak in full sentences without difficulty.

**Neck**

    **General**

        Yes: Trachea Midline

        No: Trauma

    **Musculoskeletal**

        Yes: Full ROM

        No: Tenderness, Trauma

**Pulmonary**

    **Observation/Inspection**

        Yes: Normal

        No: Respiratory Distress, Splinting, Retractions, Nasal Flaring

| | | |
|---|---|---|
| Inmate Name:   MYLES, SAMUEL HAYWOOD | | Reg #:   06212-041 |
| Date of Birth:   1956 | Sex:   M   Race:   BLACK | Facility:   OXF |
| Encounter Date:   10/08/2012 10:20 | Provider:   Malcom, Brad RN | Unit:   W05 |

**Exam:**

**Thorax**
> Yes: Normal Thoracic Expansion, Normal Diaphragmatic Excursion
> No: Trauma

**Auscultation**
> Yes: Clear to Auscultation

**Cardiovascular**

**Observation**
> Yes: Normal Rate, Bradycardia
> No: Cardiopulmonary Distress, Painful Distress

**Auscultation**
> Yes: Normal S1 and S2

> Initial bradycardia with occasional, unifocal PVCs. Returned to NSR with no ectopy after 1000ml 0.9% NS fluid infusion.

**Musculoskeletal**

**Wrist/Hand/Fingers**
> Yes: Full Range of Motion R, Non-Tender on Palpation R, Normal Bony Landmarks R, Neurovascular Intact R, Tenderness R

**Spine-Lumbar**
> Yes: Full Range of Motion R, Symmetric R, Neurovascular Intact R
> No: Non-tender on Palpation R, Step Offs R, Muscle Spasm R, Swelling R

**Ankle/Foot/Toes**
> Yes: Full Range of Motion L, Normal Bony Landmarks L, Neurovascular Intact L, Tenderness L
> No: Non-tender on Palpation L, Edema L, Swelling L, Abrasion(s) L, Contusion(s) L, Hematoma L

> Right wrist has some slight discomfort with ROM. No bony abnormalities seen or felt. No swelling. Skin intact.

> Right lower back also has some slight discomfort with ROM. No trauma seen.

> Left ankle pain with weight bearing. Has full ROM. Increased pain with ROM to lateral aspect. No difinitive point tenderness, however some radiation up calf muscle. Good CMS to toes. Applied ACE wrap to left ankle with instructions for RICE therapy. Provided crutches with instructions on use and advised no weight bearing on left foot/ankle until symptoms resolve.

**ASSESSMENT:**

Other
Near syncope episode.

Called for a medical emergency in Wood unit common area for any inmate feeling dizzy. I was instructed to bring a wheelchair. Found I/M Myles A&O x3 (Person, Place, Time) he was a bit confused to the situation that just happened. He remembers being dizzy and having someone catch him prior to hitting the floor. Bystanders informed me Myles did not hit his head on the floor when he fell. Another inmate caught him and assisted him as he twisted to the floor.  Myles was alert, his airway was patent and open. He was breathing slightly fast but not in respiratory distress. He was able to speak in full sentences without dyspnea. His skin color was pale and slightly clammy to touch. His initial radial pulse was slow but strong. We moved Myles to the wheelchair and transported him to the medical dept., urgent care.

Obtained vitals as stated. 4 lead ecg was sinus bradycardia (44-54) with some occasional unifocal PVCs. Applied oxygen via nasal cannula 3 lpm. After obtaining vitals and ecg, an IV was initiated with normal saline 0.9% at a wide open rate. 18ga cath Left AC one attempt successful. Continued to monitor vitals as 1000 mls of NS were infusing.

Performed a rapid assessment to find injuries to wrist, back and ankle as previously stated. He was feeling better after the infusion was complete and requested to go back to his cell to lay down. Called Dr. Gupta with pt situation and

| Inmate Name: | MYLES, SAMUEL HAYWOOD | | | Reg #: | 06212-041 |
|---|---|---|---|---|---|
| Date of Birth: | 1956 | Sex: | M   Race: BLACK | Facility: | OXF |
| Encounter Date: | 10/08/2012 10:20 | Provider: | Malcom, Brad RN | Unit: | W05 |

condition. I/M was released back to his housing unit with instructions for rest and follow up blood pressure Q/day. I/M to follow up at sick call if ankle, wrist, or back do not show signs of improvement in a few days.

## PLAN:

### Disposition:

Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/08/2012 | Counseling | Access to Care | Malcom, Brad | Verbalizes Understanding |
| 10/08/2012 | Counseling | Equip/Device Instructions | Malcom, Brad | Verbalizes Understanding |
| | | ACE wrap and crutches | | |
| 10/08/2012 | Counseling | Compliance - Treatment | Malcom, Brad | Verbalizes Understanding |
| | | Non-weight bearing left ankle. | | |
| 10/08/2012 | Counseling | Medication Side Effects | Malcom, Brad | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes    **By:** Gupta, R. MD/CD
**Telephone or Verbal order read back and verified.**

Completed by Malcom, Brad RN on 12/25/2012 19:15
Requested to be cosigned by Gupta, R. MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MYLES, SAMUEL HAYWOOD | | | Reg #: 06212-041 |
| Date of Birth: 1956 | Sex: M | Race: BLACK | Facility: OXF |
| Encounter Date: 10/18/2012 10:09 | Provider: Malcom, Brad RN | | Unit: W05 |

Sick Call/Triage encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider: Malcom, Brad RN

Chief Complaint: Pain

Subjective:     Continued left foot/ankle pain. Now has swelling and discoloration. He felt left foot/ankle pain after he had a near syncopal episode on 10/8/12. Was given ace wrap, crutches and instructions for RICE therapy.

Pain Location: Foot-Left

Pain Scale: 5

Pain Qualities:

History of Trauma:

Onset: 1-2 Weeks

Duration: 1-2 Weeks

Exacerbating Factors:     weight bearing

Relieving Factors: rest, elevation.

Comments:

**OBJECTIVE:**

Exam:

**ASSESSMENT:**

Pain-Oral
continued left ankle/foot pain R/O fx.

**PLAN:**

New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Ankle-4 View AP/Lat/Obl [Left], General Radiology-Foot-General [Left] | One Time | | 10/18/2012 | Today |

Specific reason(s) for request (Complaints and findings):

Left foot and ankle pain. Now has swelling and discoloration since fall on 10/8/12.

**Disposition:**

Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/18/2012 | Counseling | Compliance - Treatment | Malcom, Brad | Verbalizes Understanding |

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MYLES, SAMUEL HAYWOOD | | Reg #: | 06212-041 |
| Date of Birth: | 1956 | Sex: M    Race:BLACK | Facility: | OXF |
| Note Date: | 10/18/2012 11:15 | Provider:   Malcom, Brad RN | Unit: | W05 |

Admin Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1        Provider:** Malcom, Brad RN

X-rays were taken and Dr. Gupta viewed films and results. Verbal order to place inmate in Orthoglass posterior splint, retain crutches, no weight bearing, Motrin 800mg TID x 7 days. Schedule consult with ortho for evaluation/treatment.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 10/18/2012 11:15 | 800mg Orally  -three times a day PRN x 7 day(s) |

Start Now: Yes

Night Stock Rx#:
**Source:** Pyxis
**Admin Method:** Pill Line
**Stop Date:** 10/25/2012 11:14
**MAR Label:** 800mg Orally  -three times a day PRN x 7 day(s)
**One Time Dose Given:** No

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Orthopedic Surgery | 10/26/2012 | | No | |

**Reason for Request:**
Request for evaluation and treatment recommendations for left ankle fx sustained on 10/8/12. Xrays taken on 10/18/12 for continued pain and swelling. Has been using crutches since injury. Placed in posterior splint on 10/18/12.
**Provisional Diagnosis:**
Fx, left ankle
**Additional Records Required for Consultation:**
History and Physical, Progress Note(s), X-ray Image(s), X-ray Report(s)

**Procedures**
**Other**
Applied Orthoglass posterior splint to left leg from just beyond toes to just below the knee. Used 27" of 4" Orthoglass with cotton padding to fill voids. Held in place with 4 - 4" ace wraps. Good CMS to toes before and after splint was applied.

# Bureau of Prisons
# Health Services
# Consultation Request

| | | |
|---|---|---|
| **Inmate Name:** MYLES, SAMUEL HAYWOOD | **Reg #:** 06212-041 | **Complex:** OXF |
| **Date of Birth:** 1956 00:00 | **Sex:** M | |

**Consultation/Procedure Requested:**    Orthopedic Surgery

**Subtype:**

**Reason for Request:**
Request for evaluation and treatment recommendations for left ankle fx sustained on 10/8/12. Xrays taken on 10/18/12 for continued pain and swelling. Has been using crutches since injury. Placed in posterior splint on 10/18/12.

**Provisional Diagnosis:**
Fx, left ankle

**Medications (As of 10/24/2012)**
amLODIPine 10 MG TAB  Exp: 04/02/2013  SIG: Take one tablet by mouth at the 0630 ***pill line*** to control blood pressure
Aspirin 81 MG EC Tab  Exp: 04/02/2013  SIG: Take one tablet by mouth at the 0630 ***pill line*** for heart
Ibuprofen 800 MG Tab  Exp: 10/25/2012  SIG: Take one tablet by mouth three times daily with food as needed for 7 days (started via pyxis)

**Allergies (As of 10/24/2012)**
No Known Allergies

**Health Problems (As of 10/24/2012)**
Hypertension, Benign Essential, Backache, unspecified

**Inmate Requires Translator:**  No        **Language:**

**Additional Records Required:**
History and Physical, Progress Note(s), X-ray Image(s), X-ray Report(s)

**Comments:**

**Requested By:** Gupta, R. MD/CD

**Ordered Date:** 10/18/2012 11:15
**Due Date:** 10/26/2012 00:00
**Priority:** Medically Necessary-Acute or Emergent

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MYLES, SAMUEL HAYWOOD | | | Reg #: | 06212-041 |
| Date of Birth: | 1956 | Sex: | M    Race: BLACK | Facility: | OXF |
| Note Date: | 11/19/2012 10:15 | Provider: | Ritter, C. PA-C | Unit: | W05 |

Admin Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:** Ritter, C. PA-C
        X-ray order.

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Ankle-2 View AP/Lat [Left] | One Time | | 11/23/2012 | Routine |

        **Specific reason(s) for request (Complaints and findings):**
           f/u left malleolus fracture

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ritter, C. PA-C on 11/19/2012 10:16

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MYLES, SAMUEL HAYWOOD | | | Reg #: | 06212-041 |
| Date of Birth: | 1956 | Sex: | M    Race: BLACK | Facility: | OXF |
| Note Date: | 11/21/2012 11:13 | Provider: | Ritter, C. PA-C | Unit: | W05 |

Admin Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1        Provider:** Ritter, C. PA-C
   Pt has been compliant with pill line, will allow to self carry his BP medications.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | amLODIPine Tablet | 11/21/2012 11:13 | 10mg Orally  each morning x 60 day(s) -- TAke one tablet by mouth each morning |
| | **Indication:** Hypertension, Benign Essential | | |
| | **One Time Dose Given:** No | | |
| | Aspirin, E.C. Tablet | 11/21/2012 11:13 | 81mg Orally  each morning x 60 day(s) -- TAke one tablet by mouth each morning |
| | **Indication:** Hypertension, Benign Essential | | |
| | **One Time Dose Given:** No | | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 25343-OXF | amLODIPine 10 MG TAB | 11/21/2012 11:13 | Take one tablet by mouth at the 0630 ***pill line*** to control blood pressure |
| | **Discontinue Type:**   When Pharmacy Processes | | |
| | **Discontinue Reason:** Order changed | | |
| | **Indication:** | | |
| | **One Time Dose Given:** | | |
| 25344-OXF | Aspirin 81 MG EC Tab | 11/21/2012 11:13 | Take one tablet by mouth at the 0630 ***pill line*** for heart |
| | **Discontinue Type:**   When Pharmacy Processes | | |
| | **Discontinue Reason:** Order changed | | |
| | **Indication:** | | |
| | **One Time Dose Given:** | | |

| Inmate Name: | MYLES, SAMUEL HAYWOOD | | | Reg #: | 06212-041 |
| Date of Birth: | '1956 | Sex: | M      Race: BLACK | Facility: | OXF |
| Note Date: | 11/21/2012 11:13 | Provider: | Ritter, C. PA-C | Unit: | W05 |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Ritter, C. PA-C on 11/21/2012 11:30

11/27/2012 1:39:24 PM                        Mile Bluff Medical Center  Fax                                    Page 2 of 3

# Mile Bluff Clinic, LLP
# Mile Bluff Medical Center

PATIENT:                    Samuel Myles Inmate      06212-041
DATE OF BIRTH:              1956
DATE:                       11/27/2012 8:15 AM
HISTORIAN:                  self
VISIT TYPE:                 Office Visit

**History of Present Illness:**
This 56 year old male presents with:
1.  Lt ankle injury

**R. Gupta, M.D.**
**Clinical Director**
FCI Oxford, Wisconsin
DEC 0 3 2012

**ALLERGIES:**
No known allergies.
Reviewed, no changes.

## Medications

| Started | Medication | Directions | Comment | Stopped |
|---------|------------|------------|---------|---------|
|  | amlodipine 10 mg tablet | take 1 Tablet (10MG)  by oral route  every day |  |  |
|  | aspirin |  |  |  |
|  | lisinopril | take 1 tablet by oral route every day |  | 11/27/2012 |

## Social History

Primary language is English.

**TOBACCO:**
Smoking status: Never smoker.

| Use Status | Total Pk Yrs | Type | Per Day | Years Used | Pack Years | Year Quit |
|------------|--------------|------|---------|------------|------------|-----------|
| never |  |  |  |  |  |  |

| Tried To Quit | Longest Tob Free | Relapse Reason | Passive Exposure |
|---------------|------------------|----------------|------------------|
|  |  |  |  |

## Vital Signs

Inmate, Samuel Myles            '1956              1  / 2

11/27/2012 1:40:02 PM                    Mile Bluff Medical Center  Fax                                      Page 3 of 3

Unable to obtain Height and Weight.

**Blood Pressure**

| Time | BP mm H\g | Position | Side | Site | Method | Cuff Size |
|------|-----------|----------|------|------|--------|-----------|
| 8:19 AM | 132/90 | sitting | left | arm | manual | adult |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min |
|------|--------|--------|-----------|-----------|---------|----------|
| 8:19 AM | | | | 64 | | 16 |

SUBJECTIVE: This 56-year-old gentleman, who is an inmate at the Oxford Correctional Institution, is sent by Dr. Gupta for evaluation and treatment of a left ankle fracture. This actually occurred on 10/08/12. The patient states that he had an issue with his hypertension medication, blacked out and fell, sustaining an isolated injury to the left ankle. He was diagnosed with a lateral malleolus fracture and was treated with a short-leg posterior splint, limited weightbearing with crutches, elevation and ice, and eventually some heat application. He works as an orderly. He has been able to do some of his orderly activities while on the crutches. He denies any history of previous ankle injury, and this is of note because of the x-ray findings, which will be described later.

Past medical history finds no known drug allergies.
Medications are aspirin, ibuprofen, and amlodipine.

He does have hypertension. He has history of positive H pylori culture and other issues, but currently resolved.

Review of systems finds no recent weight change, vision or hearing change, chest pain or shortness of breath, melena, dysuria, and otherwise not remarkable.

OBJECTIVE: The posterior splint is removed. There is no clinical bone deformity, although he does have a little bit of swelling medially. There is no bruising, rash or erythema evident. The patient notes some tenderness to palpation throughout the majority of the length of the fibula, but interestingly, there is no tenderness from the distal several centimeters of the shaft, all the way through the lateral malleolus. He has a little bit of tenderness at the medial ankle ligament complex, but the malleolus itself is without tenderness. There is no tenderness at the anterior joint capsule area. Distal neurological and vascular exam is grossly intact. Calf compartment is soft and nontender.

X-rays: I reviewed three sets of x-rays from Oxford. This consists of an ankle series and a foot series from October 14th, and an ankle series from November 19th. These show the nondisplaced lateral malleolus fracture. There is no displacement of the ankle mortise. He has at least a couple of small cortical avulsions at the tip of the medial malleolus, but the medial malleolus itself has a little bit of misshapen characterization, consistent with an old fracture.

ASSESSMENT: Patient with a left ankle lateral malleolus fracture, with a medial ankle sprain. He is healed enough to come out of the splint and start weightbearing as tolerated. He should discontinue the crutches when he can comfortably bear full weight, whether that is today, a couple days, or several days down the road. He should be kept from running and jumping activities, sports, and weight-lifting that requires use of the lower extremities for an additional 3 weeks. Followup will be on a p.r.n. basis. Now that the splint is removed, any ankle and foot swelling may become more prominently seen and he can have the swelling come and go, depending on his levels of activity, as well as amount of time of elevation, and can be expected over the next few weeks to few months.

cc: Ravi Gupta, MD / Oxford Correctional Institution

Provider: Robert R. Riedle MD 11/27/2012

Electronically signed by Robert R. Riedle MD on 11/27/2012 09:23 AM

Inmate, Samuel Myles          1956          2  / 2

# Bureau of Prisons
# Health Services
# Medical Duty Status

| | |
|---|---|
| Reg #:  06212-041 | Inmate Name:  MYLES, SAMUEL HAYWOOD |

## Housing Status

\_\_ confined to the living quarters except  \_\_meals  \_\_pill line  \_\_treatments  Exp. Date: _____

\_\_ on complete bed rest: _____bathroom privileges only  Exp. Date: _____

X cell:  \_\_cell on first floor  \_\_single cell  X lower bunk  \_\_airborne infection isolation  Exp. Date: 12/26/2012

X other:  soft shoe pass x 2 months  Exp. Date: 01/28/2013

## Physical Limitation/Restriction

X all sports  Exp. Date: 12/26/2012

\_\_ weightlifting: \_\_upper body  \_\_lower body  Exp. Date: _____

\_\_ cardiovascular exercise: \_\_running  \_\_jogging  \_\_walking  \_\_softball  Exp. Date: _____
\_\_football  \_\_basketball  \_\_handball  \_\_stationary equipment

\_\_ other: _____  Exp. Date: _____

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Brace - wrist | 11/15/2011 | 11/14/2012 | |
| Per Dr. Reed | | | |
| Brace - back | 11/13/2011 | 11/14/2012 | |

## Work Restriction / Limitation:

Cleared for Food Service:  Yes _____

X  No Restrictions

**Comments:**  N/A

| | |
|---|---|
| Ritter, C. PA-C | 11/28/2012 |
| Health Services Staff | Date |

Inmate Name:  **MYLES, SAMUEL HAYWOOD**  Reg #:  **06212-041**  Quarters:  **W05**

*ALL EXPIRATION DATES ARE AT 24:00*