DOC NO
REC'D/FILED

2014 SEP 29  AM 9:59

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

SAMUEL HAYWOOD MYLES,        )
              PLAINTIFF,        )    PETITION

**14 C 661**

Come now Plaintiff Samuel Haywood Myles, before and within The United States District Court For The Western District Of Wisconsin.

Come now Plaintiff Samuel Haywood Myles, and Federal Inmate that's currently incarcerated at Federal Correctional Institution Milen.

Come now Plaintiff Samuel Haywood Myles before and within The United States District Court who are respectably filing and Application to proceed without prepayment of fees and Affidait under and pursuent to 28 U.S.C. 31915.

Within the body of the Application and Affidait the District Court is requesting that the institution of incarceration to assit Plaintiff with and six month financial statement from Plaintiff Inmate Account.

Plaintiff seek end (copy) of his institutional financial statement showing at least the past six months' transactions first from the Case Manager who would request that I speak with Administration regarding and copy of my financial statement only to be refuse only to be inform that Inmate's can use the Inmate computers to seek the information in question.

Plaintiff alone with end second Inmate that's leterate in using the computer who would personally assist Plaintiff in regard to Plaintiff printing and copy of his six month financial statement as requested within the body of the Application and Affidavit.

Plaintiff would be inform that their may be end error er (two) within the body of the financial statement it's self and that this document may not wholeup the standard of the District Court, so at this perticuler time do to Plaintiff Samuel Haywood Myles, unable to contain the information in question Plaintiff is filing this Petition requesting that the District Court to contact the institution only to request end copy of Plaintiff institutional financial statement for the past six months.

AO 240  (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_United States District Court_   **District of** _The Western District of Wisconsin_

_SAMUEL HAYWOOD MYLES_

**Plaintiff**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

_Medical Staff Doctor Revibapta
Unknown Name Pharmacist Beth
In His(en) Her Individual Capacity
and Official_ **Defendant** _Capacity_
_et. al.,_

**CASE NUMBER:**

I, _Samuel Haywood Myles_ _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant            ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?            ☑ Yes            ☐ No            (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _Federal Correctional Institution Milan_

    Are you employed at the institution? _Yes_    Do you receive any payment from the            _Yes_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?            ☑ Yes            ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _Federal Correctional Institution Milan_
    _$11.22 a month_                        _P.O. Box 9999_
                                _Milan, Michigan 48126_

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment            ☐ Yes            ☑ No
    b.  Rent payments, interest or dividends                      ☐ Yes            ☑ No
    c.  Pensions, annuities or life insurance payments           ☐ Yes            ☑ No
    d.  Disability or workers compensation payments              ☐ Yes            ☑ No
    e.  Gifts or inheritances                                    ☐ Yes            ☑ No
    f.  Any other sources                                        ☐ Yes            ☑ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_September 24 2014_          _Samuel Haywood Myles_
        Date                                            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

☐ IN UNITED STATES    ☐ MAGISTRATE    ☒ DISTRICT    ☐ APPEALS COURT

REC'D/FILED
2014 SEP 29  AM 9: 59

| LOCATION NUMBER |
| --- |
|  |

IN THE CASE OF

_Semuel Heywood Myles_

FOR PETER OPPENEER
CLERK US DIST COURT
WD OF WI

V. _Doctor Revi Gupte_
_Unknown Name Pharmacist_
_et al,_

AT _____

PERSON REPRESENTED (Show your full name)

| | |
| --- | --- |
| 1 ☐ Defendant - Adult |
| 2 ☐ Defendant - Juvenile |
| 3 ☐ Appellant |
| 4 ☐ Probation Violator |
| 5 ☐ Parole Violator |
| 6 ☐ Habeas Petitioner |
| 7 ☐ 2255 Petitioner |
| 8 ☐ Material Witness |
| 9 ☒ Other _1983 BIVENS_ |

| DOCKET NUMBERS |
| --- |
| MAGISTRATE |
| DISTRICT COURT |
| COURT OF APPEALS |

CHARGE/OFFENSE (describe if applicable & check box)

☒ Felony
☐ Misdemeanor

## ANSWER TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☒ Yes    ☐ No    ☐ Am Self –Employed
Name and address of employer: _Federal Correctional Institution Milan_
**IF YES,** how much do you    **IF NO,** give month and year of last employment
earn per month? $ _11.26_    How much did you earn per month? $ _____

If married is your spouse employed?    ☐ Yes    ☐ No
IF YES, how much does your    If a minor under age 21, what is your Parents or
Spouse earn per month? $ _____    Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, professional or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirements or annuity payments, or other sources?    ☐ Yes    ☒ No

| | RECEIVED | SOURCES |
| --- | --- | --- |
| IF YES, GIVE THE AMOUNT | $ _____ | _____ |
| RECEIVED & INDENTIFY | $ _____ | _____ |
| THE SOURCES | $ _____ | _____ |

**CASH**

Have you any cash on hand or money in savings or checking accounts?    ☐ Yes    ☒ No    **IF YES,** State total amount  $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    ☐ Yes    ☒ No

Value
IF YES, GIVE THE VALUE AND  $ _____    _____
DESCRIBE IT                        $ _____    _____
                                          $ _____    _____

**OBLIGA-TIONS & DEBTS**

MARITAL STATUS    Total    List persons you actually support and your relationship to them

Dependants
☐ Married  ☐ Single
☒ Separated or Divorced
☐ Widowed

| DEBTS & MONTHLY BILLS (list all creditors, Including banks, loan Companies, charge | APARTMENT OR HOME _NA_ | Creditors | Total Debt | Monthly Payment |
| --- | --- | --- | --- | --- |
| | | _____ | $ _____ | $ _____ |
| | | _____ | $ _____ | $ _____ |
| | | _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _September 24 2014_

SIGNATURE OF _PLAINTIFF_    _Samuel Haywood Myles_
(OR PERSON REPRESENTED)