IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SAMUEL HAYWOOD MYLES,

                                   ORDER

        Plaintiff,

                              14-cv-661-bbc

    v.

UNITED STATES, RAVI GUPTA and
CHRISTINA KANNEL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In this civil action, plaintiff Samuel Haywood Myles is proceeding on medical care claims under the Eighth Amendment against defendants Ravi Gupta and Christina Kannel and under the Federal Tort Claims Act against defendant United States. Under this court's scheduling order, dkt. #27, plaintiff has until September 28, 2015 to disclose his expert witness or witnesses. Plaintiff has requested a stay of that deadline until he finds counsel to represent him. Dkt. #74. Although it is understandable that plaintiff believes counsel will aid him in finding an expert witness, he has not explained why he believes he will find counsel or what he has done to obtain one. The court will not postpone the date for disclosure when plaintiff has not provided any reason to believe that he has made any effort to find counsel up to now. Accordingly, plaintiff's motion will be denied. The parties are free to agree to a different deadline without the court's intervention.

1

ORDER

IT IS ORDERED that plaintiff Samuel Haywood Myles's motion to stay the expert

disclosure deadline, dkt. #74, is DENIED.

Entered this 8th day of September, 2015.

BY THE COURT:
/s/
_____
BARBARA B. CRABB
District Judge

2