UNITED STATES DISTRICT OF WISCONSIN
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SAMUEL HAYWOOD MYLES,
PLAINTIFF,

vs.

MEDICAL STAFF DOCTOR
DOCTOR RAVI GUPTA
IN HIS INDIVIDAUL CAPACITY
and HIS OFFICAL CAPACITY
and
MEDICAL STAFF PHARMACIST
CHRISTINA KANNEL
IN HER INDIVIDAUL CAPACITY
and HER OFFICAL CAPACITY
DEFENDANTS,
et, al,

CASE No.# 14-cv-661
REBUTTAL BRIEF TO
DEFENDANT MOTION FOR
SUMMARY JUDGEMENT

---

Come now Pro-Se Plaintiff Samuel Haywood Myles, who respectfully seek to file and Brief before and within The United States District Court For The Westren District Of Wisconsin, with and Rebuttel Brief To Object The Defendent's Motion For Summary Judgement Prior To Discovery.

Come now Pro-Se Plaintiff Samuel Heywood Myles, who respectfully seek to file and Brief before and within The United States District Court For The Western District of Wisconsin, with and Rebuttal Brief To Object The Defendent's Motion For Summary Judgement Prior To Discovery.

Defendent Christine Kennel,...(licenses)....with formal permission from a governmental (or) other constitution authority who whole and Bachelor of Pharmacy and a Master of Pharmacy.

Defendent Christine Kennel, one who attened and college (or) institution for higher learn, a constituent unit of a university, furnishing courses of instruction in the liberal arts and sciences, usually leading too and bachelor degree an institution for vocational, techical, (or) professional instruction, as in Medicine, Pharmacy.

Defendent Christine Kennel, who to Plaintiff understanding whole's both and Bachelor and Master and individual that's skilled and train within the Medical fill a) and license Pharmacist.

Page (1).

Defendant Christine, Kennel, and individual that's skilled and train within the Medical fill of Pharmacy as and license Pharmacist after some...(five)...year's of college one who...(could)...be title as..."Doctor of Pharmacy"))...only after receiving her degree's...

"core of operative facts" is that...Defendant and person engaged, employed, and skilled within the reach of medicine within the Medical fill as and license Pharmacist to prepare and dispense drugs and prescriptions...Defendant Christine Kennel,...(who)...is and license Pharmacist with specialized Knowledge and comprehensible reason and individual that can come forward with the full Medical Terminology and as to the functioning of and skill Medical Pharmacist.

...Plaintiff Samuel Heywood Myles, suffed cruel and unusual punishment while incarcerated at Federal Correctional Institution Oxford, from gross negligence defendant is in violation of Plaintiff constitutional rights to be free from cruel and unusual punishment defendant is liable for and Medical-Overdose)...

Page (2).

Defendant Christine Kennel, is not and...(layson)...within the Medical fill of medicine defendant...(personally)...while some several degree's one who can reveal the full standard of car when it come's to the given as and...(license Pharmacist)...

Medical staff Pharmacist negligent (or) wrongful act or omission while acting within the scope of her office of employment as and license Pharmacist who have and has violated or are in violation of...

    (1). Duty: an act or cause of action that is demanded of one...

    (2). Breach: to fail to fulfill (a promise)...

    (3). Causation: the act or process of causing...

    (4). Damages: loss or harm resulting from injury to person...

Plaintiff claim that Medical Staff Official must provide Inmate's with fair treatment, Medical Staff (or) Prison Official's must comply with their own mandatory rejection...

Page (9).

...(to keep Plaintiff from harm, and to provide Plaintiff with reasonable medical care... defendant for negligent (or) wrongful act (or) employment)...

Defendant Christine Kannel, who acted contrary to establishe policy in which Plaintiff has a liberty, be establishment in the policy for violation of Plaintiff civil rights claim for deliberate indifference responding to Plaintiff Medical needs...

Defendant Christine Kannel, and...(license)...and practicing experience with the knowledge and skill Pharmacist who personally gave Plaintiff Samuel Haywood Myles, and incorrect dosage of Medication causing Plaintiff to have an adverse reaction from and combination of two high blood pressure Medication's...

Defendant in violation of Plaintiff constitutional rights under the Eighth and Fourteenth Amendment of the United States Constitution, Plaintiff Claim against Defendant for...(injuries)...sustained as a result of an Medical Overdose defendant who is liable for the amount of unreasonably danger cause by and from and incorrect dosage of Medication...

Page(4).

Defendant Christine Kennel, gave Plaintiff Samuel Heywood Myles, the incorrect dose of two...(Hypertension)... Medication's...

(1). amLODIPine          (2). LISINOPR

and which would cause and medical overdose from and adverse reaction defendant Christine Kennel, is and license train Pharmacist and...(person)...who dispense prepare...(Medication (or) Medicine)...

  ...(and Inmate may have and liberty interest arising from a statutory rule (or) regulation written in mandatory language... due process may also be implicated when a prisoner suffer's personal injury (or) loss of property)...

Because there are factual questions that...(Defendant Christina Kennel, is and license and train Pharmacist knew (or) should have known that additional...(monitering)...should have taken place...

Page (6).

(1). problem with proper dosage from Defendant... (2). Defendant and license Pharmacist with substantial evidence from and within the Medical fill... (3). Defendant create a duty of liability own to Plaintiff... (4). Defendant liable for Medical overdose from and incorrect dosage ... (5). Defendant cause Plaintiff to suffered crue and unusual punishments... (6). Defendant failure to exercises the proper care... (7). Defendant under the objective test, an official, even if he is acting in the sincere subjective belief that he is doing right, loses his cloak of qualified immunity if his actions contravene settled, indisputable law... (8). Defendant thus, an official is liable under §1983 if he knew or reasonably should have known that the action he took within his sphere of official responsibility would violate the constitutional rights of the person effected... (9). Defendant official immunity doctrine, an official forfeits his immunity, if whateve the objective state of the law at the time of his conduct, his subjective... (to cause)... harm to Plaintiff... (10). Defendant that an official either actually intended to do harm to the plaintiff, or took an action which, although not intended to do harm, was so likely to produce injury that the harm can be characterized as substantially certain to result ...

Page(1).

Come now Pro-Se Plaintiff Samuel Haywood Myles, who respectfully seek to file and Brief before and within The United States District Court For The Western District Of Wisconsin with and Rebuttal Brief To Object The Defendant's Motion For Summary Judgement Prior To Discovery.

Defendant's Attorney file and brief in support of and Motion For Summary Judgment and that Defendant Christine Kennel, should be entitled to absolute immunity Plaintiff Prior To Discovery.

Come now Pro-Se Plaintiff Samuel Haywood Myles, who respectfully seek to file and ("Brief") before and within The United States District Court For The Western District Of Wisconsin, Pro-Se Plaintiff Samuel Haywood Myles, Pray that the District Court ...(GRANT)... Plaintiff Motion to Rebuttal Brief To Object The Defendant's Motion For Summary Judgement Prior To Discovery.

Come now Pro-Se Plaintiff Samuel Haywood Myles,...(Pray) ...that the United States District Court For The Western District Of Wisconsin, that this Court ...(GRANT LEAVE)... to Plaintiff Motion to seek Rebuttal Brief To Object The Defendants Motion For Summary Judgement Prior To Discovery.

Samuel Haywood M

## CERTIFICATE OF SERVICE

I, Samuel Haywood Myles, hereby certify that I have served a true and correct copy of following:

Rebuttal Brief To Object The Defendent's Motion For Summery Judgement Prior To Discovery

Which is deemded filed at the time it was deivered to prison authities for forwarding to the Court, Houston vs. Lack, 101 L. Ed. 2d 245 (1988) upon the Court and parties to litigation and his/her attorney(s) of record, by placing same in a sealed postage prepaid envelope address:

United States Attorney Office
Western District of Wisconsin
222 West Washington Avenue
Suite 700
Medison, Wisconsin          53703

and deposited same in the United States Mail at the Federal Correctional Institution Milen, located in Milen, Michigan.

this 30 Day of September 2015   Samuel Haywood Myles

## CERTIFICATE OF SERVICE

I, Samuel Heywood Myles, hereby certify that I have served a true and correct copy of following:

    Rebuttal Brief To Object The Defendent's Motion For Summary Judgement Prior To Discovery

Which is deemded filed at the time it was deivered to prison authities for forwarding to the Court, Houston vs. Lack, 101 L.Ed. 2d 245 (1988) upon the Court and perties to litigation and his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope address:

    United States District of Wisconsin
    For The Westren District of Wisconsin
    120 North Henry Street Room 320
    Madison, Wisconsin 53703

and deposited same in the United States Postage Mail at the Federal Correctional Institution Milan, located in Milan, Michigan.

this 30 Day of September, 2015    Samuel Heywood Myles