DOC NO
REC'D/FILED

2015 OCT 16 PM 1:50

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SAMUEL HAYWOOD MYLES PLAINTIFF, vs. MEDICAL STAFF DOCTOR DOCTOR RAVI GUPTA IN HIS INDIVIDUAL CAPACITY AND HIS OFFICIAL CAPACITY and MEDICAL STAFF PHARMACIST CHRISTINA KANNEL IN HER INDIVIDUAL CAPACITY AND HER OFFICIAL CAPACITY DEFENDANTS, et.el, | MOTION FOR RECONSIDERATION FOR APPOINTMENT OF COUNSEL UNDER AND PURSUANT TO 28 U.S.C.S. § 1915 (d) and 28 U.S.C.S. § 1915 (e)(1) |

Come now Pro-Se Plaintiff Samuel Heywood Myles, before and within the United States District Court For The Western District Of Wisconsin, who respectfully seek to file and Motion For Reconsideration For Appointment Of Counsel Under And Pursuant to... 28 U.S.C.S. § 1915 (d)... and... 28 U.S.C.S. § 1915 (e) (1).

# TABLE OF CONTENTS

TABLE OF AUTHORITIES

CASE LAW _____ PAGE. (I). - . (II).

STATEMENT OF THE CASE. . . ISSUES PRESENTED
(1). (1). HYPERTENISION. . . (2). HYPERTENISION
MEDICATION (S). . . (3). IV (in-tevenecs). . .
(4). Nermel Saline Infusion. . . (5). EKG (er) ECG
. . . (6). PODICTRIST (er) CHIRODDIST. . .

_____ PAGE. A. (1). - . (4).
See. . . ATTACHMENT PAGE _____ PAGE. (1). - . (2D).

(2). ( eddressing). . . THE COMPLEXITY OF THIS
MEDICAL MALPRACTICE CASE

_____ PAGE. B. (1). - . (12).

(3). ( eddressing). . . EXPERT TESTIMONY REGARDING
TO HYPERTENISION

_____ PAGE. C. (1). - . (5).

See. . . ATTACHMENT PAGE ef (3) PAGE EXHIBIT

# TABLE OF CONTENTS

(4). ( addressing)... MEDICAL ATTENTION RECEIVE
BY PLAINTIFF
_____ PAGE. D. (1). - . (3).
See... ATTACHMENT PAGE of (3) PAGE EXHIBIT

(5). ( addressing)... MEDICAL ATTENTION RECEIVE
BY PLAINTIFF REGARDING TO EKG (or) ECG
_____ PAGE. E. (1). - . (2).
See... ATTACHMENT PAGE of (1) PAGE EXHIBIT

(6). ( addressing)... WHY THIS MEDICAL MALPRACTICE
CASE WARRANT EXPERT WITNESSES, EXPERT
TESTIMONY, FACTUAL INVESTIGATION and LEGAL
COUNSEL
_____ PAGE. F. (1). - . (10).
See... ATTACHMENT PAGE of (8) PAGE EXHIBIT
TABLE OF CONTENTS
_____ PAGE. F. (1). - . (12).
See... ATTACHMENT PAGE of (9) PAGE EXHIBIT
_____ PAGE. F. (4). - . (7).

(1). (B).

## TABLE OF CONTENTS

(7). ( addressing)...BEFORE THE DISTRICT COURT WHY
THIS PARTICULAR...(CASE)...WARRANT LEGAL
COUNSEL UNDER and PURSUANT TO...(BOTH)...
　　SECTION　28　U.S.C.S. § 1915 (d)
　　SECTION　28　U.S.C.S. § 1915 (e)(1)
　　　　　　　　　　　　　　　　PAGE.(8),(1).-(L).
See...ATTACHMENT PAGE of (19) PAGE EXHIBIT

(8). ( addressing)...EXPERT WITNESS WITHIN THE
MEDICAL FILL OF HYPERTENSION
　　　　　　　　　　　　　　　　PAGE.(11).(1).-.(2).
See...ATTACHMENT PAGE of (1) PAGE EXHIBIT

## CONCLUSION

(9).　　SUPPORTING FACTS...(FOR)...RESIDERATION
FOR APPOINTMENT of LEGAL COUNSEL UNDER AND
PURSUANT TO BOTH SECTION...28 U.S.C.S. § 1915 (d)...
28 U.S.C.S. § 1915 (e)(1)...

## CERTIFICATE OF SERVICE

# CASE LAW

(1).   Fermer vs. Brennen, 128 L. Ed. 2d 811, 114 S. Ct. 1970, 1979
       (1994)

(2).   Fermer vs. Hacs, 990 F. 2d 319, 322 (7th Cir.), cent denied, 122 L. Ed. 2d 372, 114 S. Ct. 438 (1993).

(3).   Zernes vs. Rhedes 64 F. 3d 285, ' 1995

(4).   Jackson vs. County of McLeen, 953 F. 2d 1070, 1071 (7th Cir. 1992)

(5).   Meclin vs. Frecke. 650 F. 2d 885, 887-89 (7th Cir. 1981)

(6).   Fellen vs. United States, 378 U.S. 139, 12 L. Ed 2d 720, 84 S. Ct. 1289

(7).   Bellard vs. Zimmer No. 11 C L76 (7th Cir. 2015)

(8).   Fersythe vs. Resen Case No. ' 11-cv-07176 (7th Cir. 2015)

(9).   Beanhill vs. Doinen, 958 F. 2d 200, 203 (7th Cir. 1992)

(10).  Pruitt vs. Mote, 472 F. 3d 484, 489 (7th Cir. 2006)

(11).  Messera vs. District of Messachusetts C.A. No. 11-121L2 - MLW
       LEAD Decket No., CA. No. 11-11705 - MLW CONSOLIDATED
       ACTION

(12).  Cerney-Heyes vs. Nerthwest Wiscensin Heme Cere, Inc.,
       2005 WI 118, ¶ 37, 284 Wis. 2d 56, 699 N.W. 2d 524.

## CASE LAW

(13). Poel vs. Skemp, 2001 WI 42, ¶ 17. 242 Wis. 2d 507, 125 N.W. 2d 820.'

(14). Allen vs. Themes, 388 F.3d 147.' (5th Cir. 2004)

(15). Ayyemenu vs. INS. 29 L.F.3d 871 (9th Cir. 2002)

(16). Mohammed vs. United States L.F. Supp. 2d 582.' (5th Cir. 1998)

(17). Gillette vs. State of Alabama Department of Correction 254 F.2d 1007.' (5th Cir. 1981)

(18). Grievesen vs. Anderson, 538 F.3d 763,' (7th Cir. 2007)

(19). Coles vs. Allvic, INC., No. 14 C 1452 (7th Cir. 2014)

(20). Beyend vs. Cook, 582 F.2d 399,' (5th Cir. 1978)

(21). Wingstrom vs. Evensten Hospital, No. 90 C 3410 (7th Cir. 1992)

Come now Pro-Se Plaintiff Samuel Heywood Miller, who respectfully seek to file and Motion For Reconsideration For Appointment of Counsel Under and Pursuent to 28 U.S.C.S. § 1915 (d) and 28 U.S.C.S. § 1915 (e) (1) before and within the United States District Court For The Western District of Wisconsin.

Medical Malpractice Cases are complexity level issues necessity of factual investigation of expert testimony from and (full) Medical Terminology within the establish Medical stenderd of care with skills (or) specialized knowledge within the comprehensible reason to fully explain the full Medical Terminology and as to the ...("Functioning}.
...of...

  (1). Hypertenision (or) Hypertensive...
  (1). (a). Hypertenision Medications...
  ...(1). amLODIPine... (2). Lisinopril...

  (2). IV... (intravenous)...

  (3). Normalscline Infusion Solution...

  (4). EKG (or) ECG... (electrocardiogrem)...

  (5). Podiatrist (or) Chiropodist...

                                    A.(1).

...(a showing of Medical Malpractice requires expert testimony to establish the standard of care)...

Medical Malpractice Case are complexity of legal issues necessity of factual investigation necessity of expert testimony from within the Medical fill.

...(and expert witness with direct Medical evidence of the cause and effect relationship between the impairment and the degree)...

And expert witness with skill (or) specialized Knowledge within the comprehensible reasons to fully explain within...(1). testimony from the Medical fill of Hypertension (or) Hypertensive...(2). from and full Medical terminology as to how...(and)...why Plaintiff blood pressure would lower and drop to 89/55...(3). from and expert witness reasoning that their testimony would raise a genuine issue of material fact's for trial...

A.(2).

This Medical Malpractice case warrant expert testimony from and within the Medical files to the particular care and fundamental of having and dealing with . . . (Hypertension (or) Hypertensive) . . .

The complexity of this case came with legal issues state that this case is (so) complex as to require and trained Attorney to litigate Pro-Se Plaintiff and federal Inmate in forma pauperis statute provides that the District Court can request an Attorney to represent any person that's unable to afford Legal Counsel. 28 U.S.C.S. § 1915 (e)(1).

(1), indigent Pro-Se Plaintiff Samuel Heywood Myles, have and has made reasonable efforts to retain Legal Counsel . . . (Under and Pursuant to 28 U.S.C.S. § 1915 (e)(1) . . .

(2), indigent Pro-Se Plaintiff Samuel Heywood Myles, have and has attempt to attain Legal Counsel . . . (Under and Pursuant to 28 U.S.CS. § 1915 (e)(1) . . . Plaintiff forward over same . . . ((170-LETTERS)) . . . to

A. (9).

Attorney(s) within some . . . (10-States) . . . (Ohio) . . . (Michigan) . . . (Illinois) . . . (Wisconsin) . . . (Minnesota) . . . (Kentucky) . . . (Alabama) . . . (Maryland) . . . (Georgia) . . . (and) . . . (Indiana) . . .

. . . the District Court must recognize that in sum, that this action cannot proceed as pled without appointment of legal counsel . . . (28 U.S.C.S. §1915 (d) . . . (28 U.S.C.S. §1915 (e) (1) . . . Lecause of the various legal impediments that's noted within this Medical Malpractice case) . . .

. . . in which the District Court to determine whether the circumstances of a case are sufficient to . . . warrant . . . the appointment of . . . legal counsel . . . the District Court must examine the totality of the situation, focusing on the merits of the case, the complexity of the legal issues, and the litigant ability to represent himself . . .

A. (4).

Come now Pro-Se Plaintiff Samuel Heywood Myles, where-spectfully seek to File and Motion For Reconsideration For Appointment of Counsel (or) Legal Representation Under And Pursuant To 28 U.S.C.S. § 1915 (d). . . 28 U.S.C.S. § 1915 (e)(1). . . Before and within the United States District Court For The Western District of Wisconsin.

Come now Pro-Se Plaintiff Samuel Heywood Myles, where-spectfully File and . . . (Bivens). . . Complaint under and Pursuant To 42 U.S.C. Section § 1983 resending to and Medical Malpractice . . . (Claim). . . in resend to and Medical Drug Overdose from and . . . (incorrect dosage). . . of high blood pressure Medication (or) Medicine.

Plaintiff. . . (Blood pressure) . . . would drop and . . . (lower to 189 OVER 551) . . . Plaintiff was fully . . . (unaware) . . . that he . . . (Plaintiff) . . . was having (or) experiencing and . . . (("Near-Death-Experience")). . . cause by and . . . (adverse-reaction). . . from and . . . (incorrect dosage). . . of two high blood pressure . . . (Medications). . . in which would cause and . . . (Medical-Overdose. . .

...(Fact is that Plaintiff Samuel Heywood Myles, would become...(dizzy)... (drowsy)...(week)...before...(collapsing)...(or)...(passing out)...

...(Plaintiff Samuel Heywood Myles)... ("who")...would have to seek...(IM-MDIATELY-MEDICAL-ATTENTION RIGHT AWAY)...(Plaintiff Samuel Heywood Myles) ...would receive the following in the form of...(Medical-Attention)...(IV intra-venous drip for...(Normal saline Infusion Solution)...to...(Keep-Oxygen Flowing To "Plaintiff Samuel Heywood Myles" Brain)

...(Fact is that while seeking...(IM-MEDIATELY-MEDICAL-ATTENTION)... ("Plaintiff Samuel Heywood Myles")...would personally be hook up to and (EKG)(or)(ECG) ...(Machine)...to...monitor)..."Plaintiff Samuel Heywood Myles," (heart electocardio-grame galvonmetric device that detects and record's the minute difference in electropotential cause by heart action...

...(Fact is that on and about October 8, 2012, "Plaintiff Samuel Heywood Myles," would personally receive and pair of...(Crutches)...do to Plaintiff having pain in his...((left-ankle))...

...(Fact is that Plaintiff Samuel Heywood Myles, was fully unaware that from the October 8, 2012, incident that...(his)...((left-ankle..."was"...broken...on...(both-sides)...

...(Fact is that on and about October 18, 2012, from the finding of reviewing and examining the...(Photographic Films)...from the 3 set's of...(X-Ray's)...would truly...(("reveal")...that from the October 8, 2012, incident that Plaintiff Samuel Heywood Myles,...(left-ankle was broken on both sides)...

11/27/2012    1:39:24 PM

Mile BILAL Medical Center Fey
Mile BILAL Clinic, LLP
Mile BILAL Medical Center

PATIENT:        Semcel Myles Inmete
DATE:           11/27, 2012  8:15 AM
VISIT TYPE:     Office Visit

History of Present Illness:

This 56 year old male presents with:
1. Lt ankle injury

SUBJECTIVE: ...(inpert)...
   (1). blecked out

   (2). sustaining an isolated injury to the
left ankle.

Desc.(4).

(2). He was diagnosed with a lateral malleolus fracture and was treated with a short-leg posterior splint, limited weight bearing with crutches,

OBJECTIVE: ...(in part)...

(1). The posterior splint is removed.

(2). although he does have a little bit of swelling medially.

(3). He has a little bit of tenderness at the medial ankle ligament complex,

(4). X-rays: I reviewed three sets of x-rays from Oxford.

(5). He has at least a couple of small cortical avulsions at the tip of the medial malleolus,

ASSESSMENT: ...(insert)...

(1). Patient with a left ankle lateral malleolus fracture, with a medial ankle sprain. He is healed enough to come out of the splint and start weightbearing as tolerated. He should discontinue the crutches when he can comfortably bear full weight, whether that is today, a couple days, or several days down the road.

(2). Now that the splint is removed, any ankle and foot swelling may become more prominently seen and he can have the swelling come and go, depending on his levels of activity as well as amount of time elevation, and can be expected over the next few weeks to few months.

Provider: Robert R. Riedle MD 11/27/2012

Electronically signed by
Robert R. Riedle MD on 11/27/2012  9:23AM

Page (6).

Pro-se Pleintiff Semuel Heywood Myles,
...(I'm still having the chble with my le-
ft foot...Pein running across my foot so-
me four inches up the back of my ceff
from my ankle clcut five inches...As
of date I...("Semuel Heywood Myles,")
...personelly welk with end slight li-
mp)...

Pro-se Pleintiff Semuel Heywood My-
les...(from the October 8, 2012, incident
regerding my left ankle is thet I'm...(
un cble to wore the Institutienal issu-
ed...Boets...when walking in these.
..Boets...(er) eny Herd-Shoe's my fe-
ot seme to twizzle end...ul turn inwe-
rd)...(elso their's end continuing sere-
ness (er) pein my...(left enkle)...

. . .((A showing of medical malpractice requires expert testimony to establish the standard of care)). . .

. . .(expert testimony of practitioners who personally specialized training in the treatment or management in the fill of hypertenision (or) hypertensive, who has considerable experience in that subject)). . .

Come now Pro-se Plaintiff Samuel Heywood Myles, with and Medical Malpractice Claim regarding and Medical Drug Overdose. . .

. . .(a showing of medical malpractice would require(s) expert. . .(witness). . .testimony to fully establish the standard of care)). . .

Plaintiff blood pressure would lower and drop to 89/55 from two. . .(Hypertenision (or) Hypertensive). . .(Medications). . .

... (from the) ...
Dorland's Illustrated Medical Dictionary
Hypertension

(1).   abnormally high arterial blood pressure that is
usu. indicated by an adult systolic blood press-
ure of 140 mm Hg or greater or a diastolic blood
pressure of 90 mm Hg or greater, is chiefly of unk-
nown cause but may be attributable to a preex-
isting condition (as renal or endocrine disord-
er). and that is a risk factor for various path-
ological conditions or events (as heart attack
or stroke)
see ESSENTIAL HYPERTENSION, SECONDARY HYPERTEN-
SION,   WHITE COAT HYPERTENSION

(2).   a systemic condition resulting from hypertens-
ion that is either symptomless or is accomp-
anied esp. by dizziness, palpitations, fainting,
or headache)

Medical Malpractice Case are Complexity level issues necessity of factual investigation necessity of expert testimony within the Medical fill regarding to... (("Hypertenision" (or) "Hypertensive")... with end fill elevation of the ..(Blood Pressure esp.)... and expert witness with direct "Medical" evidence of the cause and effect relationship between the impairment and the degree...

And expert witness is warrent with the skill's (or) specialized Knowledge within the comprehensible reason's to fully explain...

(1). Hypertenision (or) Hypertensive

(2). blood pressure

(3). blood pressure lower end drop

(4). Hypertenision Medication's...
(emLODIPine )...(LISINOPR)...

Medical Malpractice Case are complexity of legal issues, necessity of factual investigation necessity of expert testimony within the Medical fill regarding to...(("Hypertenision (or) Hypertensive")...with and fill elevation of the...(blood pressure)...(esp.)...

And expert witness with direct...(Medical Evidence)...of the cause and effect relationship between the impairment and the degree...

And expert witness with...(skills (or) specialized knowledge within the comprehensible reason's to fully...(EXPLAIN)...within...

(1). the Medical fill of Hypertenision (or) Hypertensive...

(2). from and fill Medical terminology as to how (and) why Plaintiff blood pressure would lower and drop to 89/55...

(3). only after some several days of taking (two) Hypertenision (or) Hypertensive Medication (or) Medicine's in which would cause

Plaintiff to have adverse reaction from and combination Medication that would cause Plaintiff to pass out...

(4). expert testimony within the Medical fill regarding to the Medication (or) Medicine's...(emLODIPine...LISINOPR)...treat Hypertenision (or) Hypertensive...high blood pressure...

(5). and expert witness who specialized in...(Hypertenision (or) Hypertensive)...reasoning that their testimony would raise a genuine issue of material facts for trial...

This Medical Malpractice Claim Warrant.

(1). not only...(expert testimony)...from and within the Medical fill of...(Hypertenision (or) Hypertensive)...

This Medical Malpractice Case Warrant...

(2). expert testimony as to the particular care regarding the fundamental of having...(Hypertension (or) Hypertensive and dealing with it)...

This Medical Malpractice Case Warrant...

(3). expert testimony regarding to and Medical Drug Overdose...

Medical Malpractice Case's are Complexity legal issues necessity of factual investigation necessity of expert testimony:

...on and about October 8, 2012, Plaintiff Samuel Heywood Myles, would be treated with and infusion within respect to Medical-Attention regarding to and ...(Intravenously)...usage and ...(IV)...

... an apparatus to administer a fluid (es) of Me-
dication, blood, water in the form of normalsaline
infusion solution and nutrients intravenously ...

   ... (Pleintiff Samuel Heywood Myles,
would receive within the form of ... (Med-
ical Attention) ... and ... (IV) ... (es) ..
(Intravenous Drop's for Normalsaline Inf-
usion Solution) ... to ... (Keep Oxygen
Flowing to Pleintiff Samuel Heywood Myles,
Brain) ...

---

29th Edition ...
Dorland's Illustrated Medical Dictionary

IV ... Intravenous

---

   (1). intravenous
   (2). intravenous drops
   (3). intravenous injection
   (4). intravenously

Pase. (14).

(1). the act of forcing a liquid into a part, as into the subcutaneous tissues, the vascular tree, or an organ intravenously (by intravenous injection)...

(1). an apparatus used to administer a fluid (as of medication, blood or nutrients) intravenously. also. a fluid administered by IV...

(2). a fluid administered by IV...

(1). intravenous,.., an injection made into a vein.

Medical Malpractice Case's are Complexity of legal issues necessity of factual investigation necessity of expert testimony within the Medical fill regarding to...(IV...(or)...Intravenous)...usage with and fill elevation the...(Medical)... (terminology)...

And expert witness with direct...(Medical Evidence)...of the...(cause)...and effect relationship between the impairment and the degree of...(using)...and...(IV)...

And expert witness with...(skills) (and) specialized knowledge within the comprehensible reasons within the Medical fill to fully...("EXPLAIN"))...

---

Medical Malpractice cases are complexity of legal issues necessity of factual investigation from and skill (or) specialized...(individual)...with the knowledge and comprehensible reasons to fully explain the establish standard of...(Medical Care)...regarding to the...(Human Brain)...(and expert witness with...(direct Medical evidence)...of the cause and effect relationship between the impairment and the degree regarding the...(Human Brain)...

Plaintiff Samuel Heywood Mylles, was treated with and ...(Intravenous Drip) Sodium Choride 0.9 % Inj 1000 ML)...

GENERIC NAME.'
Intravenous (IV) Fluids (in truh VEE nuhs FLOO ids)

---

...(from the)...
Dorland's Illustrated Medical Dictionary
Infusion

(1). the steeping of a substance in water to obtain its medicinal principles.

(2). the product of the process of steeping a drug for the extraction of its medical principles.

(3). the therapeutic introduction of a fluid other than blood or saline solution, into a vein.

NOTE: An infusion flows in by gravity, an injection is forced in by a syringe, an instillation is dropped in, and an insufflation is blown in.

infusion
───────

saline:, administration, either subcutaneously or intravenously, of saline solution.

────────────────────────────────────────

... (Plaintiff Samuel Heywood Myles), was treated with... (Sodium Chloride 0.9% Inj' 1000 ML)... and Intravenous Drip Normal Saline Infusion Solution... to "Keep"... (("OXYGEN-FLOWING"))... to Plaintiff... (Samuel Heywood Myles)... (BRAIN)...

Medical Malpractice Cases are Complexity legal issues necessity of factual investigation of expert testimony from and (full... (Medical Terminology within the Medical)... (finding)... of the... ("Human Brain")...

...(a showing of Medical Malpractice Cases requires expert testimony to fully establish the Medical standard of ...(care)... with skills (or) specialized knowledge within the comprehensible reasons to fully ...(explain the full Medical Terminology and the ...(Functioning of the Human Brain)...

---

...(from the author of the Book title)...

### THE OTHER BRAIN

by...

R. DOUGLAS FIELDS (Ph.D.)

PHILOSOPHIA DOCTOR

"The Other Brain offers an insightful, complex, and nuanced picture of the most interesting substance on earth:

the matter inside our heads."

The Scientific and Medical

Breakthroughs That Will

Heal Our Brain and

Revolutionize Our Health

---

...(Fact is that while seeking Medical (or) Immediate Medical Attention Plaintiff Samuel Haywood Myles, would personally be...(hook up to and...(EKG) (or) (ECG)...(Machine)...to monitor Plaintiff heart...(electrocardiogram)...(galvonometric)...device that detects and records the minute difference in electrical potential cause by heart action)...

...(EKG (or) ECG Electrocardiogram)...Machine to monitor "Plaintiff" heart rate from that near death experience...

...a showing of Medical Malpractice Case) requires expert testimony to fully establish the Medical standard of care with skills (or) specialized knowledge within the comprehensible reasons to fully explain the full Medical Terminology and the...(Functioning (or) usage of and EKG (or) ECG Machine).

. .

Medical Malpractice Cases are Complexity legal issues necessity of factual investigation of expert testimony from and (full) Medical Terminology esn. and expert witness with direct "Medical" evidence of the cause and effect degree.

And expert witness is warrant with the skills (or) specialized Knowledge within the comprehensible reasons to fully explain the standard of Medical Care regarding to the functioning (or) usage of the... (EKG (or) ECG electrocardiogram galvanometric Machine )...

ECG... electrocardiogram

EKG... electrocardiogram

Come now Pre-Se Plaintiff Samuel Heywood Myles, who respectfully seek to file and Motion For Reconsideration For Appointment of Counsel (or) Legal Representation Under and Persuant To 28 U.S.C. §.§1915 (d)... 28 U.S.C. §. §1915 (e)(1)... before and within the United States District Court For The Western District of Wisconsin.

Pre-Se Plaintiff Samuel Heywood Myles, respectfully file and ...(Bivens)... Complaint under and Persuant To 42 U.S.C. Section §1983 regarding to and Medical Drug Overdose, Medical Malpractice Cases (are) Complexity (with) legal issues...

...United States Court of Appeals For The Seventh Circuit Zones...

...(After meeting this threshold burden, the plaintiff must demonstrate that her case is an appropriate for the appointment of counsel)...

...(In Maclin v. Freake, 650 F. 2d 885, 887-89 (7th Cir. 1981).

B.(1).

we set out a nonexhaustive list of five factors for courts to consider when deciding such a motion:

(1). the merits of the plaintiff's claims;

(2). whether the plaintiff can investigate crucial fact;

(3). whether trained counsel will better expose the truth;

(4). the plaintiff's ability to present the case;

and (5). the complexity of the relevant legal issues.

The complexity of this case come with legal issues state that this case is (so) complex as to require and trained Attorney to litigate Pro-se Plaintiff and Federal Inmate informa pauperis statute provides that the District Court can request an Attorney to represent any person that's unable to afford Legal Counsel  28 U.S.C. § § 1915 (e)(1)... (and)... 28 U.S.C.S. § 1915 (d)...

B. (2).

...the District Court must recognize that in sum, that this action cannot proceed as pled without appointment of Legal Counsel...28 U.S.C.S.§19 15 (e)(1)...because of the various legal impediments that's noted within this Medical Malpractice case...28 U.S.C.S.§ 1915 (d)...

...(1)...because the claimant lack legal training, the case was complex and the circumstances were exceptional. Agyeman...(2). the complexity of the legal issues raised by the complaint. Maclin...(3). Some cases-- those involving complex medical evidence, for example--are typically more difficult for pro-se plaintiffs. Pruitt...(4). the complexity of the relevant legal issues. Maclin.

...in which the District Court to determine whether the circumstances of a case are sufficient to...warrent...the appointment of...Legal Counsel...the District Court must examine the totality of the situation, focusing on the

B.(3).

merits of the case, the complexity of the legal issues, and the litigant ability, to represent himself. . .

Medical Malpractice Cases are Complexity legal issues necessity of factical investigation of expert testimony from and full Medical Terminology within the establish Medical standard of care with skills (or) specialized knowledge within the comprehensible reasons to fully explain the full Medical Terminology and as to the . . . (functioning of) . . .

. . . (1). Hypertenision (or) Hypertensive (1).(a). Hypertenision Medications . . . (1).(1). amLODIPine . . . (2).(2). Lisinopril . . .

. . . (a showing of Medical Malpractice requires expert testimony to establishe the standard of care) . . .

Medical Malpractice Case are Complexity of legal issues necessity of factical investigation of expert testimony from within the Medical bill.

B. (4).

... (and expert witness with direct Medical evidence of the cause and effect relationship between the impairment and the degree)...

... (1). Under Rule 702, an expert may testify if: a) the expert's specialized knowledge will assist the trier of fact: b) the testimony is based upon sufficient facts or data." Feasy the... (2). A shewing of medical malpractice requires expert testimony to establish the standard of care, except in the rare instance in which common knowledge affords a basis for finding negligence. Canney-Hayes... (3). Zimmer has been able to consult its expert and respond to Dr. Medlin's affidavits and will have the opportunity to question Dr. Medlin regarding all of his methods and opinions - including the new opinions in the Calculations Affidavit et a Declat hearing. Zimmer...

B.(5).

And expert witness with skill (or) specialized knowledge within the comprehensible reasons to fully explain within...(1). testimony from the Medical fill of Hypertenision (or) Hypertensive...(2). from and full Medical terminology as to how...(and)...why Plaintiff blood pressure would lower and drop to 89/55 ...(3). from and expert witness reasoning that their testimony would raise a genuine issue of material fact's for trial...

This Medical Malpractice case warrant expert testimony from and within the Medical fill as to the particular care and fundamental of having and dealing with ...(Hypentenision (or) Hypentensive)...

The complexity of this case came with legal issues state that this case is (so) complex as to require and trained Attorney to litigate Pro-Se Plaintiff and federal Inmate in forma pauperis statute provides that the District Court can request en Attorney to represent any person that's unable to afford Legal Counsel, 28 U.S.C.S. § 1915 (e)(1)...28 U.S.C.S. § 1915 (d)...

B. (4).

... (8). IV ... (intreveneus) ...

... (en ennaretes used to administee a fluid (es) of medicetion, bloed, or netrier-ts) ...

... (intreveneusly: also; a fluid administered by IV) ...

... regerding to Plaintiff Samuel Heyweed Heyweed Myles, been ... (treated) ... with intreveneus drips Sodiem Chloride 0.98. Inj 1000 ML GENERIC NAME. "Intreveneus (IV) Fluids (in treh VEE nehs FLOOids)

... (from the) ...

Dorlend Illustrated Medical Dictionary

Sodiem Chloride. and intreveneus drip Normal Saline Infusion Solution to keen ... (OXYGEN FLOWING) ... to Plaintiff Samuel Heyweed Myles, ("BRAIN") ...

B. (7).

Medical Malpractice Cases are Complexity legal issues necessity of factual investigation necessity of expert testimony from and full Medical Terminology regarding to the... ("Human" "Brain")...

...(1). There, we reversed the court's decision to deny counsel because of the "difficult and {24 F. 3d 289} subtle question of the state of mind required [to prove] a fourteenth Amendment violation." Swofford... (2). Dr. Medlin states in his affidavit that Dr. Kurtz used only five of his six total radii measurements (See Calculations Affidavit ¶ 3), but Dr. Kurtz's report and deposition testimony state that he used all six measurements. (See Kurtz Rep. at 3 ("a series of six circumferential roundness profiles [were] measured at 1.9 mm vertical increments on the surface of the taper)," Kurtz Dep. at 145. '17-23 ("Q.'... Why did you take six circumferential roundness profiles of the device?

B. (2).

A. Because we wanted to recreate the
taper angle, only by making enough exact
measurements... you can reconstruct
the angle.").). Zimmer...

Medical Malpractice Cases are Complexity legal
issues necessity affected investigation of expert tes-
timony from and (full), Medical Terminology within the
Medical finding of the... ("Human" "Brain")... e show-
ing of Medical Malpractice cases requires expert testi-
mony to specialized Knowledge within the compre he-
nsible reasons to fully explain the full Medical Termi-
nology and the... (functioning)... of the... ("Huma-
n" "Brain")...

... (1). Medical Malpractice Cases re-
quire expert testimony to establish
the standard of care. Carney-Hayes...
(2). The defendant has since retained a
medical expert, Dr. George VanHare, in
pediatric electrophysiology. Dr. Kakevand
...

...from the author of the book title...

The Other Brain

"The Other Brain offers an insightful, complex, and nuanced picture of the most interesting substance on earth: the matter inside our heads."

The Scientific and Medical Breakthroughs That Will Heal Our Brains and Revolutionize Our Health

R. Douglas Fields Philosophic Doctor

Do to Plaintiff Samuel Heywood Myles, becoming dehydrated from this adverse reaction causing Plaintiff to receive "immediately" Medical attention at that particular time medical staff would apply and...(IV)...apparatus to administer and...(intravenous drip) for...(Normal Saline Infusion Solution)...to keep..."OXGEN FLOWING to Plaintiff Samuel Heywood Myles, Brain"...

B.(16).

Fact is that while seeking "immediate" Medical Attention Plaintiff Samuel Haywood Myles, would personally be hook up to and ...(EKG)...(or)...(ECG)...(Machine)...to moniter...("Plaintiff" "Samuel Haywood Myles")... heart ...(electrocardiogram galvenometric device that detect's and record's the minute difference in electrical potential cause by heart action)...

        ... We often find counsel necessary when
        a case involves complex medical evidence.
        See, e.g., Jackson, 953 F.2d at 1073."

    Medical Malpractice Cases are Complexity level issues necessity of factual investigation from and skill (or) specialized individual with the Knowledge and comprehesible recsens to fully explain the estellish standard of medical care regarding to the ...(full)...Medical Terminology for ...(EKG)...(or)...(ECG)...(electrocardiogram machine)...

        ...(1). other conditions and symptoms are not
        matters of common Knowledge, which means that t-
        hay would require expert testimony.

                                            B.(11).

Medical Malpractice Cases are complexity legal issues
necessity of factical investigation necessity of expert test-
imony within the Medical fill regarding to...(Podiatrist),
..(Chiropodist)...(the Human Feet)...with and fill ele-
vation of the...(Fracture)...esp. of the left malleolus
confirmed and expert witness with direct "Medical"
evidence of the cause and effect relationship betw-
een the impairment and the degree.

...(Even assuming that the conclusion
is the same, however, Zimmer is correct that
the methodology and data on which that con-
clusion is based are different, and the Ca-
lculations Affidavit, accordingly, is techn-
ically a new opinion. See Only The First, Ltd.
..

And expert witness is warrent with the skill (or) spe-
cialized Knowledge within the comprehensible reasons
to fully explain within the diagnosed of a lateral me-
lleolus Fracture...

B.(12).

Pro-Se Plaintiff Samuel Heywood Myles, Claim regarding and Medical Malpractice Claim regarding to and Medical Drug Overdose from (and) incorrect dose of... (High Blood Pressure Medication(s)... (1). am LODIPine... (2). Lisinopr... Claim (or) Complaint against Institutional Medical Staff of Federal Correctional Institution Oxford... (1). for injuries sustained as a result of an overdose of the drug Xylocaine. Wingstrom... (2). A showing of medical malpractice requires expert testimony to establish the standard of care, except in the rare instance in which common knowledge offers a basis for finding negligence. Canney-Hayes...

Pro-Se Plaintiff Samuel Heywood Myles, Claim regarding to and Medical Malpractice Claim regarding to and Medical Drug Overdose... (a showing of Medical Malpractice Cases require expert testimony to... (fully)... establish the standard of Medical Care)... Plaintiff blood Pressure would lower and drop to... (89/55)... from two... (Hypertension Medications... (1). claim he suffered by reason of alleged improper medical treatment by prison medical personal. Mohammed...

C.M.

And expert witness with skill (8) (or) specialized knowledge within the comprehesible reasons to fully explain within... (I). the Medical fill of Hyper-tenision (or) Hypertensive... (2). from and full Medical Terminology as to how (and) why Plaintiff Samuel Haywood Myles,... (BLOOD PRESSURE)... would lower and... (Down to 89/55)... causing Plaintiff Samuel Haywood Myles, to... ("ness" "est")... from and... (combination)... of Hyper-tenision Medication(s)... (3). and expert witness who specialized in ... (Hyper-tenision (or) Hypertensive)... reason that their testimony would raise a genuine issue of material fact(s) for trial...

...(1). The defendant has since retained a medical expert, Dr. George Ken Herein pediatric electrophysiology... (2). medical malpractice cases require expert testimony to establish the standard of care. Cenney-Hayes... (3). two different surgical expert witnesses, Dr. Sidney Rohrscheib and Dr. Roy Deyon, because such testimony would be cumulative. Forsythe...

. . . when recruiting counsel the court have to take end account the difficulty of the Plaintiff Claim to be competence to litigate those Claim himself . . .
The difficulty of this case consided (both) . . . (1) . expert testimony . . . (requires expert testimony . Carney-Hayes) . . . ("all witnesses who are to give expert testiemany . Forsythe) . . . (2) . end do to the compley issues this case warrant end attorney . . . (Likewise, there are no hard end fast rules for evaluating the factual end legal difficulty of the plaintiff's claims . We have previously observed that some cases -- { 503 F.3d 252 } those involving complex medical evidence, fer exemple -- are typically more difficult fer pro-se plaintiffs . See Zarnes) . . . (Stewert, J., concurring) . Unskilled in law, uncided by counsel, end unable to leave the prisen, a pre-se prisener's control even the processing of his notice necessarily ceases as soon as he hands it eve

C.(3) .

to the only public officials two whom he
has access – the prison authorities – and
the only information he will likely have is
the date he delivered the notice to those
authorities and the date ultimately
stamped upon it... prose prisoners can-
not personally travel to the courthouse
to see that the notice is stamped "filed"
or to establish the date on which the co-
urt received the notice. Fallon)...

The difficulty of any Medical Malpractice case – fac-
tually and legally -- exceeds the particular Plaintiff's
capacity as a lay person to coherently present it to
the judge (or) jury himself in given the degree of diff-
iculty when seeking witness in the Medical fill as expe-
rt witness the case warrant evaluating the factual
and legal standard that can only come from legal cou-
nsel (or) and train Attorney...

          ...(I). involving complex Medical Mal-
     practice evidence (or) issues requires exp-
     ert testimony...

                                    C.(4).

See...(EXHIBIT...C.(A)).

Patient Medication Information
amLODIPine 10MG TAB
GENERIC NAME: AMLODIPINE (am-LOE-di-peen)

See...(EXHIBIT...C.(B)).

Bureau of Prisons Health Services
Clinical Encounter-Administrative Note
Generated 12/25/2012 19:15 Malcom, Brad RN
Bureau of Prisons-OXF    Page 3 of 5

See...(EXHIBIT...C.(C)).

Bureau of Prisons Health Services
Clinical Encounter-Administrative Note
Generated 12/25/2012 19:15 Malcom, Brad RN
Bureau of Prisons-OXF  Page 5 of 5

C.(5).

Do to Plaintiff SamuelHeywoodMyles, becoming dehy-
drated from this adverse reaction causing Plaintiff Sam-
uelHeywoodMyles, to receive...("Immediate Medical
Attention")...at that particular time Medical Staff
would use and...(IV)...apparatus to...("administer")
...and...(Intravenous)...drips per...(Normal Saline
Infusion Solution)...to keep...("OXYGEN")...flowing
to Plaintiff SamuelHeywoodMyles,...(BRAIN)...(1).case
involves complex medical evidence.See, e.g., Jackson,)..
.(2).which led to an anoxic brain injury. Forsythe)...

Medical Malpractice Case are complexity legal issues ne-
cessity of Pre-tial...("investigation")...(1).prose Plaintiff
was incapable of engaging in any investigation; or locating
and presenting key witnesses or evidence; Pruitt)...nec-
essity that warrant both...

    (1).legal counsel...(1).appointment of counsel.
    In Maclin)...(2).complex medical evidence.See,
    e.g., Jackson)...(3).Some cases-- those involving
    complex medical evidence, for example--a-
    re typically more difficult for pro se plaintiffs.
    Pruitt)...(4).because the element lacked

                                        D.(1).

training, the case was complex and the circumstances were exceptional. Agyemang...
(5). unable to leave the prison,... These prisoners cannot personally travel to the courthouse... and evidence on any of these issues will be hard to come by for the prisoner confined to his cell. Fallen...

(1). expert testimony regarding to the Medication (or) Medicine... (Normal Saline Infusion Solution)... (See... D.(A). 2 Pg) e EXHIBIT)... and... (See... D.(B). EXHIBIT)...

A showing of Medical Malpractice Claim requires expert testimony to fully establish the Medical-Standard of Care with skills (or) specialized knowledge within the comprehensible reasons to fully... ("explain")... within the Medical fill of Pharmaceutical Medication (or) Medicine...
(1). Wingstrom... (2). medical malpractice requires expert testimony. Corney-Hayes)...

This... (Claim (or) Case)... ("warrant")... expert testimony regarding to Plaintiff being treated with Infusion Solution to keep OXYGEN flowing to the... (BRAIN)...

D.(2).

Medical Malpractice Cases are complexity...(1),(5),
the complexity of the relevant legal issues, Meclin's)...
(2). Medical Malpractice, Carney-Hayes)...(3). the case
was complex and the circumstance were exception-
al. Agyemen)... legal issues necessity of factual inv-
estigation...(4). For example, if the record demonst-
rates that the prose plaintiff was incapable of enga-
ging in any investigation; or locating and presenting
Key witnesses (or) evidence; Pruitt)... necessity of
expert testimony...

Prose Plaintiff Samuel Heywood Myles, in regard to
receiving...(Medical Attention)... Plaintiff Samuel Heywood My-
les, would be treated with and...[Infusion)...(IV)...Int-
ravenous drips for...(Normal Saline Infusion Solution.
..(See...D.(A). 2 Page EXHIBIT Patient Medication In-
formation Sodium CHLORIDE 0.9.% Inj 1000 ML GENERIC NA-
ME. Intravenous (IV) Fluid (in trch VEE nLhs FLOO ids)...
(See...D.(B). Bureau of Prisons Health Service Clinical Enc-
ounter Administrative Note)...intravenous drips for
...(Normal Saline Infusion Solution)...to Keep...(OXYG-
EN)...flowing to Plaintiff Samuel Heywood Myles, BRAIN...

D.(3).

Medical Malpractice Cases are Complexity legal issues necessity of factual investigation from and skill (or) specialized individual with the knowledge and comprehensive reasons to fully explain the establish standard of medical care regarding to the medical terminology for . .. (EKG)... (or)... (ECG). . . and the usage of and . . . (EKG) . . . (or). . . (ECG)... ("machine") to monitor the... (("Humen" "Heart" "Rate")).., by way of electrocardiogram a galvanometric device that detects and records the minute difference in electraction net ential caused by heart action...

        ...(1). evidence through two different surgical expert witnesses, Dr. Sidney Rohrscheib and Dr. Roy Degen, because such testimony would be cumulctive. Forsythe ...(2). case involves complex medical evidence. See, e.g., Jackson ...(3). the complexity of the relevant legal issues...given the difficulty of the case. Zarnes...

                                                E. (1).

Medical Malpractice cases are complexity legal issues necessity of factual investigation...(1). whether he he has the ability to investigate the facts of the case, Pruitt...complexity of expert testimony...(2). reliability of expert testimony, Lapsley...

Plaintiff Samael Haywood Myles, while receiving Medical Attention from this...("near" "death" "experience"))...would be hooked up to an d...(EKG)...(ECG)...machine to moniter the...("Human" "Heart")...by way of electrocardiegram a galenometric device that detects and records the minute difference in electric potential caused by heart action...

...electrocardiograph a galvanometric device that detects and records the minute difference in electric potential caused by heart action and occurring between different parts of the body...

See...(EXHIBIT...E.(A).

Bereau of Prisons
Health Services
Clinical Encounter - Administrative Note

E.(2).

Medical Malpractice Cases...("come's")...with
complexity...(of)...legal issues that's necessity of fac-
tual investigation necessity that werrent Lath...

...(1). legal counsel...

...(1). to investigate the facts of t-
he case. Pruitt...(2). the ability of the in-
digent to investigate crucial facts. Bean-
hill...These efforts demonstrate Zarnes-
s's ability to investigate the underlying
facts despite her incarceration in Calif-
ornia, Zarnes...

...(2). expert testimony...

...(1). expert testimony from Ms. Dea-
ker's treating hematologist (blood doctor)
Forsythe)...(2). medical malpractice req-
uires expert testimony. Corney-Hayes...
(3). expert testimony in extreme case.
Richards...

F.(1).

On and about October 8, 2012, Pro-Se Plaintiff Samuel Heywood Myles, would become light headed, at that particular time Plaintiff would personally report this to the Unit Officer Mr. Grensley, before passing out...

Plaintiff Samuel Heywood Myles, body weight would shift to the left side of his left leg...being unable to...(walk)...Medical Staff Registered Nurse Brel Malcom, would issue Plaintiff and...(pair of crutches...

On and about October 18, 2012 some several set's of...(X-Rays)...would be taken of Plaintiff left ankle...

...(1). a radiograph made by x-ray)...

...(2). to examine, photograph, or treat with x-rays...

...(1). medical malpractice cases require expert testimony to establish the standard of care. Conney-Hayes...

...(2). We often find counsel necessary when case involves complex medical evidence. See. e.g., Jackson...

F.(2).

On and about October 18, 2012, some...(10-Days).
after and from the October 8, 2012, incident on, would
Institutional Medical Staff Registered Nurse Mr. Br-
ed Malcom, would personally receive same, three se-
t's of...("X"-"Reys")...from the Institution radio-
logist...

...hospital where x-reys were taken.
Zornes...plaintiff told Dr. Kelker that
his left ankle pain had lessened with the
immobilizer boot. Belsewicz...had
reviewed new x-reys, Ballard...medic-
al malpractice cases require expert te-
stimony to establish the standard of ca-
re. Camey-Heyes...

...only to reveal that from...(his)...finding is the-
t after reviewing the three set's of...("X"-"Reys")...
is that Plaintiff Samuel Heywood Myles,...(left ankle
was broken on both sides...

F. (3).

From his finding Institutional Registered Nurse Mr. Brad Malcom, would personally request that the Institutional Medical Staff Doctor, Doctor King, to personally review...(all)...three set's of...(X-Rays)...Doctor King, would personally affirm that from the ...("X"-"Rays")...taken some...(10-Days) later is that Plaintiff Samuel Heywood Myles,...("left ankle was broken on both sides")...

On and about October 18, 2012, Doctor King, would fully examine Plaintiff Samuel Heywood Myles,...(fracture left foot, ankle and leftleg only to take notice that Plaintiff Samuel Heywood Myles, left foot still continued to have swelling and discoloration in his foot)...

At that particular time Doctor King, would personally recommen that Registered Nurse Mr. Brad Malcom, to treate Plaintiff Samuel Heywood Myles, with and short-leg posterior splint with ace wrap and instruction for RICE therapy and limited weight bearing...

F.(4).

Medical Malpractice Case's are complexity of legal issues necessity of factual investigation from and skill (or) specialized individual with the knowledge and comprehesible reasons to fully explain the established standard of Medical Care regarding to the ... ("Human" "Foot")... (Pedictrist (or) Chiropodist)...

... (indicate additional left ankle x-rays were performed on and about November 19, 2012, report indicated, "Fracture of the left malleolus confirmed")

. . .

On and about November 27, 2012, Plaintiff Samuel Heywood Myles, would be transported to Mile Bluff Clinic, LLP Mile Bluff Medical Center, and at that particular time Plaintiff Samuel Heywood Myles, would personally be seen by Medical Staff Doctor, Doctor Robert R. Riedley and ... (Orthopedic Specialist) ... who at that particular time would ... (personally) ... diagnosed Plaintiff Samuel Heywood Myles, with a lateral malleolus fracture ...

F.(5).

From Orthopedic Specialist Medical Doctor, Doctor
Robert R. Riedle, assessment of the... (("X"-"Rey's"))
...

....(OBJECTIVE IN PART)...
...(The posterior splint is removed.)...
although he does have a little bit of swell-
ing medially.)...(The patient notes some
tenderness to palpation throughout the
majority of the length of the fibula.)...(He
has a little bit of tenderness at the med-
ial ankle ligament complex;)...(Calf
compartment is soft and nontender.)
...

...(X-rays IN PART)...
...(I reviewed three sets of x-rays
from Oxford.)...(This consists of an ank-
le series and a foot series from October)
...(These show the nondisplaced late-
ral malleolus fracture.)...(He has at le-
ast a couple of small cortical evulsions
at the tip of the medial malleolus, but

F.(6).

the medial malleolis it self has a little
bit of misshapen characterization,)...

ASSESSMENT: See Exhibit Documentation:

On and about November 27, 2012, Orthopedic Spe-
cialist Medical Doctor Robert R. Riedle, diagnosed Pl-
aintiff with a lateral malleolus fracture and removed
splint... continued left foot, ankle swelling may beco-
me more prominently seen Plaintiff can have swelling
come and go, depending on levels of activity...

Medical Malpractice Cases are complexity of leg-
al issues necessity of factual investigation... (medic-
al malpractice requires expert testimony to establi-
sh the standard of care, Conney-Hayes)... (We often fi-
nd counsel necessary when a case involves complex me-
dical evidence. See, e.g., Jackson)... (evidence on a-
ny of these issues will be hard to come by for the prison-
er confined to his cell... pro-se prisoners cannot per-
sonally travel to the courthouse. Fallen)...

F.(T).

from and skill (er) specialized individual with the knowledge and comprehensible reasons to fully explain the established standard of Medical Care regarding to the ...(Human Foot)... (Orthopedic Specialist)... and expert witness with direct...(Medical Evidence)...of the cause and effect relationship between the impairment and the degree)...

Medical Malpractice cases requires expert testimony to establish the medical standard of care to fully explain the full medical terminology and the functioning of the...(Human Foot)...

...(1). Where the indigent is in no position to investigate crucial facts, counsel should often be appointed. Maclin)...(2). nor do he has the ability to investigate the facts of the case, nor do he has the ability and/or locating interviewing the other. Pruitt)...(3). We often find counsel necessary when a case involves complex medical evidence. See, e.g., Jackson)...(4). A showing of medical malpractice requires expert testimony to establish the standard of care, Carney-Hayes)...(5). the expert has applied the principles and methods reliably to the facts of the

F.(3).

case, Forsythe)...

, medical malpractice cases requires expert testimony to establish the standard of care. Corney-Hayes v. Northwest Wisconsin Home Care, Inc.,)...(the ability of the indigent plaintiff to investigate crucial facts unaided by counsel," Jackson v. County of McLean)...
Medical Malpractice Cases are Complexity with legal issues necessity of factual investigation necessity that warrant both...(1). legal counsel....(2). expert testimony...

At this particular time Plaintiff is unable to wear the Institution issued...("Boot's")... when walking in these Boot's ~~Plaintiff feet same to~~ ...(twizzle and turn inward also Plaintiff Samuel Heywood Myles, is still having and continuing soreness within his left foot, ankle and left leg...

Pain...("still")...remain across Plaintiff left feet ankle and some five inches on the back of Plaintiff left leg as well as of date Plaintiff Samuel Haywood Myles, when walking have and has been alter also as of date Plaintiff walk with and slight limp...

At this particular time from the October 8, 2012, incident Plaintiff Samuel Haywood Myles, is still having pain (as) trouble with his left ankle, feet and pain in his left leg...

...(1). chronic left ankle pain. Balsaweiz...
(2). His neurological examination was positive, disclosing relative weakness of his right leg and feet. Mohammed.)...(3). Defendants knew as should have known that failure to allow Plaintiff to wear his prescription shoes would cause him harm and that Plaintiff was harmed by Defendant refusal to allow him to wear such shoes. Manell.)...

...(See Attachment)...
...(Page, (F, (11)...and...(Page, (F, (12)...
...(Also see Attachment of (9) Page Exhibit...

F, (16).

## ...EXHIBITS TABLE OF CONTENTS...

F.(A). Exhibit ...(F. (A)...from the ... Dorland's Illustrated Medical Dictionary ... Page 695 ...(Foot (Top), Longitudinal section; (Bottom), dorsal aspect.

F.(B). Exhibit ...(F.(B)...from the ...Dorland's Illustrated Medical Dictionary ...Page 709 ...(Plate 18-Various Types of Fractures). ...(1). the breaking of a part, especially a bone ...(2). a break or rupture in a bone ...(Colles'f., fracture of the lower end of the radius in which the lower fragment is displaced posteriorly (see Plate 18)...

F.(C). Exhibit...(F.C)...from the ...Dorland's Illustrated Medical Dictionary ...Page 1051 ...(Malleolus lateralis (lateral malleolus) and malleolus medialis (medial malleolus), articulating with the talus in the ankle joint.

# ...EXHIBITS TABLES OF CONTENTS...

F.(D).    Exhibit...(F.(D))...Bureau of Prisons Health
          Services Clinical Encounter.

F.(E).    Exhibit...(F.(E)...Bureau of Prisons Health
          Services Clinical Encounter - Administrative
          Note.

F.(F).    Exhibit...(F.(F))...Bureau of Prisons Health
          Services Consultation Request.

F.(G).    Exhibit...(F.(G)...Mile Bluff Clinic, LLP
          Mile Bluff Medical Center.

F.(H).    Exhibit...(F.(H)...Bureau of Prisons Oxford
          Medical Administrative Notes.

F.(I).    Exhibit...(F.(I)...(E-Mail)...!"MYLES, ~^
          !SAMUEL HAYWOOD"<06212041 @ inmate message.
          com > 10/21/2013  9:28AM >>> To DOCTER MALATINSKY

Come now Pro-Se Plaintiff Samuel Heywood Myles, who respectfully seek to file and Motion before and within the United States District Court For The Western District of Wisconsin, at this particular time Pro-Se Plaintiff PRAY that the District Court...("GRANT")...his Motion for Reconsideration For Appointment Of Legal Counsel Under And Pursuant To...

Section... 28 U.S.C.S. § 1915 (d)
Section... 28 U.S.C.S. § 1915 (e)(1)

Medical Malpractice Case come's with Complexity... (Legal Issues)...necessity of factual investigation...(evidence on any of these issues will be hard to come by for the prisoner confined to his cell, Cf. Fallen vs. United States)...(The district court should also take into consideration the complexity of the legal issues raised by the complaint in deciding whether to appoint counsel for an indigent. Maclin vs. Dr. Freecke)...of expert testimony from and within a...(full)...Medical Terminology with skills (or) specialized knowledge within the comprehensible reason to fully explain the Medical standard of Care and as to the...(("Functioning"))...of...

(A). Hypertenision (or) Hypertensive...

(1). (a). Hypertenision Medication...

(1). (1). em LODIPine...(1). (2). Lisinopril...

(2). IV...intervenous...

(3). Normelsaline Infusion Solution...

(4). EKG (or) ECG electrocardiograms...

(5). Peaietrist (or) Chiropodist...

...(Given the Wells decision, it should have been apparent from the outset that Jackson needed the expert testimony of a physician or health professional to prove two essential elements of his claim: Jackson vs. County of McLean)...

Come now, Pro-se Plaintiff Samuel Heywood Myloo, who respectfully...("PRAY")...that the District Court...("GRANTD")...Pro-se Plaintiff Motion for Reconsideration For Appointment of Legal Coarsel Under And Pursuant To...

Section... 28 U.S.C.s.§ 1915 (d)

Section... 28 U.S.C.s.§ 1915 (e)(1)

Page 67 (2).

... , medical malpractice case requires expert testimony to establish the standard of care. Carney-Hayes vs. Northwest Wisconsin Home Care)...

...(and expert witness with direct Medical evidence of the cause and effect relationship between the impairment and the degree)... From the complexity of this case come's with legal issues state, that this "particular" case is (so) complex that it require and trained Attorney to litigate Pro-Se Plaintiff...(claim)...

Came now, Pro-Se Plaintiff Samuel Heywood Myles, and federal Inmate who come before the District Court, inf. orma pauperis statute provides that the District Court...(request)...(as)...(appoint)...Legal Counsel to represent Plaintiff who at this particular time is unable to afford Counsel...and that the United States District Court For The Western District Of Wisconsin, to respectfully...((GRANT))...Plaintiff Motion for Reconsideration For Appointment Of Counsel Under And Pursuant to...(both)... 28 U.S.C.S. §1915 (d)...and...28 U.S.C.S. §1915 (e)(1)...

...(ORDER BY THE DISTRICT COURT)...(insert)...
...(Dated: June 18, 2015,). Dkt. ## 33-35. In addition to determining whether plaintiff has made his own efforts to recruit counsel, the court also considers whether the complexity of the case exceeds plaintiff ability to litigate it, Santiago vs. Wells,)...(Pruitt vs. Mote,)...

...(ORDER BY THE DISTRICT COURT)...(insert)...
...(Dated: June 18, 2015,)....Although medical case claims can be complex and sometime require expert testimony...(from Page.(8),(9). Hypertenision (or) Hypertensive, Hypertenision Medication, IV Normal saline Infusion Solution, EKG (or) ECG, and Podictrist (or) Chiropodist)...the to necessity of factical investigation necessity that warrant both legal counsel and expert testimony)...(expert testimony, Ferry the vs. Parker)...(expert testimony, Ballard vs. Zimmer)...(expert testimony, Jackson vs. County of McLean)...(expert testimony, Richards vs. Mendivil)...

... (ORDER BY THE DISTRICT COURT ... in part) ...
... (Dated: June 18, 2015,): At this time I cannot
say whether that will be true of plaintiff's cla-
ims because the facts have not been developed
at this point. Up to now, plaintiff has been an ac-
tive advocate for himself and was able to fo ll-
ow this court's instructions on providing evidence
of his efforts to recruit counsel.

... (ORDER BY THE DISTRICT COURT ... in part) ...
... (Dated: June 18, 2015,): this court's instruct-
ion on providing evidence of his efforts to re cru-
it counsel,,

(1). indigent Pro-se Plaintiff Samuel Heywood My-
les, have and has made reasonable efforts to attain
... (Legal Counsel) ...

(2). indigent Pro-se Plaintiff Samuel Heywood Myles,
have and has attemp to attain Legal Counsel by forward-
ing even some ... (170-Letters) ... to Attorney Offices,,

Page.(63.)(5),

. . . (ORDER BY THE DISTRICT COURT . . . in Pert) . . . DKt. #
33. To show that he has made efforts on his own to recruit
counsel, plaintiff included copies of letters from more
then three lawyers who have declined to assist him,) . . .

In responding to the District Court's Order Plaintiff Sam-
uel Heywood Myles, has forward some . . . (19 Copies of lett-
ers from some . . . ((L-State)) . . . showing that Plaintiff ha-
ve and has acted in good faith when attempning to attain
Legal Counsel) . . .

Come now Pro-Se Plaintiff Samuel Heywood Myles, who
respectfully seek to file and Motion for Reconsideration
For Appointment of Counsel . . . (Under And Persuant To
. . . (Loth) . . . (Section . . . 28 U.S.C.§ 1915 (d) . . Section . . .
28 U.S.C.§ 1915 (e)(1) . . . that the United States District
Court For The Western District Of Wisconsin, to respectf-
ully . . . ((GRANT)) . . . Pro-Se Plaintiff Samuel Heywood Myles,
Motion for Reconsideration For Appointment Of Counsel.

Medical Malpractice Cases come's with Complexity
...(Legal Issues)... necessity of factual investigation
necessity that warrent both... (1). Legal Counsel?.
.(2). Expert Testimony the Court have to take end
acount the difficulty of Plaintiff claim to be compe-
tence...

The difficulty of this case consided expert testi-
many de to the complex ...(Medical-Issues)...,a-
nd expert witness with direct Medical evidence
of the cause end effect relationship between the im-
pairment and the degree...

...S, medical malpractice cases requires ex-
pert testimony to establish the standard of
care. Carney-Hayes vs. Northwest Wisconsin
Home Core)...

(1). indigent Pro-Se Plaintiff Samuel Heywood Myles, have
end has made reasonable efforts to attain expert wit-
ness... See. Attachment (1). pgs Exhibit...

(2). The difficulty of any... (Medical Malpractice)... case factually and legally -- exceeds the particular Plaintiff's capacity as a layperson to coherent present it to the Judge (or) Jury himself in given the degree of difficulty when seeking... (expert witnesses within the Medical fill)...

...[Record No. 28-4, pp. 12-13] The defendent has since retained a medical expert, Dr. George VanHorne, inpediatric electrophysiology.)... (For example, if the record demonstrates that the prose plaintiff was incapable of engaging in any investigation, or evidence.' Pruitt)... ("[O]nly one expert witness on each subject... each expert's testimony shall be specified.")...

(3). and expert witness is... (warrant)... with direct Medical evidence of the cause and effect relationship between the impairment and the degree states that this "particular" case is (so) complex that it would... (require)... and trained Attorney...

Come now Pro-se Plaintiff Semuel Heywood Myles, who Pray that the District Court...("GRANT")...in favor of Pro-se Plaintiff Semuel Heywood Myles, Motion for...Reconsideration For Appointment Of Counsel...

Under And Pursuant To...
Section   28   U.S.C.S.   § 1915 (d)
Section   28   U.S.C.S.   § 1915 (e)(1)

who have and has showed and act in good faith in which this case present complex legal issues that require Legal Counsel...

The District Court "improperly denied" Counsel when it failed to consider...(competency)...of Pro-se "Prisoner"(or) Inmate...

...(See Attachment of (1) Page Exhibit from Plaintiff Judgement And Commitment inpert)...

87. Education and Vocational Skills...

Page.(7).(1).

who . . . ("DROP") . . . out of High School in the . . . (tenth grade) . . . to represent himself, in addition to legal complexity of case, the District Court should consider "Plaintiff's" literacy, skills, education level litigation experience [,] . . . intellectual capacity . . . issues one to complex for Plaintiff litigate and file detailed discovery . . .

Come now Indigent Pro-Se Plaintiff Samuel Haywood Myles, who respectfully have and has demonstrated reasonable attempts to secure Counsel on his own "Plaintiff" as a prerequisite to the Court's consideration of Appointed Counsel.

Come now Indigent Pro-Se Plaintiff Samuel Haywood Myles, who seek to file and Motion for Reconsideration For Appoint Of Counsel Under And Persuent To Section 28 U.S.C.§. §1915 (d) and 28 U.S.C.§. §1915 (e)(1) that the District Court . . . (GRANT) . . . Indigent Pro-Se Plaintiff Samuel Haywood Myles, for Reconsideration For Appointment of Counsel . . .

After meeting this threshold burden, the plaintiff must demonstrate that he ccse is one appropriate for the appointment of counsel. In Maclin v. Faeke, 650 F. 2d 885-89 (7th Cir. 1981), we set out a nonexhaustive list of five factors for courts to consider when deciding such a motion: (1) the merits of the plaintiff's claims; (2) whether the plaintiff can investigate crucial facts; (3) whether trained counsel will better expose the truth; (4) the plaintiff's ability to present the case; and (5) the complexity of the relevant legal issues. More recently, however, we stated that "the necessary inquiry is simpler than Maclin's multifactorial approach implies; given the difficulty of the case, [does] the plaintiff appear to be competent to try it himself and, if not, would the presence of counsel [make] a difference in the outcome?" Farmer vs. Haas, 990 F. 2d 319, 322 (7th Cir.), cert denied, 122 L. Ed. 2d 372, 114 S. Ct. 438 (1993). Thus, courts now have an alternative, easier method for deciding these motions, one that we now employ.

Page. (2), (3).

...The defendant last attended Scott High School in 1974 in the tenth grade. There is nothing to indicate that the defendant completed his formal high school education or high school equivalency...

...(In requesting counsel, the inmate offered evidence to show that he had an educational level of a sixth grader... the judge will normally take into consideration the plaintiff's literacy, communication skills, educational level... Pruitt submitted the results of prison tests showing he had the educational level of an early sixth grader (his composite math and reading scores put him at grade level 6.2). Pruitt)...

...(These efforts demonstrate Zarnes's ability to investigate the underlying facts despite her incarceration in California, as well as her apparent ability to present her claims. Zarnes)...

page 77

Page (I).(A).

Thus, courts now have an alternative, easi-
er method for deciding these motions, one
that we now employ... Zarnes...

Come now Pro-se Plaintiff Samuel Heywood Myles, who
Pray that the District Court GRANT in favor of Plaintiff's mot-
ion for Reconsideration For Appointment of Counsel.

These factors, as outlined by Maclin and
its progeny, include: (1). whether the meri-
ts of the claim are colorable, (2). the abili-
ty of the indigent to investigate crucial
facts, (3). whether the nature of the ev-
idence indicates that the truth will more
likely be exposed where both sides are re-
presented by counsel, (4). the capability of
the indigent to present the case, and (5).
the complexity of the legal issues raised by
the complaint. Maclin, 650 F. 2d at 887-888.
Significantly, Jackson also stressed that
the district court should not undertake t-
he Maclin inquiry without first

Page. (2). (B).

determining whether the prisoner made reasonable efforts to retain counsel before resorting to an appointment by the court. Jackson, No. 89-3838, slip op. at 5. By requiring the court to consider such efforts as a prerequisite to an application of the Maclin analysis, we hoped to provide the district court with further insight into distinguishing meritorious claims from those "patently frivolous and designed solely for the purpose of harassment." Id. at 6. Barnhill...

Come now Pro-Se Plaintiff Samuel Heywood Myles, who respectfully seek to file and Motion for Reconsideration For Appointment Of Counsel...(Under And Pursuant To)...

Section ... 28 U.S.C.S. § 1915 (d)

Section ... 28 U.S.C.S. § 1915 (e)(1)

Plaintiff "Pray" that The United States District Court to ... (GRANT)...leave and appoint Legal Counsel...

Page.(1).(C).

Five factors are to be considered in determining whether an indigent civil litigent's request for counsel should be granted. These factors are: (1). the merits of the indigent's claim for relief, (2). the ability of the indigent plaintiff to investigate crucial facts unaided by counsel, (3). whether the nature of the evidence indicates that the truth will more likely be exposed where both sides are represented by counsel, (4). the capability of the indigent to present the case, and (5). the complexity of the legal issues raised by the complaint. Failure to identify and discuss these factors when ruling on a 28 U.S.C.S. § 1915(d) motion will be treated as clear abuse of discretion by the district court. Jackson...

Page. (I)(D).

is no other information to indicate the degree of the defendant's personal use of controlled substances. There is nothing to indicate that the defendant has ever participated in a drug treatment program of any kind.

## Education and Vocational Skills

87. In an interview with U. S. Pretrial Services in December 1993, the defendant indicated that he completed a portion of high school at Libbey High School in Toledo, Ohio. The Lucas County presentence report indicated that the defendant had attended Libbey and Scott High Schools in Toledo, Ohio. The defendant last attended Scott High School in 1974 in the tenth grade. There is nothing to indicate that the defendant completed his formal high school education or high school equivalency.

Samuel Haywood Myles