DOC NO
REC'D/FILED
2015 NOV 16 AM 11:22
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SAMUEL HAYWOOD MYLES,
    PLAINTIFF,

vs.

MEDICAL STAFF DOCTOR
DOCTOR RAVI GUPTA
IN HIS INDIVIDAUL CAPACITY
and HIS OFFICAL CAPACITY
    and
MEDICAL STAFF PHARMACIST
CHRISTINA KANNEL
IN HER INDIVIDAUL CAPACITY
and HER OFFICAL CAPACITY
    DEFENDANTS,
    et. al,

CASE No. #14-cv-661-bbc

MOTION FOR SUBMISSION FOR APPOINTMENT OF COUNSEL TO PRO BONO COMMITTEE

---

Come new Pro-Se Pleintiff Samuel Heywood Myles, who respectfully seek to file and Motien Lefere and within The United States District Court For The Western District of Wisconsin, with and Motien For Submission For Appointment Of Counsel To Pro Bono Committee.

Come now, Pro-Se Plaintiff Samuel Heywood Myles, who respectfully seek to file and Motion before and within the United States District Court For The Western District of Wisconsin, with and Motion For Submission For Appointment of Counsel To (the) Pro Bono Committee.

(1). Pro-Se Plaintiff Samuel Heywood Myles, states that his Bivens, Complaint was receive and file by the United States District Court For The Western District Of Wisconsin,... (Under and Pursuant To 42 U.S.C. Section §1983)... Plaintiff Complaint was received and file on and about September 29, 2014...

(2). (2).(a). A miciute order per the United States Marshal's Service to serve the... (Subpoena Without Cost)...

(2).(b). The United States Marshal's have and has serve the name Defendent(s) et. al. inwhich are Federal Bureau of Prisons... (employee)...

(2).(c). The United States Marshal's have and has serve the United States Attorney Mr. E. Holder, in Washington. D.C.

Page. (1).

(3). Come now Pro-Se Plaintiff Samuel Heywood Myles, who respectfully seek leave within the United States District Court For The Western District of Wisconsin, to ...(GRANT)... Pro-Se Plaintiff Samuel Heywood Myles.... ((Motion For Submission For Appointment of Counsel To Pro-Bono Committee))... within the interest of... (Justice)... herein...

(3). (a). Come now Pro-Se Plaintiff Samuel Heywood Myles, before and within the United States District Court to... ((GRANT))... Plaintiff... (said)... Motion and... (Submit)... Plaintiff... (Biven's Complaint)... to the Western District Bar Association's Pro-Bono Committee)... (to) ... appropriate recruit Attorney(s) to represent litigants in this... (Biven's, Complaint)...

(4). Western District Bar Association Pro-Bono Committee... (To Grant)... Plaintiff, Motion and recruit the appropriate legal counsel for this... (civil action)... (1). Plaintiff who drop out of high school in the tenth grade... (2). medical malpractice case are complexity, that requires expert testimony to establish the standard of care ...(3). necessity of factual investigation that warrent legal counsel.

## CERTIFICATE OF SERVICE

I, Samuel Haywood Myles, hereby certify that I have served a true and correct copy of the following:

    Motion For Submission For Appointment of Counsel To Pro Bono Committee

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the Court, Houston vs. Lack, 101 L.Ed. 2d 245 (1988) upon the Court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope address:

    United States District Court For The
    Western District of Wisconsin
    United States Courthouse
    120 North Henry Street Room 320
    Madison, Wisconsin 53703

and deposited same in the United States Mail at the Federal Correctional Institution Milan, located in Milan, Michigan.

this 12 Day of November 2015   Samuel Haywood Myles

## CERTIFICATE OF SERVICE

I, Samuel Haywood Myles, hereby certify that I have served a true and correct copy of the following:

Motion For Submission For Appointment Of Counsel To Pro-Bono Committee

Which is deemded filed at the time it was deivered to prison authorities for forwarding to the Court, Houston vs. Leck, 101 L.Ed.2d 245 (1988) upon the Court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope address:

United States Attorney Office
Western District of Wisconsin
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

and deposited same in the United States Postal Mail at the Federal Correctional Institution Milan located in Milan, Michigan.

this 12 Day of November 2015   Samuel Haywood Myles