IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMUEL HAYWOOD MYLES,

      Plaintiff,

v.

RAVI GUPTA, UNITED STATES and
CHRISTINA KANNEL,

      Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-661-bbc

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Ravi Gupta, United States and Christina Kannel granting their motions for summary judgment and dismissing this case.

| /s/ | 4/22/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |