UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

REC'D/FILED
2016 MAY -2 AM 11: 11
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

SAMUEL HAYWOOD MYLES,
        PLAINTIFF,

        VS.

MEDICAL STAFF DOCTOR
DOCTOR NAVI GUPTA
IN HIS INDIVIDUAL CAPACITY
AND HIS OFFICIAL CAPACITY,
        DEFENDANTS,
                et. cl,

CASE No.#
14-cv-LLI-LLc

        Come new Pro-Se Plaintiff Samuel Haywood Myles,
who respectfully seek to submit this (Notice) of
Appeal before and with the United States District
Court For The Western District Of Wisconsin.

        Pro-Se Plaintiff Samuel Haywood Myles, seek to
address the United States District Court and
submit this formal (Notice) that Plaintiff is seek-
ing to Appeal the Opinion And Order.

Come now Pro-Se Plaintiff Samuel Heywood Myles, who respectfully seek to submit this formal ... (Notice) ... of Appeal before and within the United States Court of Appeal.

Pro-Se Plaintiff Samuel Heywood Myles seek to address the United States District Court and submit this formal (Notice) that Pro-Se Plaintiff is seeking to Appeal the opinion And Order from the District Court.

Pro-Se Plaintiff seek to address and exercises Plaintiff right to have and address all genuine issue and (or) "material" fact's address on Appeal.

Pro-Se Plaintiff seek to address the United States Court of Appeal... (1). with genuine evidence (or) material that is subject... (2). presently known facts in this matter... that will be address on Appeal.

April 29, 2016   Samuel Haywood Myle