United States Court of Appeals
For The Seventh Circuit

U.S.C.A. - 7th Circuit
RECEIVED
JUN 16 2016 #5
GINO J. AGNELLO
CLERK

Come now Pro-Se Plaintiff Samuelheywood Myles, who respectfully Appeal from the dismissal of the United States District Court For The Western District of Wisconsin,

Pro-Se Plaintiff request that the United States Court of Appeals to please forward any and all information to the address below...

3:14-cv-00661-bbc

Samuelheywood Myles,
654 Humboldt Street
Toledo, Ohio 43604

Semuel Howard Wyles
NAME
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

06212-041
Court Of Appeals
219 S Dearborn ST
E M Dirksen ROOM 2722
Chicago, IL 60604
United States